MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants Epson Imaging
Devices Corporation and Epson Electronics
America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION,<br><br>This Document Relates to:  3:10-CV-5458 SI<br><br>SB LIQUIDATION TRUST,<br><br>       Plaintiff,<br><br>   v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>       Defendants. | MDL File No.:  3:07-MD-1827-SI<br>CASE NO. 10-cv-5458-SI<br>MDL NO. 1827<br><br>**ANSWER OF DEFENDANTS EPSON IMAGING DEVICES CORPORATION AND EPSON ELECTRONICS AMERICA, INC. TO FIRST AMENDED COMPLAINT** |

1    Defendants Epson Imaging Devices Corporation ("EID") and Epson Electronics America,

2 Inc. ("EEA") (collectively, "Epson Defendants"), by their undersigned attorneys, for their Answer

3 to SB Liquidation Trust's ("plaintiff") First Amended Complaint ("Complaint") state:

4    1.  With respect to paragraph 1 of the Complaint, Epson Defendants are not required

5 to respond because it does not contain any allegations of fact, but rather consists of plaintiff's

6 characterizations of its motivations and its claims.  Further responding to paragraph 1 of the

7 Complaint, Epson Defendants are not required to respond because it does not contain any

8 allegations of fact, but rather states legal conclusions.  To the extent that paragraph 1 may be

9 deemed to require any response, Epson Defendants deny plaintiff's definition of the terms "LCD

10 Panels" and "LCD Products" because the definitions comprise a wide variety of items of

11 commerce that appear at many different levels of many different production chains, and that are

12 traded in multiple, separate markets, including multiple, separate markets for different types of

13 LCD panels, and multiple, separate markets for appliances containing multiple separate types of

14 LCD panels.  Thus, as defined, the terms create confusion in this paragraph and wherever they are

15 used as part of any subsequent allegation in the Complaint.  To the extent that the allegations

16 contained in paragraph 1 of the Complaint are directed to other defendants, Epson Defendants

17 lack the knowledge or information sufficient to form a belief as to the truth of those allegations

18 and on that basis deny each and every such allegation.  To the extent that the allegations

19 contained in paragraph 1 of the Complaint are directed to Epson Defendants, Epson Defendants

20 deny each and every such allegation.

21    2.  Epson Defendants lack the knowledge or information sufficient to form a belief as

22 to the truth of the allegations contained in paragraph 2 of the Complaint and on that basis deny

23 each and every such allegation.

24    3.  Epson Defendants lack the knowledge or information sufficient to form a belief as

25 to the truth of the allegations contained in paragraph 3 of the Complaint and on that basis deny

26 each and every such allegation.

27 ///

28 ///

4.      Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and on that basis deny each and every such allegation.

5.      Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and on that basis deny each and every such allegation.

6.      With respect to paragraph 6 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather consists of plaintiff's characterizations of its motivations and its claims.  Further responding to paragraph 6 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that the allegations contained in paragraph 6 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of those allegations and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 6 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

7.      With respect to paragraph 7 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather consists of plaintiff's characterizations of its motivations and its claims.  Further responding to paragraph 7 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that the allegations contained in paragraph 7 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of those allegations and on that basis deny each and every such allegation.  To the extent any response may be deemed required, Epson Defendants admit that plaintiff seeks damages, interest and costs of suit in this action.  To the extent that the allegations contained in paragraph 7 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

1    8.    With respect to paragraph 8 of the Complaint, Epson Defendants are not required

2    to respond because it does not contain any allegation of fact, but rather states legal conclusions.

3    To the extent that any response may be deemed required to any allegation in paragraph 8 of the

4    Complaint, Epson Defendants deny each and every allegation contained in such paragraph.

5    9.    Epson Defendants are not required to respond to the allegations contained in

6    paragraph 9 of the Complaint to the extent it does not contain any allegations of fact, but rather

7    states legal conclusions.  To the extent that the allegations contained in paragraph 9 of the

8    Complaint are directed to other defendants, Epson Defendants lack the knowledge or information

9    sufficient to form a belief as to the truth of those allegations and on that basis deny each and

10   every such allegation.  To the extent that the allegations contained in paragraph 9 of the

11   Complaint are directed to Epson Defendants, Epson Defendants deny each and every such

12   allegation, except admit that EEA is a California corporation, and that EEA re-sold in the United

13   States LCD panels or modules containing LCD panels manufactured outside the United States by

14   Sanyo Epson Imaging Devices Corporation, which later, on December 28, 2006 became a

15   wholly-owned subsidiary of Seiko Epson Corporation known as Epson Imaging Devices

16   Corporation.

17   10.    With respect to paragraph 10 of the Complaint, Epson Defendants are not required

18   to respond because it does not contain any allegation of fact, but rather states legal conclusions.

19   To the extent that any response may be deemed required to any allegation in paragraph 10 of the

20   Complaint, Epson Defendants deny each and every allegation contained in such paragraph.

21   11.    With respect to paragraph 11 of the Complaint, Epson Defendants are not required

22   to respond because it does not contain any allegation of fact, but rather states legal conclusions.

23   To the extent that any response may be deemed required to any allegation in paragraph 11 of the

24   Complaint, Epson Defendants deny each and every allegation contained in such paragraph.

25   12.    To the extent that any allegations in paragraph 12 may be deemed to require any

26   response, Epson Defendants admit that paragraph 12 generally describes some basic aspects of

27   the nature, technology, and means of manufacturing LCD panels, modules, and appliances

28   containing LCD panels, that some types of LCD panels are incorporated in many appliances,

including, but not limited to, computer monitors, televisions, and cellular telephones, and that at various times, different types of LCD panels were used in a wide variety of appliances, including, but not limited to, wireless handsets.  Except as specifically admitted herein, Epson Defendants deny the allegations in paragraph 12 of the Complaint.

13.     With respect to the allegations contained in paragraph 13 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.

14.     With respect to the allegations contained in paragraph 14 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.

15.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and on that basis deny each and every such allegation.

16.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and on that basis deny each and every such allegation.

17.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and on that basis deny each and every such allegation.

18.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and on that basis deny each and every such allegation.

19.     With respect to the allegations contained in paragraph 19 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to the allegations in paragraph 19 of the Complaint, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in such paragraph, and on that basis deny each and every allegation contained in such paragraph.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

4

1    20.    The allegations in paragraph 20 of the Complaint purport to characterize publicly-

2    filed indictments returned against certain entities and individuals, which indictments speak for

3    themselves as to their contents and require no further response.

4    21.    Epson Defendants lack the knowledge or information sufficient to form a belief as

5    to the truth of the allegations contained in paragraph 21 of the Complaint and on that basis deny

6    each and every such allegation.

7    22.    Epson Defendants lack the knowledge or information sufficient to form a belief as

8    to the truth of the allegations contained in paragraph 22 of the Complaint and on that basis deny

9    each and every such allegation.

10    23.    Epson Defendants lack the knowledge or information sufficient to form a belief as

11    to the truth of the allegations contained in paragraph 23 of the Complaint and on that basis deny

12    each and every such allegation.

13    24.    Epson Defendants lack the knowledge or information sufficient to form a belief as

14    to the truth of the allegations contained in paragraph 24 of the Complaint and on that basis deny

15    each and every such allegation.

16    25.    Epson Defendants lack the knowledge or information sufficient to form a belief as

17    to the truth of the allegations contained in paragraph 25 of the Complaint and on that basis deny

18    each and every such allegation.

19    26.    Epson Defendants lack the knowledge or information sufficient to form a belief as

20    to the truth of the allegations contained in paragraph 26 of the Complaint and on that basis deny

21    each and every such allegation.

22    27.    With respect to the allegations contained in paragraph 27 of the Complaint, Epson

23    Defendants are not required to respond because it does not contain any allegation of fact, but

24    rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to

25    the allegations in paragraph 27 of the Complaint, Epson Defendants lack the knowledge or

26    information sufficient to form a belief as to the truth of the allegations contained in such

27    paragraph, and on that basis deny each and every allegation contained in such paragraph.

28

1          28.      The allegations contained in paragraph 28 of the Complaint purport to characterize

2    agreements between Chi Mei Optoelectronics Corporation, several of its officers, and the United

3    States Department of Justice ("DOJ"), which agreements speak for themselves as to their contents

4    and require no further response.

5          29.      Epson Defendants lack the knowledge or information sufficient to form a belief as

6    to the truth of the allegations contained in paragraph 29 of the Complaint and on that basis deny

7    each and every such allegation.

8          30.      Epson Defendants lack the knowledge or information sufficient to form a belief as

9    to the truth of the allegations contained in paragraph 30 of the Complaint and on that basis deny

10   each and every such allegation.

11         31.      With respect to the allegations contained in paragraph 31 of the Complaint, Epson

12   Defendants are not required to respond because it does not contain any allegation of fact, but

13   rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to

14   the allegations in paragraph 31 of the Complaint, Epson Defendants lack the knowledge or

15   information sufficient to form a belief as to the truth of the allegations contained in such

16   paragraph, and on that basis deny each and every allegation contained in such paragraph.

17         32.      The allegations contained in paragraph 32 of the Complaint purport to characterize

18   agreements between Chunghwa Picture Tubes Ltd., several of its officers, and the DOJ, which

19   agreements speak for themselves as to their contents and require no further response.

20         33.      Epson Defendants lack the knowledge or information sufficient to form a belief as

21   to the truth of the allegations contained in paragraph 33 of the Complaint and on that basis deny

22   each and every such allegation.

23         34.      The allegations contained in paragraph 34 of the Complaint purport to characterize

24   agreements between HannStar, one of its officers, and the DOJ, which agreements speak for

25   themselves as to their contents and require no further response.

26         35.      Epson Defendants lack the knowledge or information sufficient to form a belief as

27   to the truth of the allegations contained in paragraph 35 of the Complaint and on that basis deny

28   each and every such allegation.

36.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and on that basis deny each and every such allegation.

37.     With respect to the allegations contained in paragraph 37 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to the allegations in paragraph 37 of the Complaint, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in such paragraph, and on that basis deny each and every allegation contained in such paragraph.

38.     The allegations contained in paragraph 38 of the Complaint purport to characterize agreements between LG Display, several of its officers, and the DOJ, which agreements speak for themselves as to their contents and require no further response.

39.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and on that basis deny each and every such allegation.

40.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and on that basis deny each and every such allegation.

41.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and on that basis deny each and every such allegation.

42.     With respect to the allegations contained in paragraph 42 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to the allegations in paragraph 42 of the Complaint, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in such paragraph, and on that basis deny each and every allegation contained in such paragraph.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

7

43.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and on that basis deny each and every such allegation.

44.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and on that basis deny each and every such allegation.

45.    With respect to the allegations contained in paragraph 45 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to the allegations in paragraph 45 of the Complaint, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in such paragraph, and on that basis deny each and every allegation contained in such paragraph.

46.    The allegations contained in paragraph 46 of the Complaint purport to characterize an agreement between Sharp Corporation and the DOJ, which agreement speaks for itself as to its contents and requires no further response.

47.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and on that basis deny each and every such allegation.

48.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and on that basis deny each and every such allegation.

49.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and on that basis deny each and every such allegation.

50.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

8

51.     With respect to the allegations contained in paragraph 51 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to the allegations in paragraph 51 of the Complaint, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in such paragraph, and on that basis deny each and every allegation contained in such paragraph.

52.     Answering the allegations contained in paragraph 52 of the Complaint, Epson Defendants deny each and every allegation contained in such paragraph, except admit that Sanyo Epson Imaging Devices Corporation was formed as a joint venture co-owned by Sanyo Electric Co., Ltd. and Seiko Epson Corporation, admit that as of December 28, 2006, Sanyo Epson Imaging Devices Corporation became a wholly-owned subsidiary of Seiko Epson Corporation and changed its name to Epson Imaging Devices Corporation, and further admit that between October 1, 2004 and December 28, 2006, Sanyo Epson Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these panels or modules were shipped to multiple locations worldwide, including the United States.

53.     Answering the allegations contained in paragraph 53 of the Complaint, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EEA is a wholly-owned subsidiary of US Epson Inc., and US Epson, Inc. is in turn a wholly-owned subsidiary of Seiko Epson Corporation, and admit that EEA is a California corporation with a principal place of business at 2580 Orchard Parkway, San Jose, California, and admit that EEA re-sold in the United States LCD panels or modules containing LCD panels manufactured outside the United States by Sanyo Epson Imaging Devices Corporation, which later, on December 28, 2006 became a wholly-owned subsidiary of Seiko Epson Corporation known as Epson Imaging Devices Corporation.

54.     With respect to the allegations contained in paragraph 54 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to the allegations in paragraph 54 of the Complaint, Epson Defendants lack the knowledge or

1    information sufficient to form a belief as to the truth of the allegations contained in such

2    paragraph, and on that basis deny each and every allegation contained in such paragraph.

3         55.    The allegations contained in paragraph 55 of the Complaint purport to characterize

4    a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging*

5    *Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which speaks for itself and

6    requires no further response.

7         56.    Epson Defendants lack the knowledge or information sufficient to form a belief as

8    to the truth of the allegations contained in paragraph 56 of the Complaint and on that basis deny

9    each and every such allegation.

10        57.    Epson Defendants lack the knowledge or information sufficient to form a belief as

11   to the truth of the allegations contained in paragraph 57 of the Complaint and on that basis deny

12   each and every such allegation.

13        58.    Epson Defendants lack the knowledge or information sufficient to form a belief as

14   to the truth of the allegations contained in paragraph 58 of the Complaint and on that basis deny

15   each and every such allegation.

16        59.    With respect to the allegations contained in paragraph 59 of the Complaint, Epson

17   Defendants are not required to respond because it does not contain any allegation of fact, but

18   rather plaintiff's explanation of terminology.  To the extent that a response is deemed required to

19   the allegations in paragraph 59 of the Complaint, Epson Defendants lack the knowledge or

20   information sufficient to form a belief as to the truth of the allegations contained in such

21   paragraph, and on that basis deny each and every allegation contained in such paragraph.

22        60.    The allegations contained in paragraph 60 of the Complaint purport to characterize

23   an agreement between Hitachi and the DOJ, which agreement speaks for itself as to its contents

24   and requires no further response.

25        61.    To the extent that the allegations contained in paragraph 61 of the Complaint are

26   directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

27   form a belief as to the truth of such allegations, and on that basis deny each and every such

28   allegation.  To the extent that the allegations contained in paragraph 61 of the Complaint are

1  directed to Epson Defendants, Epson Defendants deny each and every allegation contained in

2  such paragraph, except admit that EEA is a California corporation that re-sold in the United

3  States LCD panels or modules containing LCD panels manufactured outside the United States by

4  Sanyo Epson Imaging Devices Corporation.

5         62.     With respect to paragraph 62 of the Complaint, Epson Defendants deny any

6  allegation contained in such paragraph that there is a single "market for LCD Panels." The term

7  "market for LCD Panels" is undefined, argumentative, and counterintuitive, given that there is no

8  single market for LCD panels and products containing LCD panels, but rather there are multiple

9  separate markets for LCD panels and multiple separate markets for products containing LCD

10  panels. Thus, as defined, the term "market for LCD Panels" creates confusion in this paragraph

11  and wherever it is used as part of any subsequent allegation in the Complaint. Further responding

12  to the allegations in paragraph 62, Epson Defendants deny each and every allegation contained in

13  such paragraph.

14         63.     With regard to the allegations contained in paragraph 63 of the Complaint, Epson

15  Defendants are not required to respond because it does not contain any allegations of fact, but

16  rather states legal conclusions. To the extent that the allegations contained in 63 of the Complaint

17  are directed to other defendants, Epson Defendants lack the knowledge or information sufficient

18  to form a belief as to the truth of those allegations and on that basis deny each and every such

19  allegation. To the extent that the allegations contained in paragraph 63 of the Complaint are

20  directed to Epson Defendants, Epson Defendants deny each and every such allegation.

21         64.     To the extent that any allegations in paragraph 64 may be deemed to require any

22  response, Epson Defendants admit that paragraph 64 generally describes some basic aspects of

23  the nature, technology, and means of manufacturing LCD panels, modules, and appliances

24  containing LCD panels, that some types of LCD panels are incorporated in many appliances,

25  including, but not limited to, computer monitors, televisions, and cellular telephones, and that at

26  various times, different types of LCD panels were used in a wide variety of appliances, including,

27  but not limited to, wireless handsets. Except as specifically admitted herein, Epson Defendants

28  deny the allegations in paragraph 64 of the Complaint.

1    65.    With respect to paragraph 65 of the Complaint, Epson Defendants deny any

2    allegation contained in such paragraph that there is a single "demand for LCD Panels."  The term

3    "demand for LCD Panels" is undefined, argumentative, and counterintuitive, given that there is

4    no single market for LCD panels and products containing LCD panels, but rather there are

5    multiple separate markets for LCD panels and multiple separate markets for products containing

6    LCD panels.  Thus, as defined, the term "demand for LCD Panels" creates confusion in this

7    paragraph and wherever it is used as part of any subsequent allegation in the Complaint.  Further

8    responding to the allegations in paragraph 65, Epson Defendants deny each and every allegation

9    contained in such paragraph.

10    66.    To the extent that the allegations contained in paragraph 66 of the Complaint are

11    directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

12    a belief as to the truth of the allegations and on that basis deny each and every such allegation.

13    To the extent that the allegations contained in paragraph 66 of the Complaint are directed to

14    Epson Defendants, Epson Defendants deny each and every such allegation.

15    67.    With regard to the allegations contained in paragraph 67 of the Complaint, Epson

16    Defendants are not required to respond because it does not contain any allegations of fact, but

17    rather states legal conclusions.  To the extent that the allegations contained in paragraph 67 of the

18    Complaint are directed to other defendants, Epson Defendants lack knowledge or information

19    sufficient to form a belief as to the truth of the allegations and on that basis deny each and every

20    such allegation.  To the extent that the allegations contained in paragraph 67 of the Complaint are

21    directed to Epson Defendants, Epson Defendants deny each and every such allegation.

22    68.    With regard to the allegations contained in paragraph 68 of the Complaint, Epson

23    Defendants are not required to respond because it does not contain any allegations of fact, but

24    rather states legal conclusions.  To the extent that the allegations contained in paragraph 68 of the

25    Complaint are directed to other defendants, Epson Defendants lack knowledge or information

26    sufficient to form a belief as to the truth of the allegations and on that basis deny each and every

27    such allegation.  To the extent that the allegations contained in paragraph 68 of the Complaint are

28    directed to Epson Defendants, Epson Defendants deny each and every such allegation.

69.     With regard to the allegations contained in paragraph 69 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that the allegations contained in paragraph 69 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 69 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

70.     With regard to the allegations contained in paragraph 70 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that the allegations contained in paragraph 70 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 70 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

71.     With regard to the allegations contained in paragraph 71 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that the allegations contained in paragraph 71 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 71 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that between October 1, 2004 and December 28, 2006, Sanyo Epson Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these panels or modules were shipped to multiple locations worldwide, including the United States.

72.     With regard to the allegations contained in paragraph 72 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that the allegations contained in paragraph 72 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information

1   sufficient to form a belief as to the truth of such allegations, and on that basis deny each and

2   every such allegation.  To the extent that the allegations contained in paragraph 72 are directed to

3   Epson Defendants, Epson Defendants deny each and every allegation contained in such

4   paragraph, except admit that between October 1, 2004 and December 28, 2006, Sanyo Epson

5   Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these

6   panels or modules were shipped to multiple locations worldwide, including the United States.

7        73.    With regard to the allegations contained in paragraph 73 of the Complaint, Epson

8   Defendants are not required to respond because it does not contain any allegations of fact, but

9   rather states legal conclusions.  To the extent that the allegations contained in paragraph 73 of the

10  Complaint are directed to other defendants, Epson Defendants lack the knowledge or information

11  sufficient to form a belief as to the truth of such allegations, and on that basis deny each and

12  every such allegation.  To the extent that the allegations contained in paragraph 73 are directed to

13  Epson Defendants, Epson Defendants deny each and every allegation contained in such

14  paragraph, except admit that between October 1, 2004 and December 28, 2006, Sanyo Epson

15  Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these

16  panels or modules were shipped to multiple locations worldwide, including the United States.

17       74.    With regard to the allegations contained in paragraph 74 of the Complaint, Epson

18  Defendants are not required to respond because it does not contain any allegations of fact, but

19  rather states legal conclusions.  To the extent that the allegations contained in paragraph 74 of the

20  Complaint are directed to other defendants, Epson Defendants lack the knowledge or information

21  sufficient to form a belief as to the truth of such allegations, and on that basis deny each and

22  every such allegation.  To the extent that the allegations contained in paragraph 74 are directed to

23  Epson Defendants, Epson Defendants deny each and every allegation contained in such

24  paragraph, except admit that between October 1, 2004 and December 28, 2006, Sanyo Epson

25  Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these

26  panels or modules were shipped to multiple locations worldwide, including the United States.

27       75.    With regard to the allegations contained in paragraph 75 of the Complaint, Epson

28  Defendants are not required to respond because it does not contain any allegations of fact, but

1  rather states legal conclusions. To the extent that the allegations contained in paragraph 75 of the
2  Complaint are directed to other defendants, Epson Defendants lack the knowledge or information
3  sufficient to form a belief as to the truth of such allegations, and on that basis deny each and
4  every such allegation. To the extent that the allegations contained in paragraph 75 are directed to
5  Epson Defendants, Epson Defendants deny each and every allegation contained in such
6  paragraph, except admit that between October 1, 2004 and December 28, 2006, Sanyo Epson
7  Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these
8  panels or modules were shipped to multiple locations worldwide, including the United States.

9       76.     To the extent that the allegations contained in paragraph 76 of the Complaint are
10  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form
11  a belief as to the truth of the allegations and on that basis deny each and every such allegation.
12  To the extent that the allegations contained in paragraph 76 of the Complaint are directed to
13  Epson Defendants, Epson Defendants deny each and every such allegation.

14       77.     To the extent that the allegations contained in paragraph 77 of the Complaint
15  purport to characterize documents filed with the U.S. International Trade Commission, the
16  contents of which documents speak for themselves and require no further response. To the extent
17  that the allegations contained in paragraph 77 of the Complaint are directed to other defendants,
18  Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of
19  such allegations, and on that basis deny each and every such allegation. To the extent that the
20  allegations contained in paragraph 77 are directed to Epson Defendants, Epson Defendants deny
21  each and every allegation contained in such paragraph.

22       78.     To the extent that the allegations contained in paragraph 78 of the Complaint are
23  directed to other defendants, Epson Defendants lack the knowledge or information sufficient to
24  form a belief as to the truth of such allegations, and on that basis deny each and every such
25  allegation, except admit that several defendants entered into agreements with the DOJ, which
26  agreements speak for themselves as to their contents and require no further response, and that
27  publicly-filed indictments have been returned against defendants, which indictments speak for
28  themselves as to their contents and require no further response. To the extent that the allegations

1    contained in paragraph 78 of the Complaint are directed to Epson Defendants, Epson Defendants

2    deny each and every allegation contained in such paragraph, except admit that EID entered a

3    guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging*

4    *Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks

5    for itself.

6             79.     With regard to the allegations contained in paragraph 79 of the Complaint, Epson

7    Defendants are not required to respond because it does not contain any allegations of fact, but

8    rather states legal conclusions.

9             80.     With regard to the allegations contained in paragraph 80 of the Complaint, Epson

10   Defendants are not required to respond because it does not contain any allegations of fact, but

11   rather states legal conclusions.  To the extent that the allegations contained in paragraph 80 of the

12   Complaint are directed to other defendants, Epson Defendants lack the knowledge or information

13   sufficient to form a belief as to the truth of such allegations, and on that basis deny each and

14   every such allegation.  To the extent that the allegations contained in paragraph 80 are directed to

15   Epson Defendants, Epson Defendants deny each and every allegation contained in such

16   paragraph, except admit that between October 1, 2004 and December 28, 2006, Sanyo Epson

17   Imaging Devices Corporation sold LCD panels or modules containing LCD panels, and these

18   panels or modules were shipped to multiple locations worldwide, including the United States.

19            81.     To the extent that the allegations contained in paragraph 81 of the Complaint are

20   directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

21   form a belief as to the truth of such allegations, and on that basis deny each and every such

22   allegation.  To the extent that the allegations contained in paragraph 81 of the Complaint are

23   directed to Epson Defendants, Epson Defendants deny each and every allegation contained in

24   such paragraph, except admit that EEA is a California corporation that re-sold in the United

25   States LCD panels or modules containing LCD panels manufactured outside the United States by

26   Sanyo Epson Imaging Devices Corporation.

27            82.     To the extent that the allegations contained in paragraph 82 of the Complaint are

28   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

1   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

2   To the extent that the allegations contained in paragraph 82 of the Complaint are directed to

3   Epson Defendants, Epson Defendants deny each and every such allegation.

4          83.     To the extent that the allegations contained in paragraph 83 of the Complaint are

5   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

6   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

7   To the extent that the allegations contained in paragraph 83 of the Complaint are directed to

8   Epson Defendants, Epson Defendants deny each and every such allegation.

9          84.     To the extent that the allegations contained in paragraph 84 of the Complaint are

10  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

11  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

12  To the extent that the allegations contained in paragraph 84 of the Complaint are directed to

13  Epson Defendants, Epson Defendants deny each and every such allegation.

14         85.     To the extent that the allegations contained in paragraph 85 of the Complaint are

15  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

16  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

17  To the extent that the allegations contained in paragraph 85 of the Complaint are directed to

18  Epson Defendants, Epson Defendants deny each and every such allegation.

19         86.     To the extent that the allegations contained in paragraph 86 of the Complaint are

20  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

21  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

22  To the extent that the allegations contained in paragraph 86 of the Complaint are directed to

23  Epson Defendants, Epson Defendants deny each and every such allegation.

24         87.     To the extent that the allegations contained in paragraph 87 of the Complaint are

25  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

26  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

27  To the extent that the allegations contained in paragraph 87 of the Complaint are directed to

28  Epson Defendants, Epson Defendants deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

17

88.     To the extent that the allegations contained in paragraph 88 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 88 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

89.     To the extent that the allegations contained in paragraph 89 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 89 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

90.     To the extent that the allegations contained in paragraph 90 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 90 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

91.     To the extent that the allegations contained in paragraph 91 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 91 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

92.     To the extent that the allegations contained in paragraph 92 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 92 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

93.     To the extent that the allegations contained in paragraph 93 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

18

1  To the extent that the allegations contained in paragraph 93 of the Complaint are directed to

2  Epson Defendants, Epson Defendants deny each and every such allegation.

3         94.    To the extent that the allegations contained in paragraph 94 of the Complaint are

4  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

5  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

6  To the extent that the allegations contained in paragraph 94 of the Complaint are directed to

7  Epson Defendants, Epson Defendants deny each and every such allegation.

8         95.    To the extent that the allegations contained in paragraph 95 of the Complaint are

9  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

10  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

11  To the extent that the allegations contained in paragraph 95 of the Complaint are directed to

12  Epson Defendants, Epson Defendants deny each and every such allegation.

13         96.    To the extent that the allegations contained in paragraph 96 of the Complaint are

14  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

15  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

16  To the extent that the allegations contained in paragraph 96 of the Complaint are directed to

17  Epson Defendants, Epson Defendants deny each and every such allegation.

18         97.    To the extent that the allegations contained in paragraph 97 of the Complaint are

19  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

20  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

21  To the extent that the allegations contained in paragraph 97 of the Complaint are directed to

22  Epson Defendants, Epson Defendants deny each and every such allegation.

23         98.    To the extent that the allegations contained in paragraph 98 of the Complaint are

24  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

25  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

26  To the extent that the allegations contained in paragraph 98 of the Complaint are directed to

27  Epson Defendants, Epson Defendants deny each and every such allegation.

28

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

19

99.     To the extent that the allegations contained in paragraph 99 of the Complaint purport to characterize statements made at plea hearings, those hearings were transcribed in publicly-available transcripts, which transcripts speak for themselves, and no further response is required.  To the extent that the allegations contained in paragraph 99 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 99 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EEA is a California corporation with a principal place of business at 2580 Orchard Parkway, San Jose, California.

100.    To the extent that the allegations contained in paragraph 100 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 100 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

101.    To the extent that the allegations contained in paragraph 101 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 101 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

102.    To the extent that the allegations contained in paragraph 102 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 102 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

103.    To the extent that the allegations contained in paragraph 103 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

20

1    To the extent that the allegations contained in paragraph 103 of the Complaint are directed to

2    Epson Defendants, Epson Defendants deny each and every such allegation.

3          104.    To the extent that the allegations contained in paragraph 104 of the Complaint are

4    directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

5    a belief as to the truth of the allegations and on that basis deny each and every such allegation.

6    To the extent that the allegations contained in paragraph 104 of the Complaint are directed to

7    Epson Defendants, Epson Defendants deny each and every such allegation.

8          105.    To the extent that the allegations contained in paragraph 105 of the Complaint are

9    directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

10   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

11   To the extent that the allegations contained in paragraph 105 of the Complaint are directed to

12   Epson Defendants, Epson Defendants deny each and every such allegation.

13         106.    To the extent that the allegations contained in paragraph 106 of the Complaint are

14   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

15   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

16   To the extent that the allegations contained in paragraph 106 of the Complaint are directed to

17   Epson Defendants, Epson Defendants deny each and every such allegation.

18         107.    To the extent that the allegations contained in paragraph 107 of the Complaint are

19   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

20   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

21   To the extent that the allegations contained in paragraph 107 of the Complaint are directed to

22   Epson Defendants, Epson Defendants deny each and every such allegation.

23         108.    To the extent that the allegations contained in paragraph 108 of the Complaint are

24   directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

25   form a belief as to the truth of such allegations, and on that basis deny each and every such

26   allegation.  To the extent that the allegations contained in paragraph 108 are directed to Epson

27   Defendants, Epson Defendants deny each and every allegation contained in such paragraph,

28

1  except admit that EEA is a California corporation with a principal place of business in San Jose,

2  California.

3      109.    To the extent that the allegations contained in paragraph 109 of the Complaint are

4  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

5  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

6  To the extent that the allegations contained in paragraph 109 of the Complaint are directed to

7  Epson Defendants, Epson Defendants deny each and every such allegation.

8      110.    To the extent that the allegations contained in paragraph 110 of the Complaint are

9  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

10  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

11  To the extent that the allegations contained in paragraph 110 of the Complaint are directed to

12  Epson Defendants, Epson Defendants deny each and every such allegation.

13      111.    To the extent that the allegations contained in paragraph 111 of the Complaint are

14  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

15  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

16  To the extent that the allegations contained in paragraph 111 of the Complaint are directed to

17  Epson Defendants, Epson Defendants deny each and every such allegation.

18      112.    To the extent that the allegations contained in paragraph 112 of the Complaint

19  purport to characterize statements made at plea hearings, those hearings were transcribed in

20  publicly-available transcripts, which transcripts speak for themselves, and no further response is

21  required.  To the extent that the allegations contained in paragraph 112 of the Complaint are

22  directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

23  form a belief as to the truth of such allegations, and on that basis deny each and every such

24  allegation.  To the extent that the allegations contained in paragraph 112 are directed to Epson

25  Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

26      113.    To the extent that the allegations contained in paragraph 113 of the Complaint are

27  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

28  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

22

1    To the extent that the allegations contained in paragraph 113 of the Complaint are directed to

2    Epson Defendants, Epson Defendants deny each and every such allegation.

3         114.    To the extent that the allegations contained in paragraph 114 of the Complaint are

4    directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

5    form a belief as to the truth of such allegations, and on that basis deny each and every such

6    allegation, except admit that several defendants entered into agreements with the DOJ, which

7    agreements speak for themselves as to their contents and require no further response, and that

8    publicly-filed indictments have been returned against defendants, which indictments speak for

9    themselves as to their contents and require no further response.  To the extent that the allegations

10   contained in paragraph 114 of the Complaint are directed to Epson Defendants, Epson Defendants

11   deny each and every allegation contained in such paragraph, except admit that EID entered a

12   guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging*

13   *Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks

14   for itself.

15        115.    With respect to paragraph 115 of the Complaint, Epson Defendants deny any

16   allegation contained in such paragraph that there is a single "LCD Panel industry."  The term

17   "LCD Panel industry" is undefined, argumentative, and counterintuitive, given that there is no

18   single market for LCD panels and products containing LCD panels, but rather there are multiple

19   separate markets for LCD panels and multiple separate markets for products containing LCD

20   panels.  Thus, as defined, the term "LCD Panel industry" creates confusion in this paragraph and

21   wherever it is used as part of any subsequent allegation in the Complaint.  Further responding to

22   the allegations in paragraph 115, Epson Defendants deny each and every allegation contained in

23   such paragraph.

24        116.    To the extent that the allegations contained in paragraph 116 of the Complaint are

25   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

26   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

27   To the extent that the allegations contained in paragraph 116 of the Complaint are directed to

28   Epson Defendants, Epson Defendants deny each and every such allegation.

1    117.   To the extent that the allegations contained in paragraph 117 of the Complaint are

2    directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

3    a belief as to the truth of the allegations and on that basis deny each and every such allegation.

4    To the extent that the allegations contained in paragraph 117 of the Complaint are directed to

5    Epson Defendants, Epson Defendants deny each and every such allegation.

6    118.   To the extent that the allegations contained in paragraph 118 of the Complaint are

7    directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

8    a belief as to the truth of the allegations and on that basis deny each and every such allegation.

9    To the extent that the allegations contained in paragraph 118 of the Complaint are directed to

10   Epson Defendants, Epson Defendants deny each and every such allegation.

11   119.   To the extent that the allegations contained in paragraph 119 of the Complaint are

12   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

13   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

14   To the extent that the allegations contained in paragraph 119 of the Complaint are directed to

15   Epson Defendants, Epson Defendants deny each and every such allegation.

16   120.   To the extent that the allegations contained in paragraph 120 of the Complaint are

17   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

18   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

19   To the extent that the allegations contained in paragraph 120 of the Complaint are directed to

20   Epson Defendants, Epson Defendants deny each and every such allegation.

21   121.   To the extent that the allegations contained in paragraph 121 of the Complaint are

22   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

23   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

24   To the extent that the allegations contained in paragraph 121 of the Complaint are directed to

25   Epson Defendants, Epson Defendants deny each and every such allegation.

26   122.   To the extent that the allegations contained in paragraph 122 of the Complaint are

27   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

28   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

24

1   To the extent that the allegations contained in paragraph 122 of the Complaint are directed to
2   Epson Defendants, Epson Defendants deny each and every such allegation.

3         123.    To the extent that the allegations contained in paragraph 123 of the Complaint are
4   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form
5   a belief as to the truth of the allegations and on that basis deny each and every such allegation.
6   To the extent that the allegations contained in paragraph 123 of the Complaint are directed to
7   Epson Defendants, Epson Defendants deny each and every such allegation.

8         124.    To the extent that the allegations contained in paragraph 124 of the Complaint are
9   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form
10  a belief as to the truth of the allegations and on that basis deny each and every such allegation.
11  To the extent that the allegations contained in paragraph 124 of the Complaint are directed to
12  Epson Defendants, Epson Defendants deny each and every such allegation.

13        125.    To the extent that the allegations contained in paragraph 125 of the Complaint are
14  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form
15  a belief as to the truth of the allegations and on that basis deny each and every such allegation.
16  To the extent that the allegations contained in paragraph 125 of the Complaint are directed to
17  Epson Defendants, Epson Defendants deny each and every such allegation.

18        126.    To the extent that the allegations contained in paragraph 126 of the Complaint are
19  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form
20  a belief as to the truth of the allegations and on that basis deny each and every such allegation.
21  To the extent that the allegations contained in paragraph 126 of the Complaint are directed to
22  Epson Defendants, Epson Defendants deny each and every such allegation.

23        127.    To the extent that the allegations contained in paragraph 127 of the Complaint are
24  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form
25  a belief as to the truth of the allegations and on that basis deny each and every such allegation.
26  To the extent that the allegations contained in paragraph 127 of the Complaint are directed to
27  Epson Defendants, Epson Defendants deny each and every such allegation.

28

1    128.    To the extent that the allegations contained in paragraph 128 of the Complaint

2  purport to characterize an industry magazine report, such report speaks for itself as to its contents

3  and requires no further response.  To the extent that the allegations contained in paragraph 128 of

4  the Complaint are directed to other defendants, Epson Defendants lack knowledge or information

5  sufficient to form a belief as to the truth of the allegations and on that basis deny each and every

6  such allegation.  To the extent that the allegations contained in paragraph 128 of the Complaint

7  are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

8    129.    To the extent that the allegations contained in paragraph 129 of the Complaint

9  purport to characterize comments by industry analysts, such comments speak for themselves as to

10  their contents and require no further response.  To the extent that the allegations contained in

11  paragraph 129 of the Complaint are directed to other defendants, Epson Defendants lack

12  knowledge or information sufficient to form a belief as to the truth of the allegations and on that

13  basis deny each and every such allegation.  To the extent that the allegations contained in

14  paragraph 129 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

15  and every such allegation.

16    130.    To the extent that any allegations in paragraph 130 may be deemed to require any

17  response, Epson Defendants admit that paragraph 130 generally describes some basic aspects of

18  the nature, technology, and means of manufacturing LCD panels, modules, and appliances

19  containing LCD panels, that some types of LCD panels are incorporated in many appliances,

20  including, but not limited to, computer monitors, televisions, and cellular telephones, and that at

21  various times, different types of LCD panels were used in a wide variety of appliances, including,

22  but not limited to, wireless handsets.  To the extent that the allegations contained in paragraph

23  130 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or

24  information sufficient to form a belief as to the truth of the allegations and on that basis deny each

25  and every such allegation.  To the extent that the allegations contained in paragraph 130 of the

26  Complaint are directed to Epson Defendants, Epson Defendants deny each and every such

27  allegation.

28

131. To the extent that any allegations in paragraph 131 may be deemed to require any response, Epson Defendants admit that paragraph 131 generally describes some basic aspects of the nature, technology, and means of manufacturing LCD panels, modules, and appliances containing LCD panels, that some types of LCD panels are incorporated in many appliances, including, but not limited to, computer monitors, televisions, and cellular telephones, and that at various times, different types of LCD panels were used in a wide variety of appliances, including, but not limited to, wireless handsets. To the extent that the allegations contained in paragraph 131 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 131 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

132. To the extent that the allegations contained in paragraph 132 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 132 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

133. Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 and on that basis deny each and every such allegation.

134. To the extent that the allegations contained in paragraph 134 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 134 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

135. To the extent that the allegations contained in paragraph 135 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

27

1   To the extent that the allegations contained in paragraph 135 of the Complaint are directed to

2   Epson Defendants, Epson Defendants deny each and every such allegation.

3          136.   To the extent that the allegations contained in paragraph 136 of the Complaint are

4   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

5   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

6   To the extent that the allegations contained in paragraph 136 of the Complaint are directed to

7   Epson Defendants, Epson Defendants deny each and every such allegation.

8          137.   The allegations contained in paragraph 137 of the Complaint purport to

9   characterize disclosures made by LG Display, which disclosures speak for themselves as to their

10  content and require no further response.

11         138.   The allegations contained in paragraph 138 of the Complaint purport to

12  characterize news reports, which reports speak for themselves as to their contents and require no

13  further response.

14         139.   The allegations contained in paragraph 139 of the Complaint purport to

15  characterize public statements by government authorities in Japan, Korea, the European Union,

16  and the United States, which public disclosures speak for themselves as to their content and

17  require no further response.  To the extent any further response may be deemed required to

18  paragraph 139, Epson Defendants deny each and every allegation contained in such paragraph.

19         140.   To the extent that the allegations contained in paragraph 140 of the Complaint are

20  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

21  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

22  To the extent that the allegations contained in paragraph 140 of the Complaint are directed to

23  Epson Defendants, Epson Defendants deny each and every such allegation.

24         141.   To the extent that the allegations contained in paragraph 141 of the Complaint are

25  directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

26  form a belief as to the truth of such allegations, and on that basis deny each and every such

27  allegation, except admit that several defendants entered into agreements with the DOJ, which

28  agreements speak for themselves as to their contents and require no further response, and that

1  publicly-filed indictments have been returned against defendants, which indictments speak for

2  themselves as to their contents and require no further response.  To the extent that the allegations

3  contained in paragraph 141 of the Complaint are directed to Epson Defendants, Epson Defendants

4  deny each and every allegation contained in such paragraph, except admit that EID entered a

5  guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging*

6  *Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks

7  for itself.

8        142.    To the extent that the allegations contained in paragraph 142 of the Complaint

9  purport to characterize publicly-filed indictments returned against AU Optronics Corporation, AU

10  Optronics Corporation America, and a number of their officers, such indictments speak for

11  themselves and require no further response.  To the extent that the allegations contained in

12  paragraph 142 of the Complaint are directed to other defendants, Epson Defendants lack

13  knowledge or information sufficient to form a belief as to the truth of the allegations and on that

14  basis deny each and every such allegation.  To the extent that the allegations contained in

15  paragraph 142 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

16  and every such allegation.

17        143.    To the extent that the allegations contained in paragraph 143 of the Complaint

18  purport to characterize publicly-filed indictments returned against AU Optronics Corporation, AU

19  Optronics Corporation America, and a number of their officers, such indictments speak for

20  themselves and require no further response.  To the extent that the allegations contained in

21  paragraph 143 of the Complaint are directed to other defendants, Epson Defendants lack

22  knowledge or information sufficient to form a belief as to the truth of the allegations and on that

23  basis deny each and every such allegation.  To the extent that the allegations contained in

24  paragraph 143 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

25  and every such allegation.

26        144.    To the extent that the allegations contained in paragraph 144 of the Complaint

27  purport to characterize publicly-filed indictments returned against AU Optronics Corporation, AU

28  Optronics Corporation America, and a number of their officers, such indictments speak for

1    themselves and require no further response.  To the extent that the allegations contained in

2    paragraph 144 of the Complaint are directed to other defendants, Epson Defendants lack

3    knowledge or information sufficient to form a belief as to the truth of the allegations and on that

4    basis deny each and every such allegation.  To the extent that the allegations contained in

5    paragraph 144 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

6    and every such allegation.

7         145.    To the extent that the allegations contained in paragraph 145 of the Complaint

8    purport to characterize publicly-filed indictments returned against AU Optronics Corporation, AU

9    Optronics Corporation America, and a number of their officers, such indictments speak for

10   themselves and require no further response.  To the extent that the allegations contained in

11   paragraph 145 of the Complaint are directed to other defendants, Epson Defendants lack

12   knowledge or information sufficient to form a belief as to the truth of the allegations and on that

13   basis deny each and every such allegation.  To the extent that the allegations contained in

14   paragraph 145 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

15   and every such allegation.

16        146.    To the extent that the allegations contained in paragraph 146 of the Complaint

17   purport to characterize publicly-filed agreements between LG Display and the DOJ, such

18   agreements speak for themselves as to their contents and require no further response.  To the

19   extent that the allegations contained in paragraph 146 of the Complaint are directed to other

20   defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

21   truth of the allegations and on that basis deny each and every such allegation.  To the extent that

22   the allegations contained in paragraph 146 of the Complaint are directed to Epson Defendants,

23   Epson Defendants deny each and every such allegation.

24        147.    To the extent that the allegations contained in paragraph 147 of the Complaint

25   purport to characterize publicly-filed agreements between LG Display and the DOJ, such

26   agreements speak for themselves as to their contents and require no further response.  To the

27   extent that the allegations contained in paragraph 147 of the Complaint are directed to other

28   defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

1   truth of the allegations and on that basis deny each and every such allegation. To the extent that

2   the allegations contained in paragraph 147 of the Complaint are directed to Epson Defendants,

3   Epson Defendants deny each and every such allegation.

4           148.    To the extent that the allegations contained in paragraph 148 of the Complaint

5   purport to characterize publicly-filed agreements between LG Display and the DOJ, such

6   agreements speak for themselves as to their contents and require no further response. To the

7   extent that the allegations contained in paragraph 148 of the Complaint are directed to other

8   defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

9   truth of the allegations and on that basis deny each and every such allegation. To the extent that

10  the allegations contained in paragraph 148 of the Complaint are directed to Epson Defendants,

11  Epson Defendants deny each and every such allegation.

12          149.    To the extent that the allegations contained in paragraph 149 of the Complaint

13  purport to characterize publicly-filed agreements between LG Display and the DOJ, such

14  agreements speak for themselves as to their contents and require no further response. To the

15  extent that the allegations contained in paragraph 149 of the Complaint are directed to other

16  defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

17  truth of the allegations and on that basis deny each and every such allegation. To the extent that

18  the allegations contained in paragraph 149 of the Complaint are directed to Epson Defendants,

19  Epson Defendants deny each and every such allegation.

20          150.    To the extent that the allegations contained in paragraph 150 of the Complaint

21  purport to characterize a publicly-filed agreement between Chang Suk Chung and the DOJ, such

22  agreement speaks for itself as to its content and requires no further response. To the extent that

23  the allegations contained in paragraph 150 of the Complaint are directed to other defendants,

24  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

25  allegations and on that basis deny each and every such allegation. To the extent that the

26  allegations contained in paragraph 150 of the Complaint are directed to Epson Defendants, Epson

27  Defendants deny each and every such allegation.

28

151.    To the extent that the allegations contained in paragraph 151 of the Complaint purport to characterize a publicly-filed agreement between Bock Kwon and the DOJ, such agreement speaks for itself as to its content and requires no further response. To the extent that the allegations contained in paragraph 151 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 151 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

152.    To the extent that the allegations contained in paragraph 152 of the Complaint purport to characterize a publicly-filed indictment returned against Duk Mo Koo and the DOJ, such agreement speaks for itself as to its content and requires no further response. To the extent that the allegations contained in paragraph 152 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 152 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

153.    To the extent that the allegations contained in paragraph 153 of the Complaint purport to characterize a publicly-filed agreement between Chi Mei Optronics Corporation and the DOJ, such agreement speaks for itself as to its content and requires no further response. To the extent that the allegations contained in paragraph 153 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 153 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

154.    To the extent that the allegations contained in paragraph 154 of the Complaint purport to characterize publicly-filed agreements between Chi Mei executives and the DOJ, such agreements speak for themselves as to their content and require no further response. To the extent that the allegations contained in paragraph 154 of the Complaint are directed to other

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

32

1     defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

2     truth of the allegations and on that basis deny each and every such allegation. To the extent that

3     the allegations contained in paragraph 154 of the Complaint are directed to Epson Defendants,

4     Epson Defendants deny each and every such allegation.

5           155.     To the extent that the allegations contained in paragraph 155 of the Complaint

6     purport to characterize publicly-filed agreements between Chi Mei executives and the DOJ, such

7     agreements speak for themselves as to their content and require no further response. To the

8     extent that the allegations contained in paragraph 155 of the Complaint are directed to other

9     defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

10     truth of the allegations and on that basis deny each and every such allegation. To the extent that

11     the allegations contained in paragraph 155 of the Complaint are directed to Epson Defendants,

12     Epson Defendants deny each and every such allegation.

13           156.     To the extent that the allegations contained in paragraph 156 of the Complaint

14     purport to characterize a publicly-filed indictment returned against Hsin-Tsung Wang, such

15     indictment speaks for itself as to its contents, and requires no further response. To the extent

16     the allegations contained in paragraph 156 of the Complaint are directed to other defendants,

17     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

18     allegations and on that basis deny each and every such allegation. To the extent that the

19     allegations contained in paragraph 156 of the Complaint are directed to Epson Defendants, Epson

20     Defendants deny each and every such allegation.

21           157.     To the extent that the allegations contained in paragraph 157 of the Complaint

22     purport to characterize a publicly-filed agreement between Chunghwa Picture Tubes, Ltd. and the

23     DOJ, such agreement speaks for itself as to its content and requires no further response. To the

24     extent that the allegations contained in paragraph 157 of the Complaint are directed to other

25     defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

26     truth of the allegations and on that basis deny each and every such allegation. To the extent that

27     the allegations contained in paragraph 157 of the Complaint are directed to Epson Defendants,

28     Epson Defendants deny each and every such allegation.

1        158.    To the extent that the allegations contained in paragraph 158 of the Complaint

2   purport to characterize publicly-filed agreements between Chunghwa executives and the DOJ,

3   such agreements speak for themselves as to their content and require no further response.  To the

4   extent that the allegations contained in paragraph 158 of the Complaint are directed to other

5   defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

6   truth of the allegations and on that basis deny each and every such allegation.  To the extent that

7   the allegations contained in paragraph 158 of the Complaint are directed to Epson Defendants,

8   Epson Defendants deny each and every such allegation.

9        159.    To the extent that the allegations contained in paragraph 159 of the Complaint

10  purport to characterize publicly-filed indictments returned against Chunghwa executives, such

11  indictments speak for themselves as to their contents and require no further response.  To the

12  extent that the allegations contained in paragraph 159 of the Complaint are directed to other

13  defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

14  truth of the allegations and on that basis deny each and every such allegation.  To the extent that

15  the allegations contained in paragraph 159 of the Complaint are directed to Epson Defendants,

16  Epson Defendants deny each and every such allegation.

17       160.    To the extent that the allegations contained in paragraph 160 of the Complaint

18  purport to characterize a publicly-filed agreement between HannStar Display Corporation and the

19  DOJ, such agreement speaks for itself as to its content and requires no further response.  To the

20  extent that the allegations contained in paragraph 160 of the Complaint are directed to other

21  defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

22  truth of the allegations and on that basis deny each and every such allegation.  To the extent that

23  the allegations contained in paragraph 160 of the Complaint are directed to Epson Defendants,

24  Epson Defendants deny each and every such allegation.

25       161.    To the extent that the allegations contained in paragraph 161 of the Complaint

26  purport to characterize a publicly-filed agreement between HannStar Display Corporation and the

27  DOJ, such agreement speaks for itself as to its content and requires no further response.  To the

28  extent that the allegations contained in paragraph 161 of the Complaint are directed to other

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

34

1   defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

2   truth of the allegations and on that basis deny each and every such allegation.  To the extent that

3   the allegations contained in paragraph 161 of the Complaint are directed to Epson Defendants,

4   Epson Defendants deny each and every such allegation.

5          162.    To the extent that the allegations contained in paragraph 162 of the Complaint

6   purport to characterize a publicly-filed agreement between HannStar Display Corporation and the

7   DOJ, such agreement speaks for itself as to its content and requires no further response.  To the

8   extent that the allegations contained in paragraph 162 of the Complaint are directed to other

9   defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the

10  truth of the allegations and on that basis deny each and every such allegation.  To the extent that

11  the allegations contained in paragraph 162 of the Complaint are directed to Epson Defendants,

12  Epson Defendants deny each and every such allegation.

13         163.    To the extent that the allegations contained in paragraph 163 of the Complaint

14  purport to characterize a publicly-filed agreement between Jui Hung Wu and the DOJ, such

15  agreement speaks for itself as to its content and requires no further response.  To the extent that

16  the allegations contained in paragraph 163 of the Complaint are directed to other defendants,

17  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

18  allegations and on that basis deny each and every such allegation.  To the extent that the

19  allegations contained in paragraph 163 of the Complaint are directed to Epson Defendants, Epson

20  Defendants deny each and every such allegation.

21         164.    To the extent that the allegations contained in paragraph 164 of the Complaint

22  purport to characterize a publicly-filed indictment returned against Ding Hui Joe, such indictment

23  speaks for itself as to its contents and requires no further response.  To the extent that the

24  allegations contained in paragraph 164 of the Complaint are directed to other defendants, Epson

25  Defendants lack knowledge or information sufficient to form a belief as to the truth of the

26  allegations and on that basis deny each and every such allegation.  To the extent that the

27  allegations contained in paragraph 164 of the Complaint are directed to Epson Defendants, Epson

28  Defendants deny each and every such allegation.

1    165.    To the extent that the allegations contained in paragraph 165 of the Complaint

2    purport to characterize a publicly-filed agreement between Sharp Corporation and the DOJ, such

3    agreement speaks for itself as to its content and requires no further response.  To the extent that

4    the allegations contained in paragraph 165 of the Complaint are directed to other defendants,

5    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

6    allegations and on that basis deny each and every such allegation.  To the extent that the

7    allegations contained in paragraph 165 of the Complaint are directed to Epson Defendants, Epson

8    Defendants deny each and every such allegation.

9    166.    To the extent that the allegations contained in paragraph 166 of the Complaint are

10   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

11   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

12   To the extent that the allegations contained in paragraph 166 of the Complaint are directed to

13   Epson Defendants, Epson Defendants deny each and every such allegation.

14   167.    To the extent that the allegations contained in paragraph 167 of the Complaint are

15   directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

16   a belief as to the truth of the allegations and on that basis deny each and every such allegation.

17   To the extent that the allegations contained in paragraph 167 of the Complaint are directed to

18   Epson Defendants, Epson Defendants deny each and every such allegation.

19   168.    To the extent that the allegations contained in paragraph 168 of the Complaint

20   purport to characterize a publicly-filed agreement between Sharp Corporation and the DOJ, such

21   agreement speaks for itself as to its content and requires no further response.  To the extent that

22   the allegations contained in paragraph 168 of the Complaint are directed to other defendants,

23   Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

24   allegations and on that basis deny each and every such allegation.  To the extent that the

25   allegations contained in paragraph 168 of the Complaint are directed to Epson Defendants, Epson

26   Defendants deny each and every such allegation.

27   169.    To the extent that the allegations contained in paragraph 169 of the Complaint

28   purport to characterize a publicly-filed agreement between Sharp Corporation and the DOJ, such

1    agreement speaks for itself as to its content and requires no further response.  To the extent that

2    the allegations contained in paragraph 169 of the Complaint are directed to other defendants,

3    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

4    allegations and on that basis deny each and every such allegation.  To the extent that the

5    allegations contained in paragraph 169 of the Complaint are directed to Epson Defendants, Epson

6    Defendants deny each and every such allegation.

7        170.    To the extent that the allegations contained in paragraph 170 of the Complaint

8    purport to characterize a publicly-filed agreement between Sharp Corporation and the DOJ, such

9    agreement speaks for itself as to its content and requires no further response.  To the extent that

10    the allegations contained in paragraph 170 of the Complaint are directed to other defendants,

11    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

12    allegations and on that basis deny each and every such allegation.  To the extent that the

13    allegations contained in paragraph 170 of the Complaint are directed to Epson Defendants, Epson

14    Defendants deny each and every such allegation.

15        171.    To the extent that the allegations contained in paragraph 171 of the Complaint

16    purport to characterize a publicly-filed agreement between Sharp Corporation and the DOJ, such

17    agreement speaks for itself as to its content and requires no further response.  To the extent that

18    the allegations contained in paragraph 171 of the Complaint are directed to other defendants,

19    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the

20    allegations and on that basis deny each and every such allegation.  To the extent that the

21    allegations contained in paragraph 171 of the Complaint are directed to Epson Defendants, Epson

22    Defendants deny each and every such allegation.

23        172.    To the extent that the allegations contained in paragraph 172 of the Complaint are

24    directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

25    a belief as to the truth of the allegations and on that basis deny each and every such allegation.

26    To the extent that the allegations contained in paragraph 172 of the Complaint are directed to

27    Epson Defendants, Epson Defendants deny each and every such allegation, except admit that EID

28    entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson*

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

37

*Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself.

173. To the extent that the allegations contained in paragraph 173 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 173 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

174. To the extent that the allegations contained in paragraph 174 of the Complaint purport to characterize a publicly-filed agreement between Hitachi Displays, Ltd. and the DOJ, such agreement speaks for itself as to its content and requires no further response. To the extent that the allegations contained in paragraph 174 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 174 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

175. To the extent that the allegations contained in paragraph 175 of the Complaint purport to characterize a publicly-filed indictment returned against Sakae Someya, such indictment speaks for itself as to its contents and requires no further response. To the extent that the allegations contained in paragraph 175 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 175 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

176. To the extent that the allegations contained in paragraph 176 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 176 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

38

177.   To the extent that the allegations contained in paragraph 177 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 177 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

178.   With respect to paragraph 178 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of speculation, argument, and conclusions of law.  To the extent that the allegations contained in paragraph 178 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 178 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

179.   To the extent that the allegations contained in paragraph 179 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 179 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

180.   To the extent that the allegations contained in paragraph 180 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 180 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

181.   To the extent that the allegations contained in paragraph 181 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 181 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

39

182.    To the extent that the allegations contained in paragraph 182 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 182 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

183.    To the extent that the allegations contained in paragraph 183 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 183 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

184.    To the extent that the allegations contained in paragraph 184 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 184 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

185.    To the extent that the allegations contained in paragraph 185 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 185 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

186.    To the extent that the allegations contained in paragraph 186 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 186 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

187.    With respect to the allegations contained in paragraph 187 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiff's explanation of terminology.  To the extent that the allegations contained in

1  paragraph 187 of the Complaint are directed to other defendants, Epson Defendants lack

2  knowledge or information sufficient to form a belief as to the truth of the allegations and on that

3  basis deny each and every such allegation. To the extent that the allegations contained in

4  paragraph 187 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

5  and every such allegation.

6       188. Epson Defendants lack knowledge or information sufficient to form a belief as to

7  the truth of the allegations contained in paragraph 188 and on that basis deny each and every such

8  allegation.

9       189. Epson Defendants lack knowledge or information sufficient to form a belief as to

10  the truth of the allegations contained in paragraph 189 and on that basis deny each and every such

11  allegation.

12       190. To the extent that the allegations contained in paragraph 190 of the Complaint are

13  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

14  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

15  To the extent that the allegations contained in paragraph 190 of the Complaint are directed to

16  Epson Defendants, Epson Defendants deny each and every such allegation.

17       191. To the extent that the allegations contained in paragraph 191 of the Complaint are

18  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

19  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

20  To the extent that the allegations contained in paragraph 191 of the Complaint are directed to

21  Epson Defendants, Epson Defendants deny each and every such allegation.

22       192. To the extent that the allegations contained in paragraph 192 of the Complaint are

23  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

24  a belief as to the truth of the allegations and on that basis deny each and every such allegation.

25  To the extent that the allegations contained in paragraph 192 of the Complaint are directed to

26  Epson Defendants, Epson Defendants deny each and every such allegation.

27       193. To the extent that the allegations contained in paragraph 193 of the Complaint are

28  directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 193 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

194.    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 and on that basis deny each and every such allegation.

195.    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 and on that basis deny each and every such allegation.

196.    To the extent that the allegations contained in paragraph 196 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 196 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

197.    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 and on that basis deny each and every such allegation.

198.    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 and on that basis deny each and every such allegation.

199.    To the extent that the allegations contained in paragraph 199 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 199 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

200.    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 and on that basis deny each and every such allegation.

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

42

201. To the extent that the allegations contained in paragraph 201 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 201 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

202. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 and on that basis deny each and every such allegation.

203. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 and on that basis deny each and every such allegation.

204. To the extent that the allegations contained in paragraph 204 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 204 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

205. With regard to the allegations contained in paragraph 205 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions. To the extent that the allegations contained in paragraph 205 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of those allegations and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 205 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

206. To the extent that the allegations contained in paragraph 206 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of those allegations and on that basis deny each and every such

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

43

1   allegation.  To the extent that the allegations contained in paragraph 206 of the Complaint are

2   directed to Epson Defendants, Epson Defendants deny each and every such allegation.

3   207.   With regard to the allegations contained in paragraph 207 of the Complaint, Epson

4   Defendants are not required to respond because it does not contain any allegations of fact, but

5   rather states legal conclusions.  To the extent that the allegations contained in paragraph 207 of

6   the Complaint are directed to other defendants, Epson Defendants lack the knowledge or

7   information sufficient to form a belief as to the truth of those allegations and on that basis deny

8   each and every such allegation.  To the extent that the allegations contained in paragraph 207 of

9   the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such

10   allegation.

11   208.   To the extent that the allegations contained in paragraph 208 of the Complaint

12   purport to characterize statements made by Omid Milani, Bock Kwon and Yoon-Woo Lee, such

13   statements speak for themselves as to their contents and require no further response.  To the

14   extent that the allegations contained in paragraph 208 of the Complaint are directed to other

15   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

16   the truth of those allegations and on that basis deny each and every such allegation.  To the extent

17   that the allegations contained in paragraph 208 of the Complaint are directed to Epson

18   Defendants, Epson Defendants deny each and every such allegation.

19   209.   To the extent that the allegations contained in paragraph 209 of the Complaint

20   purport to characterize statements made by Joel Pollack, such statements speak for themselves

21   and require no further response.  To the extent that the allegations contained in paragraph 209 of

22   the Complaint are directed to other defendants, Epson Defendants lack the knowledge or

23   information sufficient to form a belief as to the truth of those allegations and on that basis deny

24   each and every such allegation.  To the extent that the allegations contained in paragraph 209 of

25   the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such

26   allegation.

27   210.   To the extent that the allegations contained in paragraph 210 of the Complaint

28   purport to characterize statements made by Yoon-Woo Lee, such statements speak for themselves

1 and require no further response.  To the extent that the allegations contained in paragraph 210 of

2 the Complaint are directed to other defendants, Epson Defendants lack the knowledge or

3 information sufficient to form a belief as to the truth of the allegations and on that basis deny each

4 and every such allegation.  To the extent that the allegations contained in paragraph 210 of the

5 Complaint are directed to Epson Defendants, Epson Defendants deny each and every such

6 allegation.

7       211.   To the extent that the allegations contained in paragraph 211 of the Complaint

8 purport to characterize statements made by Bruce Berkoff and Koo Duk-Mo, such statements

9 speak for themselves and require no further response.  To the extent that the allegations contained

10 in paragraph 211 of the Complaint are directed to other defendants, Epson Defendants lack the

11 knowledge or information sufficient to form a belief as to the truth of the allegations and on that

12 basis deny each and every such allegation.  To the extent that the allegations contained in

13 paragraph 211 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

14 and every such allegation.

15       212.   To the extent that the allegations contained in paragraph 212 of the Complaint

16 purport to characterize statements made by Bruce Berkoff and Koo Duk-Mo, such statements

17 speak for themselves and require no further response.  To the extent that the allegations contained

18 in paragraph 212 of the Complaint are directed to other defendants, Epson Defendants lack the

19 knowledge or information sufficient to form a belief as to the truth of the allegations and on that

20 basis deny each and every such allegation.  To the extent that the allegations contained in

21 paragraph 212 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

22 and every such allegation.

23       213.   With regard to the allegations contained in paragraph 213 of the Complaint, Epson

24 Defendants are not required to respond because it does not contain any allegations of fact, but

25 rather states legal conclusions.  To the extent that the allegations contained in paragraph 213 of

26 the Complaint are directed to other defendants, Epson Defendants lack the knowledge or

27 information sufficient to form a belief as to the truth of those allegations and on that basis deny

28 each and every such allegation.  To the extent that the allegations contained in paragraph 213 of

1   the Complaint are directed to Epson Defendants, Epson Defendants deny each and every such

2   allegation.

3          214.    Answering the allegations contained in paragraph 214 of the Complaint, Epson

4   Defendants restate and reincorporate as if fully set forth herein each of the several responses set

5   forth above to each and every allegations contained in paragraphs 1 through 213, inclusive, of the

6   Complaint.

7          215.    With respect to paragraph 215 of the Complaint, Epson Defendants are not

8   required to respond because it does not contain any allegation of fact, but rather consists of

9   arguments and conclusions of law.  To the extent that any response may be deemed required to

10  any allegation in paragraph 215 of the Complaint directed to other defendants, Epson Defendants

11  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

12  that basis deny each and every such allegation.  To the extent that the allegations contained in

13  paragraph 215 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

14  and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

15  set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

16  *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

17  and requires no further response.

18         216.    With respect to paragraph 216 of the Complaint, Epson Defendants are not

19  required to respond because it does not contain any allegation of fact, but rather consists of

20  arguments and conclusions of law.  To the extent that any response may be deemed required to

21  any allegation in paragraph 216 of the Complaint directed to other defendants, Epson Defendants

22  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

23  that basis deny each and every such allegation.  To the extent that the allegations contained in

24  paragraph 216 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

25  and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

26  set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

27  *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

28  and requires no further response.

217.   With respect to paragraph 217 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 217 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 217 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

218.   With respect to paragraph 218 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 218 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 218 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

219.   With respect to paragraph 219 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 219 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 219 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

220.   With respect to paragraph 220 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 220 of the Complaint directed to other defendants, Epson Defendants

Epson Defendants' Answer to SB Liquidation Trust's First Amended Complaint
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

47

1  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

2  that basis deny each and every such allegation. To the extent that the allegations contained in

3  paragraph 220 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

4  and every allegation contained in such paragraph.

5       221. Answering the allegations contained in paragraph 221 of the Complaint, Epson

6  Defendants restate and reincorporate as if fully set forth herein each of the several responses set

7  forth above to each and every allegation contained in paragraphs 1 through 220, inclusive, of the

8  Complaint.

9       222. With respect to paragraph 222 of the Complaint, Epson Defendants are not

10  required to respond because it does not contain any allegation of fact, but rather consists of

11  arguments and conclusions of law. To the extent that any response may be deemed required to

12  any allegation in paragraph 222 of the Complaint directed to other defendants, Epson Defendants

13  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

14  that basis deny each and every such allegation. To the extent that the allegations contained in

15  paragraph 222 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

16  and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

17  set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

18  *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

19  and requires no further response.

20       223. With respect to paragraph 223 of the Complaint, Epson Defendants are not

21  required to respond because it does not contain any allegation of fact, but rather consists of

22  arguments and conclusions of law. To the extent that any response may be deemed required to

23  any allegation in paragraph 223 of the Complaint directed to other defendants, Epson Defendants

24  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

25  that basis deny each and every such allegation. To the extent that the allegations contained in

26  paragraph 223 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

27  and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

28  set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

48

1  *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

2  and requires no further response and that EEA is a California corporation with a principal place of

3  business.

4        224.    With respect to paragraph 224 of the Complaint, Epson Defendants are not

5  required to respond because it does not contain any allegation of fact, but rather consists of

6  arguments and conclusions of law.  To the extent that any response may be deemed required to

7  any allegation in paragraph 224 of the Complaint directed to other defendants, Epson Defendants

8  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

9  that basis deny each and every such allegation.  To the extent that the allegations contained in

10  paragraph 224 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

11  and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

12  set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

13  *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

14  and requires no further response and that EEA is a California corporation with a principal place of

15  business.

16        225.    With respect to paragraph 225 of the Complaint, Epson Defendants are not

17  required to respond because it does not contain any allegation of fact, but rather consists of

18  arguments and conclusions of law.  To the extent that any response may be deemed required to

19  any allegation in paragraph 225 of the Complaint directed to other defendants, Epson Defendants

20  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

21  that basis deny each and every such allegation.  To the extent that the allegations contained in

22  paragraph 225 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

23  and every allegation contained in such paragraph.

24        226.    With respect to paragraph 226 of the Complaint, Epson Defendants are not

25  required to respond because it does not contain any allegation of fact, but rather consists of

26  arguments and conclusions of law.  To the extent that any response may be deemed required to

27  any allegation in paragraph 226 of the Complaint directed to other defendants, Epson Defendants

28  lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

49

1 that basis deny each and every such allegation.  To the extent that the allegations contained in

2 paragraph 226 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

3 and every allegation contained in such paragraph.

4      227.    Answering the allegations contained in paragraph 227 of the Complaint, Epson

5 Defendants restate and reincorporate as if fully set forth herein each of the several responses set

6 forth above to each and every allegation contained in paragraphs 1 through 226, inclusive, of the

7 Complaint.

8      228.    With respect to paragraph 228 of the Complaint, Epson Defendants are not

9 required to respond because it does not contain any allegation of fact, but rather consists of

10 arguments and conclusions of law.  To the extent that any response may be deemed required to

11 any allegation in paragraph 228 of the Complaint directed to other defendants, Epson Defendants

12 lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

13 that basis deny each and every such allegation.  To the extent that the allegations contained in

14 paragraph 228 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

15 and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

16 set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

17 *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

18 and requires no further response.

19      229.    With respect to paragraph 229 of the Complaint, Epson Defendants are not

20 required to respond because it does not contain any allegation of fact, but rather consists of

21 arguments and conclusions of law.  To the extent that any response may be deemed required to

22 any allegation in paragraph 229 of the Complaint directed to other defendants, Epson Defendants

23 lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

24 that basis deny each and every such allegation.  To the extent that the allegations contained in

25 paragraph 229 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

26 and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

27 set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

28 *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself

1    and requires no further response and that EEA is a California corporation with a principal place of

2    business.

3           230.    With respect to paragraph 230 of the Complaint, Epson Defendants are not

4    required to respond because it does not contain any allegation of fact, but rather consists of

5    arguments and conclusions of law.  To the extent that any response may be deemed required to

6    any allegation in paragraph 230 of the Complaint directed to other defendants, Epson Defendants

7    lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

8    that basis deny each and every such allegation.  To the extent that the allegations contained in

9    paragraph 230 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

10   and every allegation contained in such paragraph.

11          231.    With respect to paragraph 231 of the Complaint, Epson Defendants are not

12   required to respond because it does not contain any allegation of fact, but rather consists of

13   arguments and conclusions of law.  To the extent that any response may be deemed required to

14   any allegation in paragraph 231 of the Complaint directed to other defendants, Epson Defendants

15   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

16   that basis deny each and every such allegation.  To the extent that the allegations contained in

17   paragraph 231 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

18   and every allegation contained in such paragraph.

19          232.    With respect to paragraph 232 of the Complaint, Epson Defendants are not

20   required to respond because it does not contain any allegation of fact, but rather consists of

21   arguments and conclusions of law.  To the extent that any response may be deemed required to

22   any allegation in paragraph 232 of the Complaint directed to other defendants, Epson Defendants

23   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

24   that basis deny each and every such allegation.  To the extent that the allegations contained in

25   paragraph 232 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

26   and every allegation contained in such paragraph.

27          233.    With respect to paragraph 233 of the Complaint, Epson Defendants are not

28   required to respond because it does not contain any allegation of fact, but rather consists of

1    arguments and conclusions of law.  To the extent that any response may be deemed required to

2    any allegation in paragraph 233 of the Complaint directed to other defendants, Epson Defendants

3    lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

4    that basis deny each and every such allegation.  To the extent that the allegations contained in

5    paragraph 233 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

6    and every allegation contained in such paragraph.

7         234.    With respect to paragraph 234 of the Complaint, Epson Defendants are not

8    required to respond because it does not contain any allegation of fact, but rather consists of

9    arguments and conclusions of law.  To the extent that any response may be deemed required to

10   any allegation in paragraph 234 of the Complaint directed to other defendants, Epson Defendants

11   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

12   that basis deny each and every such allegation.  To the extent that the allegations contained in

13   paragraph 234 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

14   and every allegation contained in such paragraph.

15        235.    With respect to paragraph 235 of the Complaint, Epson Defendants are not

16   required to respond because it does not contain any allegation of fact, but rather consists of

17   arguments and conclusions of law.  To the extent that any response may be deemed required to

18   any allegation in paragraph 235 of the Complaint directed to other defendants, Epson Defendants

19   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

20   that basis deny each and every such allegation.  To the extent that the allegations contained in

21   paragraph 235 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

22   and every allegation contained in such paragraph.

23        236.    With respect to paragraph 236 of the Complaint, Epson Defendants are not

24   required to respond because it does not contain any allegation of fact, but rather consists of

25   arguments and conclusions of law.  To the extent that any response may be deemed required to

26   any allegation in paragraph 236 of the Complaint directed to other defendants, Epson Defendants

27   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

28   that basis deny each and every such allegation.  To the extent that the allegations contained in

1    paragraph 236 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

2    and every allegation contained in such paragraph.

3         237.    With respect to paragraph 237 of the Complaint, Epson Defendants are not

4    required to respond because it does not contain any allegation of fact, but rather consists of

5    arguments and conclusions of law.  To the extent that any response may be deemed required to

6    any allegation in paragraph 237 of the Complaint directed to other defendants, Epson Defendants

7    lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

8    that basis deny each and every such allegation.  To the extent that the allegations contained in

9    paragraph 237 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

10   and every allegation contained in such paragraph.

11        238.    With respect to paragraph 238 of the Complaint, Epson Defendants are not

12   required to respond because it does not contain any allegation of fact, but rather consists of

13   arguments and conclusions of law.  To the extent that any response may be deemed required to

14   any allegation in paragraph 238 of the Complaint directed to other defendants, Epson Defendants

15   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

16   that basis deny each and every such allegation.  To the extent that the allegations contained in

17   paragraph 238 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

18   and every allegation contained in such paragraph.

19        239.    With respect to paragraph 239 of the Complaint, Epson Defendants are not

20   required to respond because it does not contain any allegation of fact, but rather consists of

21   arguments and conclusions of law.  To the extent that any response may be deemed required to

22   any allegation in paragraph 239 of the Complaint directed to other defendants, Epson Defendants

23   lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

24   that basis deny each and every such allegation.  To the extent that the allegations contained in

25   paragraph 239 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

26   and every allegation contained in such paragraph.

27        240.    With respect to paragraph 240 of the Complaint, Epson Defendants are not

28   required to respond because it does not contain any allegation of fact, but rather consists of

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

53

1 arguments and conclusions of law.  To the extent that any response may be deemed required to

2 any allegation in paragraph 240 of the Complaint directed to other defendants, Epson Defendants

3 lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on

4 that basis deny each and every such allegation.  To the extent that the allegations contained in

5 paragraph 240 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

6 and every allegation contained in such paragraph.

7   241. Epson Defendants deny each and every allegation contained in the *ad damnum*

8 clause of the Complaint and deny each and every allegation contained in the Complaint to the

9 extent that a response has not been provided herein.

10        **ADDITIONAL DEFENSES**

11   1. As additional defenses to the Complaint, Epson Defendants state, without

12 assuming any burden of pleading or proof that would otherwise rest with the plaintiff, as follows:

13        **FIRST ADDITIONAL DEFENSE**

14        (Lack of Subject Matter Jurisdiction)

15   2. The conduct alleged to provide a basis for the plaintiff's claims did not have a

16 direct, substantial, and reasonably foreseeable effect on trade or commerce with the United States.

17 The Court therefore lacks subject matter jurisdiction over the plaintiff's claims.

18       **SECOND ADDITIONAL DEFENSE**

19        (Failure to State a Claim)

20   3. The Complaint fails to state a claim upon which relief can be granted.

21        **THIRD ADDITIONAL DEFENSE**

22    (Failure to Plead Fraud Particularly; Fed.R.Civ.P. 9(b))

23   4. Plaintiff has failed to plead fraudulent concealment with the particularity required

24 by Rule 9(b) of the Federal Rules of Civil Procedure.

25       **FOURTH ADDITIONAL DEFENSE**

26        (Forum Non Conveniens)

27   5. The complaint should be dismissed on the grounds of forum non conveniens.

28

1

**FIFTH ADDITIONAL DEFENSE**

2

(Improper Forum/Arbitration)

3      6.     Plaintiff's claims against Epson Defendants are barred to the extent that it has

4 agreed to arbitration or chosen a different forum for the resolution of their claims.

5

**SIXTH ADDITIONAL DEFENSE**

6

(Lack of Standing)

7      7.     Plaintiff's claims are barred, in whole or in part, because plaintiff lacks standing to

8 bring or maintain the claims set forth in the Complaint.

9

**SEVENTH ADDITIONAL DEFENSE**

10

(Lack of Standing – Indirect Purchasers)

11      8.     Plaintiff's claims are barred, in whole or in part, to the extent that it did not

12 purchase LCD panels or LCD products directly from defendants, because it is an indirect

13 purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that

14 capacity.

15

**EIGHTH ADDITIONAL DEFENSE**

16

(Lack of Antitrust Injury)

17      9.     Plaintiff's claims are barred, in whole or in part, because plaintiff has suffered no

18 antitrust injury.

19

**NINTH ADDITIONAL DEFENSE**

20

(Statute of Limitations)

21      10.     Plaintiff's claims are barred, in whole or in part, by applicable statutes of

22 limitations, including but not limited to Section 4B of the Clayton Act (15 U.S.C. § 15b) and the

23 applicable statute of limitations under the state laws provided.

24

**TENTH ADDITIONAL DEFENSE**

25

(Waiver)

26      11.     Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

27

28

1
**ELEVENTH ADDITIONAL DEFENSE**

2
(Estoppel)

3
12.      Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

4
**TWELFTH ADDITIONAL DEFENSE**

5
(Laches)

6
13.      Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

7
**THIRTEENTH ADDITIONAL DEFENSE**

8
(No Act by Epson Defendants)

9
14.      Plaintiff's claims are barred, in whole or in part, because plaintiff has not been

10
injured in its business or property by reason of any action by Epson Defendants.

11
**FOURTEENTH ADDITIONAL DEFENSE**

12
(Intervening Conduct)

13
15.      Plaintiff's claims are barred, in whole or in part, because any alleged injuries and

14
damages were not legally or proximately caused by any acts or omissions of Epson Defendants

15
and/or were caused, if at all, solely and proximately by the conduct of third parties including,

16
without limitation, the prior, intervening or superseding conduct of such third parties.

17
**FIFTEENTH ADDITIONAL DEFENSE**

18
(Ultra Vires)

19
16.      To the extent that any actionable conduct occurred, plaintiff's claims against

20
Epson Defendants are barred because all such conduct would have been committed by individuals

21
acting ultra vires.

22
**SIXTEENTH ADDITIONAL DEFENSE**

23
(Speculative Damages)

24
17.      Plaintiff's claims are barred, in whole or in part, because the alleged damages, if

25
any, are speculative and because of the impossibility of the ascertainment and allocation of such

26
alleged damages.

27

28

1

## SEVENTEENTH ADDITIONAL DEFENSE

2

(Failure to Mitigate Damages)

3    18.    Plaintiff's claims are barred from recovery of any damages because of and to the

4    extent of its failure to mitigate damages.

5

## EIGHTEENTH ADDITIONAL DEFENSE

6

(Unilateral Action)

7    19.    Plaintiff's claims are barred, in whole or in part, because any actions or practices

8    by Epson Defendants that are the subject of the Complaint were undertaken unilaterally for

9    legitimate business reasons and in pursuit of Epson Defendants' independent interests and those

10   of its customers, and were not the product of any contract, combination or conspiracy between

11   Epson Defendants and any other person or entity.

12

## NINETEENTH ADDITIONAL DEFENSE

13

(Rule of Reason)

14   20.    Plaintiff's claims are barred, in whole or in part, because any acts or practices by

15   Epson Defendants that are the subject of the Complaint were adopted in furtherance of legitimate

16   business interests of Epson Defendants and of its customers and do not unreasonably restrain

17   competition.

18

## TWENTIETH ADDITIONAL DEFENSE

19

(Competition)

20   21.    Plaintiff's claims are barred, in whole or in part, because any acts or practices by

21   Epson Defendants that are the subject of the Complaint were cost justified or otherwise

22   economically justified and resulted from a good faith effort to meet competition or market

23   conditions.

24

## TWENTY-FIRST ADDITIONAL DEFENSE

25

(Privileged Conduct)

26   22.    Plaintiff's claims are barred, in whole or in part, as premised upon privileged

27   conduct or actions by Epson Defendants.

28

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

57

**TWENTY-SECOND ADDITIONAL DEFENSE**

(Pass Through)

23.     Plaintiff's claims are barred, in whole or in part, because it fails to meet its burden of proving that it was damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge was not absorbed in whole or in part by direct purchasers or by other third parties, and was passed through to the plaintiffs.

**TWENTY-THIRD ADDITIONAL DEFENSE**

(Pass On)

24.     Plaintiff's claims are barred, in whole or in part, because it fails to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge was not passed on by plaintiffs to a third party.

**TWENTY-FOURTH ADDITIONAL DEFENSE**

(Due Process)

25.     Plaintiff's claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson Defendants' rights guaranteed by the Due Process clause of the Fifth Amendment of the United States Constitution.

**TWENTY-FIFTH ADDITIONAL DEFENSE**

(Due Process)

26.     Plaintiff's claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson Defendants' rights guaranteed by the Due Process clause of the Fourteenth Amendment of the United States Constitution.

**TWENTY-SIXTH ADDITIONAL DEFENSE**

(Equal Protection)

27.     Plaintiff's claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson

EPSON DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3-07-MD-1827-SI; Case No. 10-cv-5458-SI

58

1 Defendants' rights guaranteed by the Equal Protection provision clause of the Fourteenth
2 Amendment of the United States Constitution.

3 **TWENTY-SEVENTH ADDITIONAL DEFENSE**
4 (Double Jeopardy)

5 28.  Plaintiff's claims are barred, in whole or in part, to the extent it seeks an improper
6 multiple punitive award for a single wrong because such an award would violate Epson
7 Defendants' rights guaranteed by the Double Jeopardy Clause of the Fifth Amendment of the
8 United States Constitution.

9 **TWENTY-EIGHTH ADDITIONAL DEFENSE**
10 (Excessive Fines)

11 29.  Plaintiff's claims are barred, in whole or in part, to the extent it seeks an improper
12 multiple punitive award for a single wrong because such an award would violate Epson
13 Defendants' rights guaranteed by the Excessive Fines provision of the Eighth Amendment of the
14 United States Constitution.

15 **TWENTY-NINTH ADDITIONAL DEFENSE**
16 (Unconstitutional Multiplicity)

17 30.  To the extent any recovery by the plaintiff would be duplicative of recovery by
18 other plaintiffs and other lawsuits, subjecting Epson Defendants to the possibility of multiple
19 liability, such recovery is barred by the Fifth and Eighth Amendments to the United States
20 Constitution.

21 **THIRTIETH ADDITIONAL DEFENSE**
22 (Bar on Duplicative Recovery)

23 31.  To the extent any recovery by the plaintiff would be duplicative of recovery by
24 other plaintiffs that are predecessors or successors to plaintiffs in the chain of distribution,
25 subjecting Epson Defendants to the possibility of multiple liability, such recovery is barred.

26
27
28

1

**THIRTY-FIRST ADDITIONAL DEFENSE**

2

(Release)

3       32.     Plaintiff's claims are barred, in whole or in part, to the extent of any release or

4   compromise of such claims between the parties.

5

**THIRTY-SECOND ADDITIONAL DEFENSE**

6

(Accord and Satisfaction)

7       33.     Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and

8   satisfaction.

9

**THIRTY-THIRD ADDITIONAL DEFENSE**

10

(Failure of Consideration)

11       34.     Plaintiff's claims are barred, in whole or in part, as a result of a failure of

12   consideration.

13

**THIRTY-FOURTH ADDITIONAL DEFENSE**

14

(Illegality of Contract)

15       35.     Plaintiff's claims are barred, in whole or in part, by the doctrine of illegality of

16   contract.

17

**THIRTY-FIFTH ADDITIONAL DEFENSE**

18

(Statute of Frauds)

19       36.     Plaintiff's claims are barred, in whole or in part, by Statute of Frauds.

20

**THIRTY-SIXTH ADDITIONAL DEFENSE**

21

(Fraud)

22       37.     Plaintiff's claims are barred, in whole or in part, to the extent plaintiff induced

23   Epson Defendants into entering contracts based on fraud.

24

**THIRTY-SEVENTH ADDITIONAL DEFENSE**

25

(Mistake of Fact)

26       38.     Plaintiff's claims are barred, in whole or in part, by reason of doctrine of mistake

27   of fact.

28

1

## THIRTY-EIGHTH ADDITIONAL DEFENSE

2

(Duress)

3

39.     Plaintiff's claims are barred, in whole or in part, by reason of duress.

4

## THIRTY-NINTH ADDITIONAL DEFENSE

5

(Setoff)

6

40.     To the extent that plaintiff has outstanding obligations to Epson Defendants, their

7

claims are barred or reduced.

8

## FORTIETH ADDITIONAL DEFENSE

9

(Incorporation of Defenses of Others)

10

41.     Epson Defendants adopt by reference any applicable defense pleaded by any other

11

defendant not otherwise expressly set forth herein.

12

## FORTY-FIRST ADDITIONAL DEFENSE

13

(Reservation of Other Defenses)

14

42.     Epson Defendants reserve the right to assert other defenses as this action proceeds

15

up to and including the time of trial.

16

17

WHEREFORE, Epson Defendants pray any claims set forth in the Complaint be

18

dismissed with prejudice, that Epson Defendants be awarded their costs in defending this action,

19

and that Epson Defendants be granted such other relief as the court deems just in the premises.

20

21

Dated:  October 25, 2011                    MELVIN R. GOLDMAN

22                                          STEPHEN P. FRECCERO
                                            DEREK F. FORAN
23                                          MORRISON & FOERSTER LLP

24

25                                          By:    /s/ Stephen P. Freccero
                                                   STEPHEN P. FRECCERO

26
                                            Attorneys for Defendants
27                                          Epson Imaging Devices Corporation
                                            and Epson Electronics America, Inc.

28