1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL (CA Bar No. 88500)
2   john.grenfell@pillsburylaw.com
    JACOB R. SORENSEN (CA Bar No. 209134)
3   jake.sorensen@pillsburylaw.com
    FUSAE NARA (*pro hac vice*)
4   fusae.nara@pillsburylaw.com
    ANDREW D. LANPHERE (CA Bar No. 191479)
5   andrew.lanphere@pillsburylaw.com
    50 Fremont Street
6   San Francisco, CA  94105
    Telephone: (415) 983-1000
7   Facsimile: (415) 983-1200

8   Attorneys for Defendants
    SHARP CORPORATION and
9   SHARP ELECTRONICS CORPORATION

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  IN RE:  TFT-LCD (FLAT PANEL)       Master File No. 3:07-md-1827 SI
    ANTITRUST LITIGATION               MDL No. 1827
16

17
    _____
18  This Document Relates To:          **ANSWER OF DEFENDANT SHARP
                                       CORPORATION TO SB
19  Case No. 10-cv-5458-SI             LIQUIDATION TRUST'S FIRST
                                       AMENDED COMPLAINT**
    SB Liquidation Trust,
20
    v.
21
    AU OPTRONICS CORPORATION., et al.
22

23

24

25

26

27

28

1    Defendant SHARP CORPORATION (hereinafter, "Sharp") by and through its

2    attorneys, admits, denies and avers as follows with respect to the First Amended Complaint

3    for Damages and Jury Demand (MDL Dkt. 2941) ("FAC") of SB Liquidation Trust

4    ("Plaintiff"), filed June 21, 2011:

5                                    **INTRODUCTION**

6        1.    Sharp admits that Plaintiff purports to bring this action to recover damages

7    and that Plaintiff purports to have purchased "LCD Panels" and "LCD Products" both

8    directly and indirectly, but Sharp denies that Plaintiff is entitled to recover any damages.

9    To the extent the remaining allegations in Paragraph 1 concern defendants other than Sharp

10   or Sharp Electronics Corporation ("Sharp Electronics"), Sharp is without knowledge or

11   information sufficient to form a belief as to the truth of those allegations and, on that basis,

12   denies them.  To the extent the allegations in Paragraph 1 concern Sharp or Sharp

13   Electronics, Sharp denies them.

14       2.    Sharp is without knowledge or information sufficient to form a belief as to

15   the truth of the allegations in Paragraph 2 and, on that basis, denies them.

16       3.    Sharp is without knowledge or information sufficient to form a belief as to

17   the truth of the allegations in Paragraph 3 and, on that basis, denies them.

18       4.    Sharp is without knowledge or information sufficient to form a belief as to

19   the truth of the allegations in Paragraph 4 and, on that basis, denies them.

20       5.    Answering Paragraph 5, Sharp denies that it or the other defendants

21   "contributed to the Debtors' downfall."  Sharp is without knowledge or information

22   sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5 and, on

23   that basis, denies them.

24       6.    Sharp denies the allegations in the first sentence of Paragraph 6.  Answering

25   the remaining allegations of Paragraph 6, to the extent that those allegations concern

26   defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

27   information sufficient to form a belief as to the truth of those allegations and, on that basis,

28

SHARP CORP.'S ANSWER TO SB LIQUIDATION
TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3:07-md-1827 SI, MDL No. 1827

1  denies them.  To the extent the remaining allegations in Paragraph 6 concern Sharp or

2  Sharp Electronics, Sharp denies them.

3     7.     Sharp denies the allegations in the first sentence of Paragraph 7.  Answering

4  the second sentence of Paragraph 7, Sharp admits that Plaintiff seeks to recover damages,

5  interest, costs and attorneys' fees, but denies that Plaintiff is entitled to any such relief.

6                    **JURISDICTION AND VENUE**

7     8.     Answering Paragraph 8, Sharp admits that the Court has subject matter

8  jurisdiction over Plaintiff's federal antitrust claims, except as such jurisdiction may be

9  withdrawn by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.  Sharp denies

10  that this Court has supplemental jurisdiction over Plaintiff's state-law claims.

11     9.     Answering Paragraph 9, to the extent the allegations in Paragraph 9 concern

12  defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations and, on that basis,

14  denies them.  To the extent the allegations in Paragraph 9 concern Sharp or Sharp

15  Electronics, Sharp denies that it is subject to personal jurisdiction in this Court based on the

16  allegations in the FAC and otherwise states that the allegations in Paragraph 9 are legal

17  conclusions to which no response is required.  To the extent a response is required and the

18  allegations in Paragraph 9 concern Sharp or Sharp Electronics, Sharp denies them.

19     10.     The allegations in Paragraph 10 are legal conclusions to which no response

20  is required.  To the extent a response is required and the allegations in Paragraph 10

21  concern Sharp or Sharp Electronics, Sharp denies them.

22     11.     Sharp admits the allegations in Paragraph 11.

23                         **DEFINITIONS**

24     12.     Answering Paragraph 12, Sharp states that the first and fifth sentences are

25  definitions of terminology to which no response is required.  Sharp admits the allegations

26  in the second through fourth sentences of Paragraph 12 but denies that Paragraph 12

27  contains a complete description of LCD technology or the processes for manufacturing

28  LCD panels.

13.    Paragraph 13 is a definition of terminology to which no response is required.

14.    Paragraph 14 is a definition of terminology to which no response is required.

## THE PARTIES

15.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and, on that basis, denies them.

16.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and, on that basis, denies them.

17.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, on that basis, denies them.

18.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and, on that basis, denies them.

19.    Answering Paragraph 19, Sharp states that the allegations in the first sentence are explanations of terminology to which no response is required.  Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and, on that basis, denies them.

20.    Answering Paragraph 20, Sharp states that the indictments described in Paragraph 20 speak for themselves and states that Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 and, on that basis, denies them.

21.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, on that basis, denies them.

22.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and, on that basis, denies them.

23.    Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, on that basis, denies them.

500925624v2

1    24.    Sharp is without knowledge or information sufficient to form a belief as to

2 the truth of the allegations in Paragraph 24 and, on that basis, denies them.

3    25.    Sharp is without knowledge or information sufficient to form a belief as to

4 the truth of the allegations in Paragraph 25 and, on that basis, denies them.

5    26.    Sharp is without knowledge or information sufficient to form a belief as to

6 the truth of the allegations in Paragraph 26 and, on that basis, denies them.

7    27.    Answering Paragraph 27, Sharp states that the allegations in the first

8 sentence are explanations of terminology to which no response is required.  Sharp is

9 without knowledge or information sufficient to form a belief as to the truth of the remaining

10 allegations in Paragraph 27 and, on that basis, denies them.

11    28.    Answering Paragraph 28, Sharp states that the plea agreements and

12 indictment described in Paragraph 28 speak for themselves and states that Sharp is without

13 knowledge or information sufficient to form a belief as to the truth of the remaining

14 allegations contained in Paragraph 28 and, on that basis, denies them.

15    29.    Sharp is without knowledge or information sufficient to form a belief as to

16 the truth of the allegations in Paragraph 29 and, on that basis, denies them.

17    30.    Sharp is without knowledge or information sufficient to form a belief as to

18 the truth of the allegations in Paragraph 30 and, on that basis, denies them.

19    31.    Answering Paragraph 31, Sharp states that the allegations in the first

20 sentence are explanations of terminology to which no response is required.  Sharp is

21 without knowledge or information sufficient to form a belief as to the truth of the remaining

22 allegations in Paragraph 31 and, on that basis, denies them.

23    32.    Answering Paragraph 32, Sharp states that the plea agreements and

24 indictments described in Paragraph 32 speak for themselves and states that Sharp is without

25 knowledge or information sufficient to form a belief as to the truth of the remaining

26 allegations contained in Paragraph 32 and, on that basis, denies them.

27    33.    Sharp is without knowledge or information sufficient to form a belief as to

28 the truth of the allegations in Paragraph 33 and, on that basis, denies them.

34.     Answering Paragraph 34, Sharp states that the plea agreements described in Paragraph 34 speak for themselves and states that Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 34 and, on that basis, denies them.

35.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and, on that basis, denies them.

36.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and, on that basis, denies them.

37.     Answering Paragraph 37, Sharp states that the allegations in the first sentence are explanations of terminology to which no response is required.  Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 37 and, on that basis, denies them.

38.     Answering Paragraph 38, Sharp states that the plea agreements and indictment described in Paragraph 38 speak for themselves and states that Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 38 and, on that basis, denies them.

39.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, on that basis, denies them.

40.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, on that basis, denies them.

41.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, on that basis, denies them.

42.     Answering Paragraph 42, Sharp states that the allegations in the first sentence are explanations of terminology to which no response is required.  Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 42 and, on that basis, denies them.

43.     Answering Paragraph 43, Sharp admits the allegations in the first sentence. With respect to the second sentence of Paragraph 43, Sharp admits that in the period 1996 –

1  2006, Sharp manufactured, sold and distributed LCD panels, or products containing such

2  panels, outside the United States.  Sharp denies the remaining allegations in the second

3  sentence of Paragraph 43.

4      44.    Answering Paragraph 44, Sharp admits that Sharp Electronics is wholly

5  owned by Sharp; denies that Sharp Electronics is wholly controlled by Sharp; admits that

6  Sharp Electronics's principal place of business is One Sharp Plaza, Mahwah, New Jersey

7  07430; and admits that in the period 1996 – 2006, Sharp Electronics sold and distributed

8  LCD panels, or products containing such panels, manufactured by Sharp, to customers in

9  the United States and elsewhere.

10     45.    Answering Paragraph 45, Sharp states that the first sentence is a definition of

11 terminology to which no response is required and denies the remaining allegations in

12 Paragraph 45.

13     46.    Answering Paragraph 46, Sharp states that its plea agreement speaks for

14 itself and that no response is required.  Sharp otherwise denies the allegations in Paragraph

15 46.

16     47.    Sharp is without knowledge or information sufficient to form a belief as to

17  the truth of the allegations in Paragraph 47 and, on that basis, denies them.

18     48.    Sharp is without knowledge or information sufficient to form a belief as to

19 the truth of the allegations in Paragraph 48 and, on that basis, denies them.

20     49.    Sharp is without knowledge or information sufficient to form a belief as to

21 the truth of the allegations in Paragraph 49 and, on that basis, denies them.

22     50.    Sharp is without knowledge or information sufficient to form a belief as to

23 the truth of the allegations in Paragraph 50 and, on that basis, denies them.

24     51.    Answering Paragraph 51, Sharp states that the allegations in the first

25 sentence are explanations of terminology to which no response is required.  Sharp is

26 without knowledge or information sufficient to form a belief as to the truth of the remaining

27 allegations in Paragraph 51 and, on that basis, denies them.

28

1    52.    Sharp is without knowledge or information sufficient to form a belief as to

2    the truth of the allegations in Paragraph 52 and, on that basis, denies them.

3    53.    Sharp is without knowledge or information sufficient to form a belief as to

4    the truth of the allegations in Paragraph 53 and, on that basis, denies them.

5    54.    Answering Paragraph 54, Sharp states that the allegations in the first

6    sentence are explanations of terminology to which no response is required. Sharp is

7    without knowledge or information sufficient to form a belief as to the truth of the remaining

8    allegations in Paragraph 54 and, on that basis, denies them.

9    55.    Answering Paragraph 55, Sharp states that the plea agreement described in

10   Paragraph 55 speaks for itself and states that Sharp is without knowledge or information

11   sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph

12   55 and, on that basis, denies them.

13   56.    Sharp is without knowledge or information sufficient to form a belief as to

14   the truth of the allegations in Paragraph 56 and, on that basis, denies them.

15   57.    Sharp is without knowledge or information sufficient to form a belief as to

16   the truth of the allegations in Paragraph 57 and, on that basis, denies them.

17   58.    Sharp is without knowledge or information sufficient to form a belief as to

18   the truth of the allegations in Paragraph 58 and, on that basis, denies them.

19   59.    Answering Paragraph 59, Sharp states that the allegations in the first

20   sentence are explanations of terminology to which no response is required. Sharp is

21   without knowledge or information sufficient to form a belief as to the truth of the remaining

22   allegations in Paragraph 59 and, on that basis, denies them.

23   60.    Answering Paragraph 60, Sharp states that the plea agreement and

24   indictment described in Paragraph 60 speak for themselves and states that Sharp is without

25   knowledge or information sufficient to form a belief as to the truth of the remaining

26   allegations contained in Paragraph 60 and, on that basis, denies them.

27

28

500925624v2

SHARP CORP.'S ANSWER TO SB LIQUIDATION
TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3:07-md-1827 SI, MDL No. 1827

**TRADE AND COMMERCE**

61.     Answering Paragraph 61, Sharp admits that it, or one or more of its subsidiaries, sold certain TFT-LCD panels, or products containing such panels, to customers in the United States.  To the extent the allegations in Paragraph 61 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  The allegations that sales were made "through and into interstate commerce and foreign commerce" are legal contentions to which no response is required.  To the extent the remaining allegations in Paragraph 61 require a response, Sharp denies them.

62.     Sharp denies the allegations in Paragraph 62.

63.     The allegations in Paragraph 63 are legal contentions to which no response is required. To the extent a response is required and the allegations in Paragraph 63 concern Sharp or Sharp Electronics, Sharp denies them.

64.     Answering Paragraph 64, Sharp admits that LCD panels are used in a number of products and that some televisions, computer monitors, notebook and laptop computers, mobile wireless handsets, and digital cameras contain LCD panels.

65.     Answering Paragraph 65, Sharp denies the allegations in the first sentence and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies them.

66.     Answering Paragraph 66, Sharp admits that some direct purchasers buy LCD Panels in order to include them as components in electronic products, but Sharp is without knowledge or information sufficient to form a belief as to whether Syntax-Brillian Corporation ("SBC") was such a direct purchaser and, on that basis, denies that it was. Sharp denies the remaining allegations in Paragraph 66.

67.     Answering Paragraph 67, Sharp admits that some indirect purchasers buy LCD Products that incorporate an LCD Panel, but Sharp is without knowledge or information sufficient to form a belief as to whether SBC was such an indirect purchaser

1  and, on that basis, denies that it was. Sharp denies the remaining allegations in Paragraph

2  67.

3     68.     Answering Paragraph 68, Sharp is without knowledge or information

4  sufficient to form a belief as to the truth of the allegations in the first and second sentences

5  of Paragraph 68 and, on that basis, denies them. Sharp denies the remaining allegations in

6  Paragraph 68.

7     69.     Sharp denies the allegations in Paragraph 69.

8     70.     Sharp denies the allegations in Paragraph 70.

9     71.     Answering Paragraph 71, to the extent the allegations in Paragraph 71

10  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

11  information sufficient to form a belief as to the truth of those allegations and, on that basis,

12  denies them. To the extent the allegations in Paragraph 71 concern Sharp or Sharp

13  Electronics, Sharp denies them.

14     72.     Answering Paragraph 72, Sharp denies that "LCD Panels" or "LCD

15  Products" as defined in the FAC comprise a single market and states that it is without

16  knowledge or information sufficient to form a belief as to the truth of the allegations in the

17  first through sixth sentences of Paragraph 72 and, on that basis, denies them. To the extent

18  the allegations in the seventh sentence of Paragraph 72 concern defendants other than Sharp

19  or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief

20  as to the truth of those allegations and, on that basis, denies them. To the extent the

21  allegations in the seventh sentence of Paragraph 72 concern Sharp or Sharp Electronics,

22  Sharp admits that Sharp Electronics advertised in the United States and had marketing,

23  sales, and account management personnel who handled U.S. customer accounts, and

24  otherwise denies the allegations in the seventh sentence.

25     73.     Answering Paragraph 73, to the extent the allegations in Paragraph 73

26  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

27  information sufficient to form a belief as to the truth of those allegations and, on that basis,

28

1  denies them.  To the extent the allegations in Paragraph 73 concern Sharp or Sharp

2  Electronics, Sharp denies them.

3        74.      Answering Paragraph 74, to the extent the allegations in Paragraph 74

4  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

5  information sufficient to form a belief as to the truth of those allegations and, on that basis,

6  denies them.  To the extent the allegations in Paragraph 74 concern Sharp or Sharp

7  Electronics, Sharp denies them.

8        75.      Answering Paragraph 75, to the extent the allegations in Paragraph 75

9  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

10  information sufficient to form a belief as to the truth of those allegations and, on that basis,

11  denies them.  To the extent the allegations in Paragraph 75 concern Sharp or Sharp

12  Electronics, Sharp admits that Sharp Electronics sold and distributed LCD panels, or

13  products containing such panels, that were manufactured by Sharp to customers in the

14  United States.  Sharp otherwise denies the allegations in Paragraph 75.

15        76.      Answering Paragraph 76, to the extent the allegations in Paragraph 76

16  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

17  information sufficient to form a belief as to the truth of those allegations and, on that basis,

18  denies them.  To the extent the allegations in Paragraph 76 concern Sharp or Sharp

19  Electronics, Sharp denies them.

20        77.      Answering Paragraph 77, to the extent the allegations in the first sentence of

21  Paragraph 77 concern defendants other than Sharp or Sharp Electronics, Sharp is without

22  knowledge or information sufficient to form a belief as to the truth of those allegations and,

23  on that basis, denies them.  To the extent the allegations in the first sentence of Paragraph

24  77 concern Sharp or Sharp Electronics, Sharp denies them.  The remaining allegations of

25  Paragraph 77 purport to summarize and/or quote complaints filed by Sharp and Samsung

26  with the U.S. International Trade Commission, which speak for themselves and to which no

27  response is required.

28

78. Insofar as Paragraph 78 purports to summarize and/or quote defendants' plea agreements, Sharp states that those agreements speak for themselves, and that no response is required. Sharp denies the allegations in the first sentence of Paragraph 78.

79. Answering Paragraph 79, to the extent the allegations in Paragraph 79 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them. To the extent the allegations in Paragraph 79 concern Sharp or Sharp Electronics, Sharp denies them.

80. To the extent the allegations in Paragraph 80 are legal contentions, no response is required. To the extent any facts are alleged in Paragraph 80 to which a response is required, Sharp denies them.

81. Answering Paragraph 81, to the extent the allegations in Paragraph 81 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them. To the extent the allegations in Paragraph 81 concern Sharp or Sharp Electronics, Sharp denies them.

82. Answering Paragraph 82, to the extent the allegations in Paragraph 82 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them. To the extent the allegations in Paragraph 82 concern Sharp or Sharp Electronics, Sharp denies them.

83. Answering Paragraph 83, to the extent the allegations in Paragraph 83 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them. To the extent the allegations in Paragraph 83 concern Sharp or Sharp Electronics, Sharp denies them.

84. Answering Paragraph 84, Sharp admits that it provided technical assistance to, and purchased LCD Panels from, Quanta Display Inc. To the extent the remaining

- 11 -

1  allegations in Paragraph 84 concern defendants other than Sharp or Sharp Electronics,

2  Sharp is without knowledge or information sufficient to form a belief as to the truth of those

3  allegations and, on that basis, denies them.  To the extent the remaining allegations in

4  Paragraph 84 concern Sharp or Sharp Electronics, Sharp denies them.

5          85.    Answering Paragraph 85, to the extent the allegations in Paragraph 85

6  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

7  information sufficient to form a belief as to the truth of those allegations and, on that basis,

8  denies them.  To the extent the allegations in Paragraph 85 concern Sharp or Sharp

9  Electronics, Sharp denies them.

10         86.    Answering Paragraph 86, to the extent the allegations in Paragraph 86

11 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

12 information sufficient to form a belief as to the truth of those allegations and, on that basis,

13 denies them.  To the extent the allegations in Paragraph 86 concern Sharp or Sharp

14 Electronics, Sharp denies them.

15         87.    Answering Paragraph 87, to the extent the allegations in Paragraph 87

16 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

17 information sufficient to form a belief as to the truth of those allegations and, on that basis,

18 denies them.  To the extent the allegations in Paragraph 87 concern Sharp or Sharp

19 Electronics, Sharp denies them.

20         88.    Answering Paragraph 88, to the extent the allegations in Paragraph 88

21 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

22 information sufficient to form a belief as to the truth of those allegations and, on that basis,

23 denies them.  To the extent the allegations in Paragraph 88 concern Sharp or Sharp

24 Electronics, Sharp denies them.

25         89.    Answering Paragraph 89, to the extent the allegations in Paragraph 89

26 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

27 information sufficient to form a belief as to the truth of those allegations and, on that basis,

28

500925624v2

SHARP CORP.'S ANSWER TO SB LIQUIDATION
TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3:07-md-1827 SI, MDL No. 1827

1 denies them.  To the extent the allegations in Paragraph 89 concern Sharp or Sharp

2 Electronics, Sharp denies them.

3      90.     Answering Paragraph 90, to the extent the allegations in Paragraph 90

4 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

5 information sufficient to form a belief as to the truth of those allegations and, on that basis,

6 denies them.  To the extent the allegations in Paragraph 90 concern Sharp or Sharp

7 Electronics, Sharp denies them.

8      91.     Answering Paragraph 91, to the extent the allegations in Paragraph 91

9 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

10 information sufficient to form a belief as to the truth of those allegations and, on that basis,

11 denies them.  To the extent the allegations in Paragraph 91 concern Sharp or Sharp

12 Electronics, Sharp denies them.

13      92.     Answering Paragraph 92, to the extent the allegations in Paragraph 92

14 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

15 information sufficient to form a belief as to the truth of those allegations and, on that basis,

16 denies them.  To the extent the allegations in Paragraph 92 concern Sharp or Sharp

17 Electronics, Sharp denies them.

18      93.     Answering Paragraph 93, to the extent the allegations in Paragraph 93

19 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

20 information sufficient to form a belief as to the truth of those allegations and, on that basis,

21 denies them.  To the extent the allegations in Paragraph 93 concern Sharp or Sharp

22 Electronics, Sharp denies them.

23      94.     Answering Paragraph 94, to the extent the allegations in Paragraph 94

24 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

25 information sufficient to form a belief as to the truth of those allegations and, on that basis,

26 denies them.  To the extent the allegations in Paragraph 94 concern Sharp or Sharp

27 Electronics, Sharp denies them.

28

1        95.      Answering Paragraph 95, to the extent the allegations in Paragraph 95

2  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

3  information sufficient to form a belief as to the truth of those allegations and, on that basis,

4  denies them.  To the extent the allegations in Paragraph 95 concern Sharp or Sharp

5  Electronics, Sharp denies them.

6        96.      Answering Paragraph 96, to the extent the allegations in Paragraph 96

7  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

8  information sufficient to form a belief as to the truth of those allegations and, on that basis,

9  denies them.  To the extent the allegations in Paragraph 96 concern Sharp or Sharp

10  Electronics, Sharp denies them.

11        97.      Answering Paragraph 97, to the extent the allegations in Paragraph 97

12  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

13  information sufficient to form a belief as to the truth of those allegations and, on that basis,

14  denies them.  To the extent the allegations in Paragraph 97 concern Sharp or Sharp

15  Electronics, Sharp denies them.

16        98.      Answering Paragraph 98, to the extent the allegations in Paragraph 98

17  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

18  information sufficient to form a belief as to the truth of those allegations and, on that basis,

19  denies them.  To the extent the allegations in Paragraph 98 concern Sharp or Sharp

20  Electronics, Sharp denies them.

21        99.      Answering the third sentence of Paragraph 99, Sharp states that the plea

22  agreements of defendants and defendants' statements in court speak for themselves.  To the

23  extent the remaining allegations in Paragraph 99 concern defendants other than Sharp or

24  Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as

25  to the truth of those allegations and, on that basis, denies them.  To the extent the

26  allegations in Paragraph 99 concern Sharp or Sharp Electronics, Sharp denies them.

27        100.    To the extent the allegations in Paragraph 100 concern defendants other than

28  Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

1  belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

2  allegations in Paragraph 100 concern Sharp or Sharp Electronics, Sharp denies them.

3       101.    Sharp is without knowledge or information sufficient to form a belief as to

4  the truth of the allegations in Paragraph 101 and, on that basis, denies them.

5       102.    Sharp is without knowledge or information sufficient to form a belief as to

6  the truth of the allegations in Paragraph 102 and, on that basis, denies them.

7       103.    Sharp is without knowledge or information sufficient to form a belief as to

8  the truth of the allegations in Paragraph 103 and, on that basis, denies them.

9       104.    Answering Paragraph 104, Sharp denies the allegations of the second

10  sentence, and states that it is otherwise without knowledge or information sufficient to form

11  a belief as to the truth of the allegations in Paragraph 104 and, on that basis, denies them.

12       105.    To the extent the allegations in Paragraph 105 concern defendants other than

13  Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

14  belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

15  allegations in Paragraph 105 concern Sharp or Sharp Electronics, Sharp denies them.

16       106.    Sharp is without knowledge or information sufficient to form a belief as to

17  the truth of the allegations in Paragraph 106 and, on that basis, denies them.

18       107.    Sharp admits the allegations in the first sentence of Paragraph 107.  Sharp

19  denies the allegations in the second sentence of Paragraph 107.  To the extent the remaining

20  allegations purport to summarize an email by Sharp or Sharp Electronics, the document

21  speaks for itself.  To the extent a response is required, Sharp denies the allegations of

22  Paragraph 107.

23       108.    Sharp is without knowledge or information sufficient to form a belief as to

24  the truth of the allegations in Paragraph 108 and, on that basis, denies them.

25       109.    To the extent the allegations in Paragraph 109 concern defendants other than

26  Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

27  belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

28  allegations in Paragraph 109 concern Sharp or Sharp Electronics, Sharp denies them.

1    110.    Sharp denies the allegations in Paragraph 110.

2    111.    Answering Paragraph 111, to the extent the allegations in Paragraph 111

3    concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

4    information sufficient to form a belief as to the truth of the allegations and, on that basis,

5    denies them.  To the extent the allegations in Paragraph 111 concern Sharp or Sharp

6    Electronics, Sharp denies them.

7    112.    Answering Paragraph 112, Sharp states that its plea agreement speaks for

8    itself.  To the extent the remaining allegations in Paragraph 112 concern defendants other

9    than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to

10   form a belief as to the truth of the allegations and, on that basis, denies them.  To the extent

11   the remaining allegations in Paragraph 112 concern Sharp or Sharp Electronics, Sharp

12   denies them.

13   113.    Answering Paragraph 113, Sharp admits that it entered into a research joint

14   venture as alleged in the fifth sentence and that Sharp agreed to supply certain panels to

15   Toshiba and to purchase certain chips from Toshiba as alleged in the tenth sentence.  Sharp

16   is without knowledge or information sufficient to form a belief as to the truth of the

17   remaining allegations in Paragraph 113 and, on that basis, denies them.

18   114.    Sharp denies the allegations in Paragraph 114.

19   115.    Sharp denies the allegations in Paragraph 115.

20   116.    Answering Paragraph 116, Sharp denies the allegations in the first sentence

21   and denies that there is a single "market for LCD Panels."  Sharp is without knowledge or

22   information sufficient to form a belief as to the truth of the remaining allegations of

23   Paragraph 116 and, on that basis, denies them.

24   117.    Answering Paragraph 117, Sharp denies the allegations in the first and third

25   sentences  and admits the allegations in the second sentence.

26   118.    Sharp denies the allegations in Paragraph 118.

27   119.    To the extent the allegations in Paragraph 119 concern defendants other than

28   Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

1  belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

2  allegations in Paragraph 119 concern Sharp or Sharp Electronics, Sharp admits that it

3  acquired the LCD business of Fujitsu Display Technologies Corporation in 2005, before

4  that company merged with Fujitsu, Ltd. and denies that this represents any "significant

5  consolidation" of the "LCD Panel industry."

6       120.    Sharp denies the allegations in Paragraph 120.

7       121.    Answering Paragraph 121, to the extent the allegations in Paragraph 121

8  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

9  information sufficient to form a belief as to the truth of those allegations and, on that basis,

10  denies them.  To the extent the allegations in Paragraph 121 concern Sharp or Sharp

11  Electronics, Sharp denies them.

12       122.    Sharp denies the allegations in Paragraph 122.

13       123.    Answering Paragraph 123, Sharp is without knowledge or information

14  sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph

15  123 and, on that basis, denies them.  Sharp denies the remaining allegations in Paragraph

16  123.

17       124.    Answering Paragraph 124, Sharp denies the allegations in the first and third

18  sentences and admits that the second sentence correctly summarizes, in part, the law of

19  supply and demand.

20       125.    Answering Paragraph 125, Sharp admits that demand for LCD Panels and

21  LCD Products grew substantially over the period 1996 – 2006.  Sharp is without knowledge

22  or information sufficient to form a belief as to the truth of the remaining allegations in

23  Paragraph 125 and, on that basis, denies them.

24       126.    Answering Paragraph 126, to the extent the allegations in Paragraph 126

25  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

26  information sufficient to form a belief as to the truth of those allegations and, on that basis,

27  denies them.  To the extent the allegations in Paragraph 126 concern Sharp or Sharp

28  Electronics, Sharp denies them.

- 17 -

SHARP CORP.'S ANSWER TO SB LIQUIDATION
TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    127.    Answering Paragraph 127, Sharp admits that prices of LCD Panels declined

2    in 1995 and otherwise denies the allegations in Paragraph 127.

3    128.    Answering Paragraph 128, to the extent the allegations in Paragraph 128

4    purport to quote from a magazine, the quoted statements speak for themselves and no

5    response is required.  Sharp otherwise denies the allegations in Paragraph 128.

6    129.    The allegations in Paragraph 129 purport to summarize analysts' reports,

7    which speak for themselves and to which no response is required.  Insofar as Paragraph 129

8    alleges that prices for TFT-LCD panels exhibited an unusual increase in 1996, Sharp denies

9    that allegation.

10    130.    Answering Paragraph 130, Sharp admits the allegations of the second

11    sentence and admits that newer generations of fabs generally used larger pieces of glass.

12    To the extent the remaining allegations in Paragraph 130 concern defendants other than

13    Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

14    belief as to the truth of the allegations and, on that basis, denies them.  To the extent the

15    remaining allegations in Paragraph 130 concern Sharp or Sharp Electronics, Sharp denies

16    them.

17    131.    Answering Paragraph 131, Sharp denies the allegations in the first sentence

18    of Paragraph 131.  Sharp admits that some of the major component parts for an LCD Panel

19    include the backlight, color filter, PCB polarizer, and glass.  Sharp is without knowledge or

20    information sufficient to form a belief as to the truth of the remaining allegations in

21    Paragraph 131, and, on that basis, denies them.

22    132.    Sharp denies the allegations in Paragraph 132.

23    133.    Sharp is without knowledge or information sufficient to form a belief as to

24    the truth of the allegations in Paragraph 133 and, on that basis, denies them.

25    134.    Answering Paragraph 134, to the extent the allegations in Paragraph 134

26    concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

27    information sufficient to form a belief as to the truth of those allegations and, on that basis,

28

- 18 -

1   denies them.  To the extent the allegations in Paragraph 134 concern Sharp or Sharp

2   Electronics, Sharp denies them.

3        135.    Answering Paragraph 135, Sharp is without knowledge or information

4   sufficient to form a belief as to the truth of the allegations in the first and second sentences

5   of Paragraph 135 and, on that basis, denies them.  To the extent the remaining allegations in

6   Paragraph 135 concern defendants other than Sharp or Sharp Electronics, Sharp is without

7   knowledge or information sufficient to form a belief as to the truth of those allegations and,

8   on that basis, denies them.  To the extent the remaining allegations in Paragraph 135

9   concern Sharp or Sharp Electronics, Sharp denies them.

10       136.    Answering Paragraph 136, to the extent the allegations in Paragraph 136

11  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

12  information sufficient to form a belief as to the truth of the allegations and, on that basis,

13  denies them.  To the extent the allegations in Paragraph 136 concern Sharp or Sharp

14  Electronics, Sharp denies them.

15       137.    To the extent the allegations of Paragraph 137 purport to summarize

16  statements made by LG Display in an SEC filing, those statements speak for themselves

17  and no response is required.  To the extent a response is required, Sharp is without

18  knowledge or information sufficient to form a belief as to the truth of the allegations in

19  Paragraph 137 and, on that basis, denies them.

20       138.    To the extent the allegations in Paragraph 138 purport to summarize news

21  reports, those reports speak for themselves and no response is required.  To the extent a

22  response is required, Sharp is without knowledge or information sufficient to form a belief

23  as to the truth of the allegations in Paragraph 138 and, on that basis, denies them.

24       139.    To the extent the allegations in Paragraph 139 purport to summarize

25  statements made by government authorities, those statements speak for themselves and no

26  response is required.  To the extent a response is required, Sharp is without knowledge or

27  information sufficient to form a belief as to the truth of the allegations in Paragraph 139

28  and, on that basis, denies them.

1    140.    Sharp is without knowledge or information sufficient to form a belief as to

2    the truth of the allegations in Paragraph 140 and, on that basis, denies them.

3    141.    Answering Paragraph 141, Sharp states that the plea agreements and

4    indictments described in Paragraph 141 speaks for themselves and states that Sharp is

5    without knowledge or information sufficient to form a belief as to the truth of the remaining

6    allegations contained in Paragraph 141 and, on that basis, denies them.

7    142.    Answering Paragraph 142, to the extent that the allegations in Paragraph 142

8    refer to indictments or public statements by the U.S. Department of Justice ("DOJ"), those

9    statements speak for themselves and no response is required.  Otherwise, Sharp is without

10   knowledge or information sufficient to form a belief as to the truth of the allegations in

11   Paragraph 142 and, on that basis, denies them.

12   143.    Paragraph 143 consists entirely of a quotations from the AUO indictment,

13   which speaks for itself and to which no response is required.

14   144.    Paragraph 144 consists entirely of a quotations from the AUO indictment,

15   which speaks for itself and to which no response is required.

16   145.    Sharp is without knowledge or information sufficient to form a belief as to

17   the truth of the allegations in the first two sentences of Paragraph 145 and, on that basis,

18   denies them.  Sharp denies the allegations in the third sentence of Paragraph 145.

19   146.    Answering Paragraph 146, Sharp states that LG Display's plea agreement

20   speaks for itself and states that Sharp is without knowledge or information sufficient to

21   form a belief as to the truth of the remaining allegations contained in Paragraph 146 and, on

22   that basis, denies them.

23   147.    Paragraph 147 consists entirely of a quotations from LG Display's plea

24   agreement, which speaks for itself and to which no response is required.

25   148.    Paragraph 148 consists entirely of a quotations from LG Display's plea

26   agreement, which speaks for itself and to which no response is required.

27   149.    Paragraph 149 consists entirely of a quotations from LG Display's plea

28   agreement, which speaks for itself and to which no response is required.

1    150.    Answering Paragraph 150, Sharp states that the plea agreement of Chung

2    Suk "C.S." Chung speaks for itself.  Sharp is without knowledge or information sufficient

3    to form a belief as to the truth of the remaining allegations contained in Paragraph 150 and,

4    on that basis, denies them.

5    151.    Answering Paragraph 151, Sharp states that the plea agreement of Bock

6    Kwon speaks for itself.  Sharp is without knowledge or information sufficient to form a

7    belief as to the truth of the remaining allegations contained in Paragraph 151 and, on that

8    basis, denies them.

9    152.    Answering Paragraph 152, Sharp states that the indictment described in

10   Paragraph 152 speaks for itself.  Sharp is without knowledge or information sufficient to

11   form a belief as to the truth of the remaining allegations contained in Paragraph 152 and, on

12   that basis, denies them.

13   153.    Answering Paragraph 153, Sharp states that Chi Mei Optoelectronics' plea

14   agreement speaks for itself.  Sharp is without knowledge or information sufficient to form a

15   belief as to the truth of the remaining allegations contained in Paragraph 153 and, on that

16   basis, denies them.

17   154.    Answering Paragraph 154, Sharp states that the plea agreements of Jua-Yang

18   "J.Y." Ho and Chu-Hsiang "James" Yang speak for themselves.  Sharp is without

19   knowledge or information sufficient to form a belief as to the truth of the remaining

20   allegations contained in Paragraph 154 and, on that basis, denies them.

21   155.    Answering Paragraph 155, Sharp states that the plea agreements of Wen-

22   Hung "Amigo" Huang and Chen-Lung Kuo speak for themselves.  Sharp is without

23   knowledge or information sufficient to form a belief as to the truth of the remaining

24   allegations contained in Paragraph 155 and, on that basis, denies them.

25   156.    Answering Paragraph 156, Sharp states that the indictment described in

26   Paragraph 156 speaks for itself.  Sharp is without knowledge or information sufficient to

27   form a belief as to the truth of the remaining allegations contained in Paragraph 156 and, on

28   that basis, denies them.

- 21 -

1        157.    Answering Paragraph 157, Sharp states that Chunghwa's plea agreement

2 speaks for itself.  Sharp is without knowledge or information sufficient to form a belief as

3 to the truth of the remaining allegations contained in Paragraph 157 and, on that basis,

4 denies them.

5        158.    Answering Paragraph 158, Sharp states that the plea agreements of Chih-

6 Chun "C.C." Liu, Hsueh-Lung "Brian" Lee, and Chieng-Hon "Frank" Lin speak for

7 themselves.  Sharp is without knowledge or information sufficient to form a belief as to the

8 truth of the remaining allegations contained in Paragraph 158 and, on that basis, denies

9 them.

10        159.    Answering Paragraph 159, Sharp states that the indictments described in

11 Paragraph 159 speak for themselves.  Sharp is without knowledge or information sufficient

12 to form a belief as to the truth of the remaining allegations contained in Paragraph 159 and,

13 on that basis, denies them.

14        160.    Answering Paragraph 160, Sharp states that HannStar's plea agreement

15 speaks for itself.  Sharp is without knowledge or information sufficient to form a belief as

16 to the truth of the remaining allegations contained in Paragraph 160 and, on that basis,

17 denies them.

18        161.    Answering Paragraph 161, Sharp states that HannStar's plea agreement

19 speaks for itself.  Sharp is without knowledge or information sufficient to form a belief as

20 to the truth of the remaining allegations contained in Paragraph 161 and, on that basis,

21 denies them.

22        162.    Answering Paragraph 162, Sharp states that HannStar's plea agreement

23 speaks for itself.  Sharp is without knowledge or information sufficient to form a belief as

24 to the truth of the remaining allegations contained in Paragraph 162 and, on that basis,

25 denies them.

26        163.    Answering Paragraph 163, Sharp states that the plea agreement of Jui Hung

27 "Sam" Wu speaks for itself.  Sharp is without knowledge or information sufficient to form a

28

1   belief as to the truth of the remaining allegations contained in Paragraph 163 and, on that

2   basis, denies them.

3       164.    Answering Paragraph 164, to the extent that the allegations in Paragraph 164

4   refer to public statements by the DOJ or purport to summarize statements made in an

5   indictment, those statements speak for themselves and no response is required.  Otherwise,

6   Sharp is without knowledge or information sufficient to form a belief as to the truth of the

7   allegations in Paragraph 164 and, on that basis, denies them.

8       165.    Answering Paragraph 165, Sharp admits that Sharp pled guilty to charges of

9   separate bilateral conspiracies to fix the prices of TFT-LCD panels sold: to Dell from on or

10  about April 1, 2001 to on or about December 1, 2006; to Apple for use in iPod portable

11  music players from on or about September 1, 2005 to on or about December 1, 2006; and to

12  Motorola for use in Razr mobile phones from the fall of 2005 to the middle of 2006.  Sharp

13  denies that the basis for Sharp's plea is accurately described in Paragraph 165 and states

14  that Sharp's plea agreement speaks for itself.

15      166.    Sharp denies the allegations in Paragraph 166.

16      167.    Answering Paragraph 167, Sharp admits that Sharp pled guilty to charges of

17  separate bilateral conspiracies to fix the prices of TFT-LCD panels sold: to Dell from on or

18  about April 1, 2001 to on or about December 1, 2006; to Apple for use in iPod portable

19  music players from on or about September 1, 2005 to on or about December 1, 2006; and to

20  Motorola for use in Razr mobile phones from the fall of 2005 to the middle of 2006.  Sharp

21  denies that the basis for Sharp's plea is accurately described in Paragraph 167 and states

22  that Sharp's plea agreement speaks for itself.  Sharp denies the allegations in the second

23  sentence of Paragraph 167.

24      168.    Paragraph 168 consists of a quotation from Sharp's plea agreement, which

25  speaks for itself and to which no response is required.

26      169.    Paragraph 169 consists of a quotation from Sharp's plea agreement, which

27  speaks for itself and to which no response is required.

28

1     170.    Paragraph 170 consists of a quotation from Sharp's plea agreement, which

2 speaks for itself and to which no response is required.

3     171.    Sharp admits the allegations contained in Paragraph 171.

4     172.    Answering Paragraph 172, Sharp states that Epson's plea agreement speaks

5 for itself.  Sharp is without knowledge or information sufficient to form a belief as to the

6 truth of the remaining allegations contained in Paragraph 172 and, on that basis, denies

7 them.

8     173.    Sharp is without knowledge or information sufficient to form a belief as to

9 the truth of the allegations in Paragraph 173 and, on that basis, denies them.

10     174.    Answering Paragraph 174, Sharp states that Hitachi's plea agreement speaks

11 for itself.  Sharp is without knowledge or information sufficient to form a belief as to the

12 truth of the remaining allegations contained in Paragraph 174 and, on that basis, denies

13 them.

14     175.    Answering Paragraph 175, Sharp states that the indictment described in

15 Paragraph 175 speaks for itself.  Sharp is without knowledge or information sufficient to

16 form a belief as to the truth of the remaining allegations contained in Paragraph 175 and, on

17 that basis, denies them.

18     176.    Answering Paragraph 176, to the extent the allegations in Paragraph 176

19 purport to summarize an Order by this Court, Sharp states that the Order speaks for itself,

20 and that no response is required.  Sharp is without knowledge or information sufficient to

21 form a belief as to the truth of the remaining allegations contained in Paragraph 176 and, on

22 that basis, denies them.

23     177.    Sharp is without knowledge or information sufficient to form a belief as to

24 the truth of the allegations in Paragraph 177 and, on that basis, denies them.

25     178.    Sharp is without knowledge or information sufficient to form a belief as to

26 the truth of the allegations in Paragraph 178 and, on that basis, denies them.

27     179.    Sharp is without knowledge or information sufficient to form a belief as to

28 the truth of the allegations in Paragraph 179 and, on that basis, denies them.

1     180.    Sharp is without knowledge or information sufficient to form a belief as to

2  the truth of the allegations in Paragraph 180 and, on that basis, denies them.

3     181.    Sharp is without knowledge or information sufficient to form a belief as to

4  the truth of the allegations in Paragraph 181 and, on that basis, denies them.

5     182.    Sharp is without knowledge or information sufficient to form a belief as to

6  the truth of the allegations in Paragraph 182 and, on that basis, denies them.

7     183.    Sharp is without knowledge or information sufficient to form a belief as to

8  the truth of the allegations in Paragraph 183 and, on that basis, denies them.

9     184.    Sharp is without knowledge or information sufficient to form a belief as to

10  the truth of the allegations in Paragraph 184 and, on that basis, denies them.

11     185.    Sharp is without knowledge or information sufficient to form a belief as to

12  the truth of the allegations in Paragraph 185 and, on that basis, denies them.

13     186.    Sharp is without knowledge or information sufficient to form a belief as to

14  the truth of the allegations in Paragraph 186 and, on that basis, denies them.

15     187.    Answering Paragraph 187, the first sentence is an explanation of

16  terminology to which no response is required.  To the extent the remaining allegations in

17  Paragraph 187 concern defendants other than Sharp or Sharp Electronics, Sharp is without

18  knowledge or information sufficient to form a belief as to the truth of those allegations and,

19  on that basis, denies them.  To the extent the remaining allegations in Paragraph 187

20  concern Sharp or Sharp Electronics, Sharp denies them.

21     188.    Sharp is without knowledge or information sufficient to form a belief as to

22  the truth of the allegations in Paragraph 188 and, on that basis, denies them.

23     189.    Sharp is without knowledge or information sufficient to form a belief as to

24  the truth of the allegations in Paragraph 189 and, on that basis, denies them.

25     190.    To the extent the allegations in Paragraph 190 concern defendants other than

26  Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

27  belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

28  allegations in Paragraph 190 concern Sharp or Sharp Electronics, Sharp denies them.

191.     To the extent the allegations in Paragraph 191 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  To the extent the allegations in Paragraph 191 concern Sharp or Sharp Electronics, Sharp denies them.

192.     To the extent the allegations in Paragraph 192 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  To the extent the allegations in Paragraph 192 concern Sharp or Sharp Electronics, Sharp denies them.

193.     To the extent the allegations in Paragraph 193 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  To the extent the allegations in Paragraph 193 concern Sharp or Sharp Electronics, Sharp denies them.

194.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and, on that basis, denies them.

195.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and, on that basis, denies them.

196.     Sharp denies the allegations in the first sentence of Paragraph 196.  Sharp is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 196 and, on that basis, denies them.

197.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and, on that basis, denies them.

198.     Sharp is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and, on that basis, denies them.

199.     To the extent the allegations in Paragraph 199 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  To the extent the allegations in Paragraph 199 concern Sharp or Sharp Electronics, Sharp denies them.

500925624v2

1        200.    To the extent the allegations in Paragraph 200 concern defendants other than

2   Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

3   belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

4   allegations in Paragraph 200 concern Sharp or Sharp Electronics, Sharp denies them.

5        201.    To the extent the allegations in Paragraph 201 concern defendants other than

6   Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

7   belief as to the truth of those allegations and, on that basis, denies them.  To the extent the

8   allegations in Paragraph 201 concern Sharp or Sharp Electronics, Sharp denies them.

9        202.    Sharp is without knowledge or information sufficient to form a belief as to

10   the truth of the allegations in Paragraph 202 and, on that basis, denies them.

11        203.    Sharp is without knowledge or information sufficient to form a belief as to

12   the truth of the allegations in Paragraph 203 and, on that basis, denies them.

13        204.    Sharp is without knowledge or information sufficient to form a belief as to

14   the truth of the allegations in Paragraph 204 and, on that basis, denies them.

15        205.    Answering Paragraph 205, to the extent the allegations in Paragraph 205

16   concern Plaintiff's knowledge, or the actions of defendants other than Sharp or Sharp

17   Electronics, Sharp is without knowledge or information sufficient to form a belief as to the

18   truth of the allegations and, on that basis, denies them.  To the extent the allegations of

19   Paragraph 205 concern Sharp or Sharp Electronics, Sharp denies them.

20        206.    Answering Paragraph 206, to the extent the allegations in Paragraph 206

21   concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

22   information sufficient to form a belief as to the truth of the allegations and, on that basis,

23   denies them.  To the extent the allegations of Paragraph 206 concern Sharp or Sharp

24   Electronics, Sharp denies them.

25        207.    Answering Paragraph 207, to the extent the allegations in Paragraph 207

26   concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

27   information sufficient to form a belief as to the truth of the allegations and, on that basis,

28

500925624v2

1   denies them.  To the extent the allegations of Paragraph 207 concern Sharp or Sharp

2   Electronics, Sharp denies them.

3         208.     Answering Paragraph 208, to the extent the allegations contained in

4   Paragraph 208 purport to summarize and/or quote statements by other defendants, those

5   statements speak for themselves and no response is required.  To the extent the remaining

6   allegations in Paragraph 208 concern defendants other than Sharp or Sharp Electronics,

7   Sharp is without knowledge or information sufficient to form a belief as to the truth of the

8   allegations and, on that basis, denies them.  To the extent the remaining allegations in

9   Paragraph 208 concern Sharp or Sharp Electronics, Sharp denies them.

10         209.     Sharp is without knowledge or information sufficient to form a belief as to

11   the truth of the allegations in Paragraph 209 and, on that basis, denies them.

12         210.     Sharp is without knowledge or information sufficient to form a belief as to

13   the truth of the allegations in Paragraph 210 and, on that basis, denies them.

14         211.     Answering Paragraph 211, to the extent the allegations in Paragraph 211

15   purport to quote statements by other defendants and/or news reports, such statements and/or

16   news reports speak for themselves and no response is required.  Sharp is otherwise without

17   knowledge or information sufficient form a belief as to the truth of the allegations in

18   Paragraph 211 and, on that basis, denies them.

19         212.     Answering Paragraph 212, to the extent the allegations contained in

20   Paragraph 212 purport to summarize statements by other defendants and/or news reports,

21   those statements and/or news reports speak for themselves and no response is required.

22   Sharp is otherwise without knowledge or information sufficient to form a belief as to the

23   truth of the allegations in Paragraph 212 and, on that basis, denies them.

24         213.     Answering Paragraph 213, to the extent the allegations in the first sentence

25   of Paragraph 213 concern Plaintiff's knowledge or the conduct of defendants other than

26   Sharp or Sharp Electronics, Sharp is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations and, on that basis, denies them.  To the extent the

28   allegations in the first sentence of Paragraph 213 concern Sharp or Sharp Electronics, Sharp

1  denies them.  The allegations in the second sentence of Paragraph 213 are legal contentions

2  to which no response is required.  To the extent any facts are alleged in the second sentence

3  of Paragraph 213 to which a response is required, Sharp denies them.  Sharp denies the

4  allegations in the third sentence of Paragraph 213

5                              **VIOLATIONS ALLEGED**

6          214.    Answering Paragraph 214, Sharp incorporates its responses to Paragraphs

7  1-213.

8          215.    Answering Paragraph 215, to the extent the allegations in Paragraph 215

9  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

10 information sufficient to form a belief as to the truth of the allegations and, on that basis,

11 denies them.  To the extent the allegations in Paragraph 215 concern Sharp or Sharp

12 Electronics, Sharp denies them.

13         216.    Answering Paragraph 216, to the extent the allegations in Paragraph 216

14 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

15 information sufficient to form a belief as to the truth of the allegations and, on that basis,

16 denies them.  To the extent the allegations in Paragraph 216 concern Sharp or Sharp

17 Electronics, and the acts, practices, and course of conduct alleged in Paragraphs 1-213,

18 Sharp denies them.

19         217.    Sharp denies the allegations in Paragraph 217.

20         218.    Sharp denies the allegations in Paragraph 218.

21         219.    Sharp denies the allegations in Paragraph 219.

22         220.    Sharp denies the allegations in Paragraph 220.

23         221.    Answering Paragraph 221, Sharp incorporates its responses to

24 Paragraphs 1-220.

25         222.    Answering Paragraph 222, to the extent the allegations in Paragraph 222

26 concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

27 information sufficient to form a belief as to the truth of the allegations and, on that basis,

28

1  denies them.  To the extent the allegations in Paragraph 222 concern Sharp or Sharp

2  Electronics, Sharp denies them.

3      223.    Answering Paragraph 223, to the extent the allegations in Paragraph 223

4  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

5  information sufficient to form a belief as to the truth of the allegations and, on that basis,

6  denies them.  To the extent the allegations in Paragraph 223 concern Sharp or Sharp

7  Electronics, Sharp denies them.

8      224.    Answering Paragraph 224, to the extent the allegations in Paragraph 224

9  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

10  information sufficient to form a belief as to the truth of the allegations and, on that basis,

11  denies them.  To the extent the allegations in Paragraph 224 concern Sharp or Sharp

12  Electronics, and the acts, practices, and course of conduct alleged in Paragraphs 1-213,

13  Sharp denies them.

14      225.    Sharp denies the allegations in Paragraph 225.

15      226.    Sharp denies the allegations in Paragraph 226.

16      227.    Answering Paragraph 227, Sharp incorporates its responses to

17  Paragraphs 1-226.

18      228.    Answering Paragraph 228, to the extent the allegations in Paragraph 228

19  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

20  information sufficient to form a belief as to the truth of the allegations and, on that basis,

21  denies them.  To the extent the allegations in Paragraph 228 concern Sharp or Sharp

22  Electronics, Sharp denies them.

23      229.    Answering Paragraph 229, to the extent the allegations in Paragraph 229

24  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations and, on that basis,

26  denies them.  To the extent the allegations in Paragraph 229 concern Sharp or Sharp

27  Electronics, Sharp denies them.

28

500925624v2

1     230.    Answering Paragraph 230, to the extent the allegations in Paragraph 230

2    concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

3    information sufficient to form a belief as to the truth of the allegations and, on that basis,

4    denies them. To the extent the allegations in Paragraph 230 concern Sharp or Sharp

5    Electronics, Sharp denies them.

6     231.    Sharp admits that Plaintiff purports to bring this action to seek restitution

7    pursuant to Sections 17203 and 17204 of the California Business and Professions Code

8    but denies that Plaintiff is entitled to any such relief. To the extent a response is required

9    and the allegations in Paragraph 231 concern Sharp or Sharp Electronics, Sharp denies

10   them.

11     232.    The allegations in Paragraph 232 are legal conclusions to which no

12   response is required. To the extent a response is required and the allegations in Paragraph

13   232 concern Sharp or Sharp Electronics, Sharp denies them.

14     233.    The allegations in Paragraph 233 are legal conclusions to which no

15   response is required. To the extent a response is required and the allegations in Paragraph

16   233 concern Sharp or Sharp Electronics, Sharp denies them.

17     234.    The allegations in Paragraph 234 are legal conclusions to which no

18   response is required. To the extent a response is required and the allegations in Paragraph

19   234 concern Sharp or Sharp Electronics, Sharp denies them.

20     235.    The allegations in Paragraph 235 are legal conclusions to which no

21   response is required. To the extent a response is required and the allegations in Paragraph

22   235 concern Sharp or Sharp Electronics, Sharp denies them.

23     236.    Sharp denies the allegations in Paragraph 236.

24     237.    Answering Paragraph 237, to the extent the allegations in Paragraph 237

25   concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

26   information sufficient to form a belief as to the truth of the allegations and, on that basis,

27   denies them. To the extent the allegations in Paragraph 237 concern Sharp or Sharp

28   Electronics, Sharp denies them.

1        238.    Sharp denies the allegations in Paragraph 238.

2        239.    Answering Paragraph 239, to the extent the allegations in Paragraph 239

3  concern defendants other than Sharp or Sharp Electronics, Sharp is without knowledge or

4  information sufficient to form a belief as to the truth of the allegations and, on that basis,

5  denies them.  To the extent the allegations in Paragraph 239 concern Sharp or Sharp

6  Electronics, Sharp denies them.

7        240.    Sharp denies the allegations in Paragraph 240.

8                          **AFFIRMATIVE DEFENSES**

9       Without assuming any burden that it would not otherwise bear, Sharp asserts the

10  following general affirmative and/or additional defenses to the causes of action alleged in

11  the FAC.

12                    **FIRST AFFIRMATIVE DEFENSE**

13       The FAC fails to state a claim upon which relief can be granted.

14                 **SECOND AFFIRMATIVE DEFENSE**

15       Plaintiff lacks standing to bring the claims asserted in the FAC.

16                 **THIRD AFFIRMATIVE DEFENSE**

17       Plaintiff's claims are barred, in whole or in part, by the applicable statute of

18  limitations.

19                 **FOURTH AFFIRMATIVE DEFENSE**

20       Plaintiff's claims are barred, in whole or in part, by laches.

21                  **FIFTH AFFIRMATIVE DEFENSE**

22       Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate

23  their damages, if any.

24                 **SIXTH AFFIRMATIVE DEFENSE**

25       Plaintiff's claims are barred, in whole or in part, because the conduct alleged was

26  based on independent and legitimate business justifications.

27

28

500925624v2                          SHARP CORP.'S ANSWER TO SB LIQUIDATION
TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3:07-md-1827 SI, MDL No. 1827

1

**SEVENTH AFFIRMATIVE DEFENSE**

2       Plaintiff's claims are barred, in whole or in part, because any actions by Sharp

3  resulted from a good faith effort to meet competition.

4

**EIGHTH AFFIRMATIVE DEFENSE**

5       Plaintiff's claims are barred because their alleged damages are speculative and

6  because of the impossibility of ascertaining the fact and extent of those alleged damages.

7

**NINTH AFFIRMATIVE DEFENSE**

8       Any unlawful conduct, act, or omission of an employee or agent of Sharp, the

9  occurrence of which Sharp expressly denies, was committed by individuals acting *ultra*

10  *vires* and not by or on behalf of Sharp.

11

**TENTH AFFIRMATIVE DEFENSE**

12       Plaintiff's claims are barred, in whole or in part, because plaintiff would be unjustly

13  enriched if they were allowed to recover any part of the damages alleged in the FAC.

14

**ELEVENTH AFFIRMATIVE DEFENSE**

15       Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean

16  hands.

17

**TWELFTH AFFIRMATIVE DEFENSE**

18       Plaintiff's claims are barred, in whole or in part, because an award of treble

19  damages against Sharp based on the conduct alleged in the FAC would violate the due

20  process clauses of the Fifth and Fourteenth Amendments of the Constitution of the United

21  States.

22

**THIRTEENTH AFFIRMATIVE DEFENSE**

23       Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel and

24  waiver.

25

**FOURTEENTH AFFIRMATIVE DEFENSE**

26       Plaintiff's claims are barred, in whole or in part, because the alleged conduct of

27  Sharp that is the subject of the FAC occurred outside the United States and was neither

28  directed to nor affected persons or entities in the United States.

1                     **FIFTEENTH AFFIRMATIVE DEFENSE**

2          Plaintiff's claims are barred, in whole or in part, because the injuries alleged in the

3 FAC, the fact and extent of which are expressly denied by Sharp, were directly and

4 proximately caused by or contributed to by the statements, acts or omissions of Plaintiff or

5 third persons or entities unaffiliated with Sharp. To the extent that Sharp is found liable for

6 damages, those damages must be reduced in proportion to Sharp's degree of fault.

7                    **SIXTEENTH AFFIRMATIVE DEFENSE**

8          Plaintiff's damages, if any, resulted from the acts or omissions of third parties over

9 whom Sharp had no control or responsibility. The acts of such third parties constitute

10 intervening or superseding causes of the harm, if any, suffered by Plaintiff.

11                **SEVENTEENTH AFFIRMATIVE DEFENSE**

12          Plaintiff has failed to allege fraudulent concealment with particularity.

13                 **EIGHTEENTH AFFIRMATIVE DEFENSE**

14          Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff seek

15 damages that are duplicative of damages sought in other actions.

16                **NINETEENTH AFFIRMATIVE DEFENSE**

17          Without admitting the existence of any contract, combination or conspiracy in

18 restraint of trade, Sharp avers that it is entitled to set off any amounts paid to Plaintiff by

19 any defendants other than Sharp who have settled, or do settle, Plaintiff's claims against

20 them in this matter.

21                 **TWENTIETH AFFIRMATIVE DEFENSE**

22          Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as

23 Plaintiff seeks to enjoin alleged events that have already transpired without the requisite

24 showing of threatened future harm or continuing harm.

25               **TWENTY-FIRST AFFIRMATIVE DEFENSE**

26          Plaintiff's claims are barred, whole or in part, by Plaintiff's failure to take all

27 necessary, reasonable and appropriate actions to avoid the injuries and damages alleged in

28

1   the FAC, the fact and extent of the such injuries and damages being expressly denied by

2   Sharp.

3   **TWENTY-SECOND AFFIRMATIVE DEFENSE**

4        Plaintiff's claims are barred by the Foreign Trade Antitrust Improvements Act, 15

5   U.S.C. § 6a.

6   **TWENTY-THIRD AFFIRMATIVE DEFENSE**

7        Plaintiff's claims are barred, in whole or in part, by the Foreign Commerce Clause

8   of the United States Constitution.

9   **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

10        Plaintiff's claims are barred, in whole or in part, because Plaintiff may not recover

11   damages, if any, based on sales outside of the United States.

12   **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

13        Plaintiff's claims are improperly joined within the meaning of Rule 20 of the

14   Federal Rules of Civil Procedure because they did not arise out of the same transaction,

15   occurrence or series of transactions or occurrences and/or do not involve questions of law

16   or fact common to all defendants.

17   **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

18        Plaintiff's claims are barred, in whole or in part, to the extent they are based on

19   alleged acts, conduct or statements that are specifically permitted by law.

20   **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

21        Sharp maintained a reasonable system of supervision and information gathering to

22   prevent antitrust violations, enforced that system with reasonable diligence, and did not

23   directly or indirectly induce the violations alleged in the FAC.

24   **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

25        As indirect purchasers, Plaintiff cannot recover damages or other monetary relief.

26   **TWENTY-NINTH AFFIRMATIVE DEFENSE**

27        The claims of Plaintiff are barred to the extent they have agreed to arbitrate disputes

28   with Sharp or to submit such disputes to decision in another forum.

1                       **<u>THIRTIETH AFFIRMATIVE DEFENSE</u>**

2           Plaintiff's claims are barred, in whole or in part, by the doctrines of *res judicata*

3 and/or collateral estoppel.

4                     **<u>THIRTY-FIRST AFFIRMATIVE DEFENSE</u>**

5           Sharp may have other affirmative defenses against Plaintiff, and reserves the right to

6 assert such defenses in a timely fashion after the facts to support such defenses become

7 known to Sharp.

8                   **<u>THIRTY-SECOND AFFIRMATIVE DEFENSE</u>**

9           Sharp reserves the right to assert other defenses as discovery proceeds.

10                   **<u>THIRTY-THIRD AFFIRMATIVE DEFENSE</u>**

11           Sharp adopts by reference any applicable defenses heretofore or subsequently

12 pleaded by any other defendant not expressly set forth herein.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

500925624v2

SHARP CORP.'S ANSWER TO SB LIQUIDATION
TRUST'S FIRST AMENDED COMPLAINT
Master File No. 3:07-md-1827 SI, MDL No. 1827

## PRAYER FOR RELIEF

WHEREFORE, Sharp Corporation prays the Court as follows:

1.  That the First Amended Complaint be dismissed with prejudice;

2.  That the Court enter judgment in favor of Sharp Corporation;

3.  That the Court award Sharp Corporation its costs and expenses, including attorneys' fees; and

4.  That the Court enter further relief as the Court deems just and proper.

Dated:  October 25, 2011.

                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              JOHN M. GRENFELL
                              JACOB R. SORENSEN
                              FUSAE NARA
                              ANDREW D. LANPHERE
                              50 Fremont Street
                              San Francisco, CA  94105


                              By: _____/s/ John M. Grenfell_____
                                          John M. Grenfell

                              Attorneys for Defendants SHARP CORPORATION
                              and SHARP ELECTRONICS CORPORATION