1   HUGH F. BANGASSER, (*PRO HAC VICE*)
    RAMONA M. EMERSON, (*PRO HAC VICE*)
2   CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
    K&L GATES LLP
3   925 Fourth Avenue, Suite 2900
    Seattle, WA  98104-1158
4   Phone:  (206) 623-7580
    Fax:     (206) 623-7022
5
    JEFFREY L. BORNSTEIN, State Bar No. #99358
6   K&L Gates LLP
    Four Embarcadero Center, Suite 1200
7   San Francisco, CA 94111
    Phone:  (415) 249-1059
8   Fax:     (415) 882-8220

9
    Attorneys for Defendants
10  HANNSTAR DISPLAY CORPORATION

11

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  IN RE: TFT-LCD (FLAT PANEL)          Master File No. M:07-1827 SI
    ANTITRUST LITIGATION                 MDL No. 1827

16                                       **HANNSTAR DISPLAY**
                                         **CORPORATION'S ANSWER TO**
17  This Document Relates to Individual Case No.   **FIRST AMENDED COMPLAINT**
    10-cv-5458-SI                        **FOR DAMAGES**

18
    SB LIQUIDATION TRUST,
19
                        Plaintiff,
20          v.

21  AU OPTRONICS CORPORATION, *et al.*,

22                      Defendants.

23          Defendant HannStar Display Corporation ("HannStar"), by its undersigned

24  counsel, hereby answers the First Amended Complaint ("Complaint") of Plaintiff SB

25  Liquidation Trust ("plaintiff") and alleges affirmative defenses.  To the extent the

26  Complaint's allegations concern persons and/or entities other than HannStar, HannStar

27  denies that such allegations support any claim for relief against HannStar.  HannStar

28  answers each paragraph alleged in the Complaint as follows.

1        1.        Paragraph 1 consists of plaintiff's characterizations of its claims and

2    legal conclusions.  Accordingly, HannStar is not required to respond.  To the extent

3    that Paragraph 1 may be deemed to require any response, HannStar responds as

4    follows:  To the extent the allegations contained in Paragraph 1 are directed to other

5    defendants, HannStar lacks knowledge or information sufficient to form a belief as to

6    the truth of the allegations and, therefore, they are denied.  To the extent that the

7    allegations contained in Paragraph 1 are directed to HannStar, they are denied.

8    HannStar denies plaintiff's definition of the term "LCD Panels" because the definition

9    comprises a wide variety of items of commerce that appear at many different levels of

10   many different production chains, and that are traded in multiple markets, including

11   multiple separate markets for different types of LCD panels and multiple separate

12   markets for appliances containing multiple separate types of LCD panels.  As defined,

13   the term "LCD panels" creates confusion in this paragraph and as used throughout the

14   remainder of the Complaint.

15       2.        HannStar lacks knowledge or information sufficient to form a belief as

16   to the truth of the allegations contained in Paragraph 2 and, therefore, denies those

17   allegations.

18       3.        HannStar lacks knowledge or information sufficient to form a belief as

19   to the truth of the allegations contained Paragraph 3 and, therefore, denies those

20   allegations.

21       4.        HannStar lacks knowledge or information sufficient to form a belief as

22   to the truth of the allegations contained Paragraph 4 and, therefore, denies those

23   allegations.

24       5.        HannStar lacks knowledge or information sufficient to form a belief as

25   to the truth of the allegations contained in the first two sentences of Paragraph 5.  To

26   the extent that the allegations contained in the last sentences of Paragraph 5 are

27   directed to other defendants or third parties, HannStar lacks knowledge or information

28   sufficient to form a belief as to the truth of those allegations and, therefore, they are

1   denied.  To the extent that the allegations contained in the last sentence of Paragraph 5

2   are directed to HannStar, they are denied.

3       6.      To the extent that the allegations contained in Paragraph 6 are directed

4   to other defendants or third parties, HannStar lacks knowledge or information

5   sufficient to form a belief as to the truth of the allegations and, therefore, they are

6   denied. To the extent that the allegations contained in Paragraph 6 are directed to

7   HannStar, they are denied.

8       7.      Paragraph 7 consists of plaintiff's characterization of its claims and

9   legal conclusions, to which no response is required.  To the extent that Paragraph 7

10  may be deemed to require a response, HannStar responds as follows:  To the extent

11  that the allegations contained in Paragraph 7 are directed to other defendants, HannStar

12  lacks knowledge or information sufficient to form a belief as to the truth of the

13  allegations and, therefore, they are denied.  To the extent that the allegations contained

14  in Paragraph 7 are directed to HannStar, HannStar denies the allegations.

15      8.      Paragraph 8 contains plaintiff's characterization of its claims and legal

16  conclusions, to which no response is required. To the extent that Paragraph 8 may be

17  deemed to require a response, HannStar denies the allegations.

18      9.      Paragraph 9 consists of conclusions of law to which no response is

19  required. To the extent that Paragraph 9 may be deemed to require a response,

20  HannStar responds as follows:   To the extent that the allegations contained in

21  Paragraph 9 are directed to other defendants, HannStar lacks knowledge or information

22  sufficient to form a belief as to the truth of the allegations and, therefore, they are

23  denied.  To the extent that the allegations contained in Paragraph 9 are directed to

24  HannStar, HannStar denies the allegations.

25      10.     Paragraph 10 consists of conclusions of law to which no response is

26  required. To the extent that Paragraph 10 may be deemed to require a response,

27  HannStar denies the allegations.

28

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1       11.     Paragraph 11 consists of conclusions of law to which no response is

2 required. To the extent that Paragraph 11 may be deemed to require a response,

3 HannStar lacks knowledge or information sufficient to form a belief as to the truth of

4 the allegations and, therefore, they are denied.

5       12.     Paragraph 12 consists of plaintiff's definition of a term for purposes of

6 the Complaint, to which no response is required.  To the extent a response is deemed

7 required, HannStar denies plaintiff's definition of the term "LCD Panels" because the

8 definition comprises a wide variety of items of commerce that appear at many different

9 levels of many different production chains, and that are traded in multiple markets,

10 including multiple separate markets for different types of LCD panels and multiple

11 separate markets for appliances containing multiple separate types of LCD panels.  As

12 defined, the term "LCD panels" creates confusion in this paragraph and as used

13 throughout the remainder of the Complaint.

14       13.     Paragraph 13 consists of plaintiff's definition of a term for purposes of

15 the Complaint, to which no response is required.

16       14.     Paragraph 14 consists of plaintiff's definition of a term for purposes of

17 the Complaint, to which no response is required.

18       15.     HannStar lacks knowledge or information sufficient to form a belief

19 as to the truth of the allegations contained Paragraph 15 and, therefore, denies those

20 allegations.

21       16.     To the extent that the allegations contained in the last sentence in

22 Paragraph 16 are directed to other defendants, HannStar lacks knowledge or

23 information sufficient to form a belief as to the truth of the allegations and, therefore,

24 they are denied.  To the extent that the allegations contained in the last sentence of

25 Paragraph 16 are directed to HannStar, HannStar denies the allegations.  HannStar

26 lacks knowledge or information sufficient to form a belief as to the truth of the

27 remaining allegations contained Paragraph 16 and, therefore, denies those allegations.

28

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1        17.       Paragraph 17 is directed to another defendant. Accordingly, HannStar

2 lacks knowledge or information sufficient to form a belief as to the truth of the

3 allegations contained in Paragraph 17 and, therefore, denies those allegations.

4        18.       Paragraph 18 is directed to another defendant. Accordingly, HannStar

5 lacks knowledge or information sufficient to form a belief as to the truth of the

6 allegations contained in Paragraph 18 and, therefore, denies those allegations.

7        19.       The first sentence of Paragraph 19 defines a term for purposes of the

8 Complaint, to which no response is required. The remainder of Paragraph 19 is

9 directed to other defendants. Accordingly, HannStar lacks knowledge or information

10 sufficient to form a belief as to the truth of the allegations contained in Paragraph 19

11 and, therefore, denies those allegations. To the extent the allegations in Paragraph 19

12 are directed at HannStar, they are denied.

13        20.       To the extent that the allegations contained in Paragraph 20 purport to

14 characterize public statements or documents, those statements and documents speak for

15 themselves and no response is required. To the extent a further response to the

16 allegations in Paragraph 20 is required, HannStar lacks knowledge or information

17 sufficient to form a belief as to the truth of those allegations and, therefore, those

18 allegations are denied.

19        21.       Paragraph 21 is directed to another defendant. Accordingly, HannStar

20 lacks knowledge or information sufficient to form a belief as to the truth of the

21 allegations contained in Paragraph 21 and, therefore, denies those allegations.

22        22.       Paragraph 22 is directed to another defendant. Accordingly, HannStar

23 lacks knowledge or information sufficient to form a belief as to the truth of the

24 allegations contained in Paragraph 22 and, therefore, denies those allegations.

25        23.       Paragraph 23 is directed to another defendant. Accordingly, HannStar

26 lacks knowledge or information sufficient to form a belief as to the truth of the

27 allegations contained in Paragraph 23 and, therefore, denies those allegations.

28

1    24.    Paragraph 24 is directed to another defendant. Accordingly, HannStar

2    lacks knowledge or information sufficient to form a belief as to the truth of the

3    allegations contained in Paragraph 24 and, therefore, denies those allegations.

4    25.    Paragraph 25 is directed to another defendant. Accordingly, HannStar

5    lacks knowledge or information sufficient to form a belief as to the truth of the

6    allegations contained in Paragraph 25 and, therefore, denies those allegations.

7    26.    Paragraph 26 is directed to another defendant. Accordingly, HannStar

8    lacks knowledge or information sufficient to form a belief as to the truth of the

9    allegations contained in Paragraph 26 and, therefore, denies those allegations.

10    27.    The first sentence of Paragraph 27 defines a term for purposes of the

11    Complaint, to which no response is required.   The remainder of Paragraph 27 is

12    directed to other defendants. Accordingly, HannStar lacks knowledge or information

13    sufficient to form a belief as to the truth of the allegations contained in Paragraph 27

14    and, therefore, denies those allegations.  To the extent the allegations in Paragraph 27

15    are directed at HannStar, they are denied.

16    28.    To the extent that the allegations contained in Paragraph 28 purport to

17    characterize public statements or documents, those statements and documents speak for

18    themselves and no response is required.   To the extent a further response to the

19    allegations in Paragraph 28 is required, HannStar lacks knowledge or information

20    sufficient to form a belief as to the truth of those allegations and, therefore, those

21    allegations are denied.

22    29.    Paragraph 29 is directed to another defendant. Accordingly, HannStar

23    lacks knowledge or information sufficient to form a belief as to the truth of the

24    allegations contained in Paragraph 29 and, therefore, denies those allegations.

25    30.    Paragraph 30 is directed to another defendant. Accordingly, HannStar

26    lacks knowledge or information sufficient to form a belief as to the truth of the

27    allegations contained in Paragraph 30 and, therefore, denies those allegations.

28

1   31. The first sentence of Paragraph 31 defines a term for purposes of the

2 Complaint, to which no response is required. The remainder of Paragraph 31 is

3 directed to other defendants. Accordingly, HannStar lacks knowledge or information

4 sufficient to form a belief as to the truth of the allegations contained in Paragraph 31

5 and, therefore, denies those allegations. To the extent the allegations in Paragraph 31

6 are directed at HannStar, they are denied.

7   32. To the extent that the allegations contained in Paragraph 32 purport to

8 characterize public statements or documents, those statements and documents speak for

9 themselves and no response is required. To the extent a further response to the

10 allegations in Paragraph 32 is required, HannStar lacks knowledge or information

11 sufficient to form a belief as to the truth of those allegations and, therefore, those

12 allegations are denied.

13   33. HannStar admits that it is a Taiwanese company with its principal place

14 of business at No. 480, Rueiguang Road, 12th Floor, Neihu Chiu, Taipei 114, Taiwan,

15 and that it manufactured and sold certain TFT-LCD panels in certain years of the

16 alleged "Conspiracy Period." HannStar denies the remainder of the allegations

17 contained in Paragraph 33.

18   34. The allegations in Paragraph 34 purport to characterize public

19 statements and public documents, the contents of which speak for themselves and

20 require no further response. To the extent a further response to the allegations in

21 Paragraph 34 is required, HannStar refers to its June 29, 2010 plea agreement and the

22 statements contained therein and otherwise denies the allegations contained in

23 Paragraph 34.

24   35. Paragraph 35 is directed to another defendant. Accordingly, HannStar

25 lacks knowledge or information sufficient to form a belief as to the truth of the

26 allegations contained in Paragraph 35 and, therefore, denies those allegations.

27

28

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1      36.      Paragraph 36 is directed to another defendant. Accordingly, HannStar

2  lacks knowledge or information sufficient to form a belief as to the truth of the

3  allegations contained in Paragraph 36 and, therefore, denies those allegations.

4      37.      The first sentence of Paragraph 37 defines a term for purposes of the

5  Complaint, to which no response is required.   The remainder of Paragraph 37 is

6  directed to other defendants. Accordingly, HannStar lacks knowledge or information

7  sufficient to form a belief as to the truth of the allegations contained in Paragraph 37

8  and, therefore, denies those allegations.  To the extent the allegations in Paragraph 37

9  are directed at HannStar, they are denied.

10     38.      To the extent that the allegations contained in Paragraph 38 purport to

11  characterize public statements or documents, those statements and documents speak for

12  themselves and no response is required.   To the extent a further response to the

13  allegations in Paragraph 38 is required, HannStar lacks knowledge or information

14  sufficient to form a belief as to the truth of those allegations and, therefore, those

15  allegations are denied.

16     39.      Paragraph 39 is directed to another defendant. Accordingly, HannStar

17  lacks knowledge or information sufficient to form a belief as to the truth of the

18  allegations contained in Paragraph 39 and, therefore, denies those allegations.

19     40.      Paragraph 40 is directed to another defendant. Accordingly, HannStar

20  lacks knowledge or information sufficient to form a belief as to the truth of the

21  allegations contained in Paragraph 40 and, therefore, denies those allegations.

22     41.      Paragraph 41 is directed to another defendant. Accordingly, HannStar

23  lacks knowledge or information sufficient to form a belief as to the truth of the

24  allegations contained in Paragraph 41 and, therefore, denies those allegations.

25     42.      The first sentence of Paragraph 42 defines a term for purposes of the

26  Complaint, to which no response is required.   The remainder of Paragraph 42 is

27  directed to other defendants. Accordingly, HannStar lacks knowledge or information

28  sufficient to form a belief as to the truth of the allegations contained in Paragraph 42

1   and, therefore, denies those allegations.  To the extent the allegations in Paragraph 42

2   are directed at HannStar, they are denied.

3         43.     Paragraph 43 is directed to another defendant. Accordingly, HannStar

4   lacks knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained in Paragraph 43 and, therefore, denies those allegations.

6         44.     Paragraph 44 is directed to another defendant. Accordingly, HannStar

7   lacks knowledge or information sufficient to form a belief as to the truth of the

8   allegations contained in Paragraph 44 and, therefore, denies those allegations.

9         45.     The first sentence of Paragraph 45 defines a term for purposes of the

10   Complaint, to which no response is required.  The remainder of Paragraph 45 is

11   directed to other defendants. Accordingly, HannStar lacks knowledge or information

12   sufficient to form a belief as to the truth of the allegations contained in Paragraph 45

13   and, therefore, denies those allegations.  To the extent the allegations in Paragraph 45

14   are directed at HannStar, they are denied.

15         46.     To the extent that the allegations contained in Paragraph 46 purport to

16   characterize public statements or documents, those statements and documents speak for

17   themselves and no response is required.  To the extent a further response to the

18   allegations in Paragraph 46 is required, HannStar lacks knowledge or information

19   sufficient to form a belief as to the truth of those allegations and, therefore, those

20   allegations are denied.

21         47.     Paragraph 47 is directed to another defendant. Accordingly, HannStar

22   lacks knowledge or information sufficient to form a belief as to the truth of the

23   allegations contained in Paragraph 47 and, therefore, denies those allegations.

24         48.     Paragraph 48 is directed to another defendant. Accordingly, HannStar

25   lacks knowledge or information sufficient to form a belief as to the truth of the

26   allegations contained in Paragraph 48 and, therefore, denies those allegations.

27

28

1    49.    Paragraph 49 is directed to another defendant. Accordingly, HannStar

2 lacks knowledge or information sufficient to form a belief as to the truth of the

3 allegations contained in Paragraph 49 and, therefore, denies those allegations.

4    50.    Paragraph 50 is directed to another defendant. Accordingly, HannStar

5 lacks knowledge or information sufficient to form a belief as to the truth of the

6 allegations contained in Paragraph 50 and, therefore, denies those allegations.

7    51.    The first sentence of Paragraph 51 defines a term for purposes of the

8 Complaint, to which no response is required.  The remainder of Paragraph 51 is

9 directed to other defendants. Accordingly, HannStar lacks knowledge or information

10 sufficient to form a belief as to the truth of the allegations contained in Paragraph 51

11 and, therefore, denies those allegations.  To the extent the allegations in Paragraph 51

12 are directed at HannStar, they are denied.

13    52.    Paragraph 52 is directed to another defendant. Accordingly, HannStar

14 lacks knowledge or information sufficient to form a belief as to the truth of the

15 allegations contained in Paragraph 52 and, therefore, denies those allegations.

16    53.    Paragraph 53 is directed to another defendant. Accordingly, HannStar

17 lacks knowledge or information sufficient to form a belief as to the truth of the

18 allegations contained in Paragraph 53 and, therefore, denies those allegations.

19    54.    The first sentence of Paragraph 54 defines a term for purposes of the

20 Complaint, to which no response is required.  The remainder of Paragraph 54 is

21 directed to other defendants. Accordingly, HannStar lacks knowledge or information

22 sufficient to form a belief as to the truth of the allegations contained in Paragraph 54

23 and, therefore, denies those allegations.  To the extent the allegations in Paragraph 54

24 are directed at HannStar, they are denied.

25    55.    To the extent that the allegations contained in Paragraph 55 purport to

26 characterize public statements or documents, those statements and documents speak for

27 themselves and no response is required.  To the extent a further response to the

28 allegations in Paragraph 55 is required, HannStar lacks knowledge or information

1    sufficient to form a belief as to the truth of those allegations and, therefore, those

2    allegations are denied.

3        56.    Paragraph 56 is directed to another defendant. Accordingly, HannStar

4    lacks knowledge or information sufficient to form a belief as to the truth of the

5    allegations contained in Paragraph 56 and, therefore, denies those allegations.

6        57.    Paragraph 57 is directed to another defendant. Accordingly, HannStar

7    lacks knowledge or information sufficient to form a belief as to the truth of the

8    allegations contained in Paragraph 57 and, therefore, denies those allegations.

9        58.    Paragraph 58 is directed to another defendant. Accordingly, HannStar

10   lacks knowledge or information sufficient to form a belief as to the truth of the

11   allegations contained in Paragraph 58 and, therefore, denies those allegations.

12       59.    The first sentence of Paragraph 59 defines a term for purposes of the

13   Complaint, to which no response is required.   The remainder of Paragraph 59 is

14   directed to other defendants. Accordingly, HannStar lacks knowledge or information

15   sufficient to form a belief as to the truth of the allegations contained in Paragraph 59

16   and, therefore, denies those allegations.   To the extent the allegations in Paragraph 59

17   are directed at HannStar, they are denied.

18       60.    To the extent that the allegations contained in Paragraph 60 purport to

19   characterize public statements or documents, those statements and documents speak for

20   themselves and no response is required.   To the extent a further response to the

21   allegations in Paragraph 60 is required, HannStar lacks knowledge or information

22   sufficient to form a belief as to the truth of those allegations and, therefore, those

23   allegations are denied.

24       61.    To the extent that the allegations contained in Paragraph 61 are

25   directed to other defendants, HannStar lacks knowledge or information sufficient to

26   form a belief as to the truth of the allegations and, therefore, they are denied. To the

27   extent that the allegations contained in Paragraph 61 are directed to HannStar,

28   HannStar admits that it entered into certain transactions for the sale of certain TFT-

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1   LCD panels in the U.S. and other countries at times within the relevant period and

2   denies the remainder of the allegations in Paragraph 61.

3         62.     With respect to Paragraph 62, HannStar denies that there is a single

4   LCD "market."   To the extent that the allegations contained in Paragraph 62 are

5   directed to other defendants, HannStar lacks knowledge or information sufficient to

6   form a belief as to the truth of the allegations and, therefore, they are denied. To the

7   extent that the allegations contained in Paragraph 62 are directed to HannStar, they are

8   denied.

9         63.     Paragraph 63 consists of legal conclusions, to which no response is

10   required.  To the extent a response is deemed required, HannStar responds as follows:

11   To the extent that the allegations contained in Paragraph 63 are directed to other

12   defendants, HannStar lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations and, therefore, they are denied. To the extent that the

14   allegations contained in Paragraph 63 are directed to HannStar, they are denied.

15         64.     HannStar admits that TFT-LCD panels are used in a wide variety of

16   applications, but otherwise denies the allegations of Paragraph 64 for lack of

17   knowledge or information sufficient to form a belief as to their truth.

18         65.     HannStar lacks knowledge or information sufficient to form a belief

19   as to the truth of the allegations contained in Paragraph 65 and, therefore, they are

20   denied.

21         66.     HannStar lacks knowledge or information sufficient to form a belief as

22   to the truth of the allegations contained in the first sentence of Paragraph 66 and,

23   therefore, they are denied.  To the extent that the remaining allegations contained in

24   Paragraph 66 are directed to other defendants, HannStar lacks knowledge or

25   information sufficient to form a belief as to the truth of the allegations and, therefore,

26   they are denied. To the extent that the remaining allegations contained in Paragraph 66

27   are directed to HannStar, they are denied.

28

1       67.     HannStar lacks knowledge or information sufficient to form a belief as

2   to the truth of the allegations contained in the first sentence of Paragraph 67 and,

3   therefore, they are denied.   The remaining allegations contained in Paragraph 67

4   consist of legal conclusions, to which no response is required.  To the extent a response

5   is deemed required, HannStar responds as follows:  To the extent that the remaining

6   allegations contained in Paragraph 67 are directed to other defendants, HannStar lacks

7   knowledge or information sufficient to form a belief as to the truth of the allegations

8   and, therefore, they are denied. To the extent that the remaining allegations contained

9   in Paragraph 67 are directed to HannStar, they are denied.

10      68.     With respect to Paragraph 68, HannStar denies that there is a single

11  LCD "market."  HannStar lacks knowledge or information sufficient to form a belief as

12  to the truth of the allegations contained in the first sentence of Paragraph 68 and,

13  therefore, they are denied.  The allegations contained in the last sentence of Paragraph

14  68 consist of legal conclusions, to which no response is required.   To the extent a

15  response is deemed required, HannStar responds as follows:  To the extent that the

16  allegations contained in the last sentence of Paragraph 68 are directed to other

17  defendants, HannStar lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations and, therefore, they are denied. To the extent that the

19  allegations contained in the last sentence of Paragraph 68 are directed to HannStar,

20  they are denied.

21      69.     With respect to Paragraph 69, HannStar denies that there is a single

22  LCD Panels "market" or LCD Products "market."   HannStar lacks knowledge or

23  information sufficient to form a belief as to the truth of the remaining allegations

24  contained in Paragraph 69 and, therefore, they are denied.

25      70.     With respect to Paragraph 70, HannStar denies that there is a single

26  LCD Panels "market."  The remainder of Paragraph 70 consists of legal conclusions, to

27  which no response is required.  To the extent a response is deemed required, HannStar

28  responds as follows:   To the extent that the remaining allegations contained in

1   Paragraph 70 are directed to other defendants, HannStar lacks knowledge or

2   information sufficient to form a belief as to the truth of the allegations and, therefore,

3   they are denied. To the extent that the remaining allegations contained in Paragraph 70

4   are directed to HannStar, they are denied.

5          71.     To the extent that the allegations contained in Paragraph 71 are

6   directed to other defendants, HannStar lacks knowledge or information sufficient to

7   form a belief as to the truth of the allegations and, therefore, they are denied. To the

8   extent that the allegations contained in Paragraph 71 are directed to HannStar, they are

9   denied.

10         72.     With respect to Paragraph 72, HannStar denies that there is a single

11  LCD "market."  To the extent that the allegations contained in Paragraph 72 are

12  directed to other defendants, HannStar lacks knowledge or information sufficient to

13  form a belief as to the truth of the allegations and, therefore, they are denied. To the

14  extent that the allegations contained in Paragraph 72 are directed to HannStar, they are

15  denied.

16         73.     To the extent that the allegations contained in Paragraph 73 are

17  directed to other defendants, HannStar lacks knowledge or information sufficient to

18  form a belief as to the truth of the allegations and, therefore, they are denied. To the

19  extent that the allegations contained in Paragraph 73 are directed to HannStar, they are

20  denied.

21         74.     To the extent that the allegations in Paragraph 74 are directed to other

22  defendants, HannStar lacks knowledge or information sufficient to form a belief as to

23  the truth of those allegations and, therefore, denies them. To the extent that the

24  allegations contained in Paragraph 74 are directed to HannStar, they are denied except

25  that HannStar admits that at certain times during the relevant period it shipped certain

26  TFT-LCD panels into the United States, among other worldwide locations.

27         75.     To the extent that the allegations contained in Paragraph 75 are

28  directed to other defendants, HannStar lacks knowledge or information sufficient to

1  form a belief as to the truth of the allegations and, therefore, they are denied. To the

2  extent that the allegations contained in Paragraph 75 are directed to HannStar,

3  HannStar admits that at certain limited times during the relevant period, it produced

4  and/or sold a limited volume of certain products containing TFT-LCD panels that were

5  shipped or billed to the United States, and otherwise they are denied.

6        76.      To the extent that the allegations in Paragraph 76 are directed to other

7  defendants or third parties, HannStar lacks knowledge or information sufficient to form

8  a belief as to the truth of those allegations and, therefore, they are denied.  To the

9  extent that the allegations contained in Paragraph 76 are directed to HannStar, they are

10  denied.

11        77.      The allegations in Paragraph 77 purport to characterize public

12  statements and public documents, the contents of which speak for themselves and

13  require no further response.  To the extent a further response to the allegations in

14  Paragraph 77 is required, HannStar responds as follows:  To the extent that the

15  allegations in Paragraph 77 are directed to other defendants, HannStar lacks knowledge

16  or information sufficient to form a belief as to the truth of those allegations and,

17  therefore, they are denied.  To the extent that the allegations contained in Paragraph 77

18  are directed to HannStar, they are denied.

19        78.      The allegations in Paragraph 78 purport to characterize publicly-filed

20  agreements between the United States Department of Justice ("DOJ") and certain

21  defendants, the contents of which speak for themselves and require no further

22  response.  To the extent a response is deemed required, HannStar responds as follows:

23  To the extent that the allegations contained in Paragraph 78 are directed to other

24  defendants, HannStar lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations and, therefore, they are denied.  To the extent directed to

26  HannStar, HannStar refers to its June 29, 2010 plea agreement and the statements

27  contained therein and otherwise denies the allegations in Paragraph 78.

28

1     79.     The allegations in Paragraph 79 consist of legal conclusions, to which

2  no response is required. To the extent a response is deemed required, HannStar denies

3  the allegations.

4     80.     Paragraph 80 consists of legal conclusions, to which no response is

5  required. To the extent a response is deemed required, HannStar responds as follows:

6  To the extent that the allegations contained in Paragraph 80 are directed to other

7  defendants, HannStar lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations and, therefore, they are denied. To the extent that the

9  allegations contained in Paragraph 80 are directed to HannStar, they are denied.

10     81.     With respect to Paragraph 81, HannStar denies that there is a single

11  LCD Products "market." To the extent that the allegations contained in Paragraph 81

12  are directed to other defendants, HannStar lacks knowledge or information sufficient to

13  form a belief as to the truth of the allegations and, therefore, they are denied. To the

14  extent that the allegations contained in Paragraph 81 are directed to HannStar, they are

15  denied.

16     82.     To the extent that the allegations contained in Paragraph 82 are directed

17  to other defendants, HannStar lacks knowledge or information sufficient to form a

18  belief as to the truth of the allegations and, therefore, they are denied. To the extent

19  that the allegations contained in Paragraph 82 are directed to HannStar, they are

20  denied.

21     83.     To the extent that the allegations contained in Paragraph 83 are directed

22  to other defendants, HannStar lacks knowledge or information sufficient to form a

23  belief as to the truth of the allegations and, therefore, they are denied. To the extent

24  that the allegations contained in Paragraph 83 are directed to HannStar, they are

25  denied.

26     84.     To the extent that the allegations contained in Paragraph 84 are

27  directed to other defendants, HannStar lacks knowledge or information sufficient to

28  form a belief as to the truth of the allegations and, therefore, they are denied. To the

1   extent that the allegations contained in Paragraph 84 are directed to HannStar, they are
2   denied.

3        85.     To the extent that the allegations contained in Paragraph 85 are directed
4   to other defendants, HannStar lacks knowledge or information sufficient to form a
5   belief as to the truth of the allegations and, therefore, they are denied. To the extent
6   that the allegations contained in Paragraph 85 are directed to HannStar, they are
7   denied.

8        86.     To the extent that the allegations contained in Paragraph 86 are
9   directed to other defendants, HannStar lacks knowledge or information sufficient to
10  form a belief as to the truth of the allegations and, therefore, they are denied. To the
11  extent that the allegations contained in Paragraph 86 are directed to HannStar, they are
12  denied.

13       87.     To the extent that the allegations contained in Paragraph 87 are directed
14  to other defendants, HannStar lacks knowledge or information sufficient to form a
15  belief as to the truth of the allegations and, therefore, they are denied. To the extent
16  that the allegations contained in Paragraph 87 are directed to HannStar, they are
17  denied.

18       88.     To the extent that the allegations contained in Paragraph 88 are directed
19  to other defendants, HannStar lacks knowledge or information sufficient to form a
20  belief as to the truth of the allegations and, therefore, they are denied. To the extent
21  that the allegations contained in Paragraph 88 are directed to HannStar, they are
22  denied.

23       89.     To the extent that the allegations contained in Paragraph 89 are directed
24  to other defendants, HannStar lacks knowledge or information sufficient to form a
25  belief as to the truth of the allegations and, therefore, they are denied. To the extent
26  that the allegations contained in Paragraph 89 are directed to HannStar, they are
27  denied.

28

90.     To the extent that the allegations contained in Paragraph 90 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, they are denied. To the extent that the allegations contained in Paragraph 90 are directed to HannStar, they are denied.

91.     To the extent that the allegations contained in Paragraph 91 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, they are denied. To the extent that the allegations contained in Paragraph 91 are directed to HannStar, they are denied.

92.     To the extent that the allegations contained in Paragraph 92 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, they are denied. To the extent that the allegations contained in Paragraph 92 are directed to HannStar, they are denied.

93.     To the extent that the allegations contained in Paragraph 93 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, they are denied. To the extent that the allegations contained in Paragraph 93 are directed to HannStar, they are denied.

94.     To the extent that the allegations contained in Paragraph 94 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, they are denied. To the extent that the allegations contained in Paragraph 94 are directed to HannStar, they are denied.

95.     To the extent that the allegations contained in Paragraph 95 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, they are denied. To the

1   extent that the allegations contained in Paragraph 95 are directed to HannStar, they are

2   denied.

3          96.      To the extent that the allegations contained in Paragraph 96 are

4   directed to other defendants, HannStar lacks knowledge or information sufficient to

5   form a belief as to the truth of the allegations and, therefore, they are denied. To the

6   extent that the allegations contained in Paragraph 96 are directed to HannStar, they are

7   denied.

8          97.      To the extent that the allegations contained in Paragraph 97 are

9   directed to other defendants, HannStar lacks knowledge or information sufficient to

10  form a belief as to the truth of the allegations and, therefore, they are denied. To the

11  extent that the allegations contained in Paragraph 97 are directed to HannStar, they are

12  denied.

13         98.      To the extent that the allegations contained in Paragraph 98 are

14  directed to other defendants, HannStar lacks knowledge or information sufficient to

15  form a belief as to the truth of the allegations and, therefore, they are denied. To the

16  extent that the allegations contained in Paragraph 98 are directed to HannStar, they are

17  denied.

18         99.      To the extent that the allegations contained in Paragraph 99 are

19  directed to other defendants or third parties, HannStar lacks knowledge or information

20  sufficient to form a belief as to the truth of the allegations and, therefore, they are

21  denied. To the extent that the allegations contained in Paragraph 99 are directed to

22  HannStar, they are denied.

23         100.     To the extent that the allegations contained in Paragraph 100 are

24  directed to other defendants, HannStar lacks knowledge or information sufficient to

25  form a belief as to the truth of the allegations and, therefore, they are denied. To the

26  extent that the allegations contained in Paragraph 100 are directed to HannStar, they

27  are denied.

28

1       101.    To the extent that the allegations contained in Paragraph 101 are

2 directed to other defendants or third parties, HannStar lacks knowledge or information

3 sufficient to form a belief as to the truth of the allegations and, therefore, they are

4 denied. To the extent that the allegations contained in Paragraph 101 are directed to

5 HannStar, they are denied.

6       102.    To the extent that the allegations contained in Paragraph 102 are

7 directed to other defendants or third parties, HannStar lacks knowledge or information

8 sufficient to form a belief as to the truth of the allegations and, therefore, they are

9 denied. To the extent that the allegations contained in Paragraph 102 are directed to

10 HannStar, they are denied.

11      103.    To the extent that the allegations contained in Paragraph 103 are

12 directed to other defendants or third parties, HannStar lacks knowledge or information

13 sufficient to form a belief as to the truth of the allegations and, therefore, they are

14 denied. To the extent that the allegations contained in Paragraph 103 are directed to

15 HannStar, they are denied.

16      104.    To the extent that the allegations contained in Paragraph 104 are

17 directed to other defendants or third parties, HannStar lacks knowledge or information

18 sufficient to form a belief as to the truth of the allegations and, therefore, they are

19 denied. To the extent that the allegations contained in Paragraph 104 are directed to

20 HannStar, they are denied.

21      105.    To the extent that the allegations contained in Paragraph 105 are

22 directed to other defendants or third parties, HannStar lacks knowledge or information

23 sufficient to form a belief as to the truth of the allegations and, therefore, they are

24 denied. To the extent that the allegations contained in Paragraph 105 are directed to

25 HannStar, they are denied.

26      106.    To the extent that the allegations contained in Paragraph 106 are

27 directed to other defendants, HannStar lacks knowledge or information sufficient to

28 form a belief as to the truth of the allegations and, therefore, they are denied. To the

1    extent that the allegations contained in Paragraph 106 are directed to HannStar, they
2    are denied.

3         107.    To the extent that the allegations contained in Paragraph 107 are
4    directed to other defendants, HannStar lacks knowledge or information sufficient to
5    form a belief as to the truth of the allegations and, therefore, they are denied. To the
6    extent that the allegations contained in Paragraph 107 are directed to HannStar, they
7    are denied.

8         108.    To the extent that the allegations contained in Paragraph 108 are
9    directed to other defendants, HannStar lacks knowledge or information sufficient to
10   form a belief as to the truth of the allegations and, therefore, they are denied. To the
11   extent that the allegations contained in Paragraph 108 are directed to HannStar, they
12   are denied.

13        109.    To the extent that the allegations contained in Paragraph 109 are
14   directed to other defendants, HannStar lacks knowledge or information sufficient to
15   form a belief as to the truth of the allegations and, therefore, they are denied. To the
16   extent that the allegations contained in Paragraph 109 are directed to HannStar, they
17   are denied.

18        110.    To the extent that the allegations contained in Paragraph 110 are
19   directed to other defendants or third parties, HannStar lacks knowledge or information
20   sufficient to form a belief as to the truth of the allegations and, therefore, they are
21   denied. To the extent that the allegations contained in Paragraph 110 are directed to
22   HannStar, they are denied.

23        111.    To the extent that the allegations contained in Paragraph 111 are
24   directed to other defendants, HannStar lacks knowledge or information sufficient to
25   form a belief as to the truth of the allegations and, therefore, they are denied. To the
26   extent that the allegations contained in Paragraph 111 are directed to HannStar, they
27   are denied.

28

1    112.    To the extent that the allegations contained in Paragraph 112 are

2    directed to other defendants or third parties, HannStar lacks knowledge or information

3    sufficient to form a belief as to the truth of the allegations and, therefore, they are

4    denied. To the extent that the allegations contained in Paragraph 112 are directed to

5    HannStar, they are denied.

6    113.    To the extent that the allegations contained in Paragraph 113 are

7    directed to other defendants or third parties, HannStar lacks knowledge or information

8    sufficient to form a belief as to the truth of the allegations and, therefore, they are

9    denied. To the extent that the allegations contained in Paragraph 113 are directed to

10   HannStar, they are denied.

11   114.    With respect to Paragraph 114, HannStar denies that there is a single

12   LCD "market."   HannStar denies the remaining allegations contained in Paragraph

13   114.

14   115.    With respect to Paragraph 115, HannStar denies that there is a single

15   LCD Panel "industry."   HannStar denies the remaining allegations contained in

16   Paragraph 115.

17   116.    With respect to Paragraph 116, HannStar denies that there is a single

18   LCD Panel "industry."  HannStar denies the allegations contained in the first sentence

19   of Paragraph 116.  To the extent that the remaining allegations contained in Paragraph

20   116 are directed to other defendants or third parties, HannStar lacks knowledge or

21   information sufficient to form a belief as to the truth of the allegations and, therefore,

22   they are denied. To the extent that the remaining allegations contained in Paragraph

23   116 are directed to HannStar, they are denied.

24   117.    With respect to Paragraph 117, HannStar denies that there is a single

25   LCD Panel "industry."   HannStar denies the remaining allegations contained in

26   Paragraph 117.

27   118.    With respect to Paragraph 118, HannStar denies that there is a single

28   LCD Panel "industry."  HannStar lacks knowledge or information sufficient to form a

1    belief as to the truth of the allegations contained in the first sentence of Paragraph 118.

2    HannStar denies the remaining allegations contained in Paragraph 118.

3        119.    With respect to Paragraph 119, HannStar denies that there is a single

4    LCD Panel "industry."  HannStar lacks knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations contained in Paragraph 119 and,

6    therefore, denies those allegations.

7        120.    With respect to Paragraph 120, HannStar denies that there is a single

8    LCD Panel "industry."  To the extent that the remaining allegations contained in

9    Paragraph 120 are directed to other defendants or third parties, HannStar lacks

10   knowledge or information sufficient to form a belief as to the truth of the allegations

11   and, therefore, they are denied. To the extent that the remaining allegations contained

12   in Paragraph 120 are directed to HannStar, they are denied.

13       121.    To the extent that the allegations contained in Paragraph 121 are

14   directed to other defendants or third parties, HannStar lacks knowledge or information

15   sufficient to form a belief as to the truth of the allegations and, therefore, they are

16   denied. To the extent that the allegations contained in Paragraph 121 are directed to

17   HannStar, they are denied.

18       122.    With respect to Paragraph 122, HannStar denies that there is a single

19   LCD Panel "market."  HannStar lacks knowledge or information sufficient to form a

20   belief as to the truth of the allegations contained in the first sentence of Paragraph 122.

21   To the extent that the allegations contained in the second sentence of Paragraph 122

22   are directed to other defendants, HannStar lacks knowledge or information sufficient to

23   form a belief as to the truth of the allegations and, therefore, they are denied.  To the

24   extent that the allegations contained in the second sentence of Paragraph 122 are

25   directed to HannStar, they are denied.

26       123.    With respect to Paragraph 123, HannStar denies that there is a single

27   LCD Panel "market."  HannStar lacks knowledge or information sufficient to form a

28   belief as to the remaining allegations contained in Paragraph 123.

1      124.     With respect to Paragraph 124, HannStar denies that there is a single

2 LCD Panel "market." HannStar lacks knowledge or information sufficient to form a

3 belief as to the remaining allegations contained in Paragraph 124.

4      125.     To the extent that the allegations contained in Paragraph 125 are

5 based on a reported forecast, that report speaks for itself and no response is required.

6 HannStar lacks knowledge or information sufficient to form a belief as to the

7 remaining allegations contained in Paragraph 125 and, therefore, those allegations are

8 denied.

9      126.     To the extent that the allegations contained in Paragraph 126 are

10 directed to other defendants, HannStar lacks knowledge or information sufficient to

11 form a belief as to the truth of the allegations and, therefore, they are denied. To the

12 extent that the allegations contained in Paragraph 126 are directed to HannStar, they

13 are denied.

14      127.     To the extent that the allegations in the first sentence of Paragraph 127

15 are based upon comments from analysts, those comments speak for themselves and no

16 response is required. HannStar lacks knowledge or information sufficient to form a

17 belief as to the truth of the allegations in the first three sentences of Paragraph 127 and,

18 therefore, denies those allegations. To the extent that the allegations in the fourth

19 sentence of Paragraph 127 are directed to other defendants, HannStar lacks knowledge

20 or information sufficient to form a belief as to their truth and, therefore, denies those

21 allegations. To the extent that those allegations are directed at HannStar, they are

22 denied.

23      128.     To the extent that the allegations in Paragraph 128 are derived from a

24 publication, such publication speaks for itself and no response is required. To the

25 extent a response is deemed required, HannStar lacks knowledge or information

26 sufficient to form a belief as to the truth of the remaining allegations in Paragraph 128

27 and, therefore, denies those allegations.

28

129.     To the extent that the allegations contained in Paragraph 129 are based upon publications or reports, those documents speak for themselves and no response is required.  To the extent that a response is deemed required, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and, therefore, denies those allegations.

130.     To the extent that the allegations contained in Paragraph 130 are directed to other defendants or third parties, HannStar lacks knowledge or information sufficient to form a belief as to their truth and, therefore, denies those allegations. To the extent that the allegations in Paragraph 130 are directed at HannStar, they are denied.

131.     To the extent that the allegations contained in the first and last sentences of Paragraph 131 are directed to other defendants or third parties, HannStar lacks knowledge or information sufficient to form a belief as to their truth and, therefore, denies those allegations. To the extent that the allegations contained in the first and last sentences of Paragraph 131 are directed at HannStar, they are denied. HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second and fourth sentences of Paragraph 131. HannStar admits that the allegations contained in the third sentence of Paragraph 131 describe in a general manner some of the components of certain liquid crystal displays, but denies that this description is comprehensive or entirely accurate, and denies the allegations on that basis.

132.     HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first two sentences of Paragraph 132. To the extent that the allegations contained in the third sentence of Paragraph 132 are directed to other defendants, HannStar lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, they are denied.

1    133.    HannStar lacks knowledge or information sufficient to form a belief

2    as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the

3    allegations.

4    134.    To the extent that the allegations contained in Paragraph 134 are

5    based on public statements or documents, those statements and documents speak for

6    themselves, and no response is required.  To the extent a response is required, and in

7    response to the remaining allegations contained in Paragraph 134, HannStar responds

8    as follows:  To the extent that the allegations contained in Paragraph 134 are directed

9    to other defendants, HannStar lacks knowledge or information sufficient to form a

10   belief as to their truth and, therefore, denies those allegations. To the extent that the

11   allegations in Paragraph 134 are directed at HannStar, they are denied.

12   135.    To the extent that the allegations in Paragraph 135 are directed to

13   other defendants, HannStar lacks knowledge or information sufficient to form a belief

14   as to their truth and, therefore, denies those allegations.  To the extent that the

15   allegations in Paragraph 135 are directed at HannStar, HannStar lacks knowledge or

16   information sufficient to form a belief as to the truth of those allegations and, therefore,

17   they are denied.

18   136.    HannStar lacks knowledge or information sufficient to form a belief

19   as to the truth of the allegations in Paragraph 136 and, therefore, denies those

20   allegations.

21   137.    To the extent that the allegations contained in Paragraph 137 are

22   based on the December 11, 2006, statement filed by another defendant with the

23   Securities and Exchange Commission, that statement speaks for itself and no response

24   is required.  To the extent that a response to the allegations of Paragraph 137 is deemed

25   required, HannStar lacks knowledge or information sufficient to form a belief as to

26   their truth and, therefore, denies them.

27   138.    To the extent the allegations contained in Paragraph 138 are based on

28   news reports, those news reports speak for themselves and therefore no response is

1   required.  To the extent that a response to the allegations of Paragraph 138 is deemed

2   required, HannStar lacks knowledge or information sufficient to form a belief as to

3   their truth and, therefore, denies them.

4         139.    To the extent that the allegations contained in Paragraph 139 are

5   based on statements issued by the respective authorities, those statements speak for

6   themselves and no response is required.  To the extent that a response to the allegations

7   of Paragraph 139 is deemed required, HannStar lacks knowledge or information

8   sufficient to form a belief as to their truth and, therefore, denies them.

9         140.    To the extent that the allegations contained in Paragraph 140 are

10   based on statements issued by the DOJ, those statements speak for themselves and no

11   response is required.  To the extent a response is deemed required, HannStar denies the

12   allegations of Paragraph 140 for lack of knowledge or information sufficient to form a

13   belief as to their truth.

14         141.    HannStar admits it is aware that certain fines have been assessed and

15   indictments have occurred in connection with the DOJ's investigation, but lacks

16   knowledge or information sufficient to form a belief as to the remaining allegations of

17   Paragraph 141 and, therefore, denies them.

18         142.    The allegations in Paragraph 142 purport to characterize public

19   statements and public documents, the contents of which speak for themselves and

20   require no further response.  To the extent a further response to the allegations in

21   Paragraph 142 is required, HannStar lacks knowledge or information sufficient to form

22   a belief as to the truth of those allegations and, therefore, those allegations are denied.

23         143.    To the extent that the allegations contained in Paragraph 143 are

24   based on public statements or documents, those statements and documents speak for

25   themselves and no response is required.   To the extent that a response is deemed

26   required, HannStar lacks knowledge or information sufficient to form a belief as to the

27   truth of the allegations and, therefore, the allegations are denied.

28

144.    To the extent that the allegations contained in Paragraph 144 are based on public statements or documents, those statements and documents speak for themselves and no response is required.  To the extent that a response is deemed required, HannStar lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied.

145.    The allegations in Paragraph 145 purport to characterize public statements and public documents, the contents of which speak for themselves and require no further response.  To the extent a further response to the allegations in Paragraph 145 is required, HannStar lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, those allegations are denied.

146.    The allegations in Paragraph 146 purport to characterize a publicly-filed agreement between the DOJ and other defendants, the contents of which speak for themselves and require no further response.  To the extent a further response to the allegations in Paragraph 146 is required, HannStar lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, those allegations are denied.

147.    The allegations in Paragraph 147 purport to characterize a publicly-filed agreement between the DOJ and other defendants, the contents of which speak for themselves and require no further response.  To the extent a further response to the allegations in Paragraph 147 is required, HannStar lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, those allegations are denied.

148.    The allegations in Paragraph 148 purport to characterize a publicly-filed agreement between the DOJ and other defendants, the contents of which speak for themselves and require no further response.  To the extent a further response to the allegations in Paragraph 148 is required, HannStar lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, those allegations are denied.

1    149.    The allegations in Paragraph 149 purport to characterize a publicly-

2    filed agreement between the DOJ and other defendants, the contents of which speak for

3    themselves and require no further response. To the extent a further response to the

4    allegations in Paragraph 149 is required, HannStar lacks knowledge or information

5    sufficient to form a belief as to the truth of those allegations and, therefore, those

6    allegations are denied.

7    150.    The allegations in Paragraph 150 purport to characterize a publicly-

8    filed agreement between the DOJ and an individual, the contents of which speak for

9    themselves and require no further response. To the extent a further response to the

10   allegations in Paragraph 150 is required, HannStar lacks knowledge or information

11   sufficient to form a belief as to the truth of those allegations and, therefore, those

12   allegations are denied.

13   151.    The allegations in Paragraph 151 purport to characterize a publicly-

14   filed agreement between the DOJ and an individual, and other public statements and

15   documents, the contents of which speak for themselves and require no further

16   response. To the extent a further response to the allegations in Paragraph 151 is

17   required, HannStar lacks knowledge or information sufficient to form a belief as to the

18   truth of those allegations and, therefore, those allegations are denied.

19   152.    The allegations in Paragraph 152 purport to characterize a publicly-

20   filed agreement between the DOJ and an individual, and other public statements and

21   documents, the contents of which speak for themselves and require no further

22   response. To the extent a further response to the allegations in Paragraph 152 is

23   required, HannStar lacks knowledge or information sufficient to form a belief as to the

24   truth of those allegations and, therefore, those allegations are denied.

25   153.    The allegations in Paragraph 153 purport to characterize a publicly-

26   filed agreement between the DOJ and another defendant, the contents of which speak

27   for themselves and require no further response. To the extent a further response to the

28   allegations in Paragraph 153 is required, HannStar lacks knowledge or information

1  sufficient to form a belief as to the truth of those allegations and, therefore, those

2  allegations are denied.

3      154.    The allegations in Paragraph 154 purport to characterize public

4  statements and public documents, the contents of which speak for themselves and

5  require no further response.  To the extent a further response to the allegations in

6  Paragraph 154 is required, HannStar lacks knowledge or information sufficient to form

7  a belief as to the truth of those allegations and, therefore, those allegations are denied.

8      155.    The allegations in Paragraph 155 purport to characterize public

9  statements and public documents, the contents of which speak for themselves and

10  require no further response.  To the extent a further response to the allegations in

11  Paragraph 155 is required, HannStar lacks knowledge or information sufficient to form

12  a belief as to the truth of those allegations and, therefore, those allegations are denied.

13      156.    The allegations in Paragraph 156 purport to characterize public

14  statements and public documents, the contents of which speak for themselves and

15  require no further response.  To the extent a further response to the allegations in

16  Paragraph 156 is required, HannStar lacks knowledge or information sufficient to form

17  a belief as to the truth of those allegations and, therefore, those allegations are denied.

18      157.    The allegations in Paragraph 157 purport to characterize a publicly-

19  filed agreement between the DOJ and another defendant, the contents of which speak

20  for themselves and require no further response.  To the extent a further response to the

21  allegations in Paragraph 157 is required, HannStar lacks knowledge or information

22  sufficient to form a belief as to the truth of those allegations and, therefore, those

23  allegations are denied.

24      158.    The allegations in Paragraph 158 purport to characterize publicly-filed

25  agreements between the DOJ and certain individuals, the contents of which speak for

26  themselves and require no further response.  To the extent a further response to the

27  allegations in Paragraph 158 is required, HannStar lacks knowledge or information

28

1    sufficient to form a belief as to the truth of those allegations and, therefore, those

2    allegations are denied.

3        159.    The allegations in Paragraph 159 purport to characterize public

4    statements and documents, the contents of which speak for themselves and require no

5    further response.  To the extent a further response to the allegations in Paragraph 159 is

6    required, HannStar lacks knowledge or information sufficient to form a belief as to the

7    truth of those allegations and, therefore, those allegations are denied.

8        160.    HannStar refers to its June 29, 2010 plea agreement and the

9    statements contained therein and otherwise denies the allegations contained in

10   Paragraph 160.

11       161.    HannStar refers to its June 29, 2010 plea agreement and the

12   statements contained therein and otherwise denies the allegations contained in

13   Paragraph 161.

14       162.    HannStar refers to its June 29, 2010 plea agreement and the

15   statements contained therein and otherwise denies the allegations contained in

16   Paragraph 162.

17       163.    The allegations in Paragraph 163 purport to characterize public

18   statements and public documents, the contents of which speak for themselves and

19   require no further response.  To the extent a further response to the allegations in

20   Paragraph 163 is required, HannStar lacks knowledge or information sufficient to form

21   a belief as to the truth of those allegations and, therefore, those allegations are denied.

22       164.    The allegations in Paragraph 164 purport to characterize public

23   statements and public documents, the contents of which speak for themselves and

24   require no further response.  To the extent a further response to the allegations in

25   Paragraph 164 is required, HannStar lacks knowledge or information sufficient to form

26   a belief as to the truth of those allegations and, therefore, those allegations are denied.

27       165.    The allegations in Paragraph 165 purport to characterize a publicly-

28   filed agreement between the DOJ and other defendants, the contents of which speak for

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1   themselves and require no further response.  To the extent a further response to the

2   allegations in Paragraph 165 is required, HannStar lacks knowledge or information

3   sufficient to form a belief as to the truth of those allegations and, therefore, those

4   allegations are denied.

5        166.     To the extent that the allegations contained in Paragraph 166 are

6   directed to other defendants or third parties, HannStar lacks knowledge or information

7   sufficient to form a belief as to the truth of the allegations and, therefore, they are

8   denied. To the extent that the allegations contained in Paragraph 166 are directed to

9   HannStar, they are denied.

10        167.     To the extent that the allegations contained in Paragraph 167 are

11   directed to other defendants, HannStar lacks knowledge or information sufficient to

12   form a belief as to the truth of the allegations and, therefore, they are denied. To the

13   extent that the allegations contained in Paragraph 167 are directed to HannStar, they

14   are denied.

15        168.     The allegations in Paragraph 168 purport to characterize a publicly-

16   filed agreement between the DOJ and other defendants, the contents of which speak for

17   themselves and require no further response.  To the extent a further response to the

18   allegations in Paragraph 168 is required, HannStar lacks knowledge or information

19   sufficient to form a belief as to the truth of those allegations and, therefore, those

20   allegations are denied.

21        169.     The allegations in Paragraph 169 purport to characterize a publicly-

22   filed agreement between the DOJ and other defendants, the contents of which speak for

23   themselves and require no further response.  To the extent a further response to the

24   allegations in Paragraph 169 is required, HannStar lacks knowledge or information

25   sufficient to form a belief as to the truth of those allegations and, therefore, those

26   allegations are denied.

27        170.     The allegations in Paragraph 170 purport to characterize a publicly-

28   filed agreement between the DOJ and other defendants, the contents of which speak for

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1   themselves and require no further response.  To the extent a further response to the

2   allegations in Paragraph 170 is required, HannStar lacks knowledge or information

3   sufficient to form a belief as to the truth of those allegations and, therefore, those

4   allegations are denied.

5          171.    The allegations in Paragraph 171 purport to characterize a publicly-

6   filed agreement between the DOJ and other defendants, the contents of which speak for

7   themselves and require no further response.  To the extent a further response to the

8   allegations in Paragraph 171 is required, HannStar lacks knowledge or information

9   sufficient to form a belief as to the truth of those allegations and, therefore, those

10   allegations are denied.

11          172.    The allegations in Paragraph 172 purport to characterize a publicly-

12   filed agreement between the DOJ and another defendant, the contents of which speak

13   for themselves and require no further response.  To the extent a further response to the

14   allegations in Paragraph 172 is required, HannStar lacks knowledge or information

15   sufficient to form a belief as to the truth of those allegations and, therefore, those

16   allegations are denied.

17          173.    To the extent that the allegations contained in Paragraph 173 are

18   directed to other defendants, HannStar lacks knowledge or information sufficient to

19   form a belief as to the truth of the allegations and, therefore, they are denied. To the

20   extent that the allegations contained in Paragraph 173 are directed to HannStar, they

21   are denied.

22          174.    The allegations in Paragraph 174 purport to characterize a publicly-

23   filed agreement between the DOJ and another defendant, the contents of which speak

24   for themselves and require no further response.  To the extent a further response to the

25   allegations in Paragraph 174 is required, HannStar lacks knowledge or information

26   sufficient to form a belief as to the truth of those allegations and, therefore, those

27   allegations are denied.

28

HANNSTAR'S ANSWER TO FIRST AMENDED
COMPLAINT OF SB LIQUIDATION TRUST
Case No. M:07-1827 SI / Ind. Case No. 10-cv-5458-SI

1   175. The allegations in Paragraph 175 purport to characterize public

2 statements and public documents, the contents of which speak for themselves and

3 require no further response.  To the extent a further response to the allegations in

4 Paragraph 175 is required, HannStar lacks knowledge or information sufficient to form

5 a belief as to the truth of those allegations and, therefore, those allegations are denied.

6   176. The allegations in Paragraph 176 consist of characterizations of a

7 public document, and legal conclusions, the contents of which speak for themselves

8 and require no further response.  To the extent a further response to the allegations in

9 Paragraph 176 is required, HannStar lacks knowledge or information sufficient to form

10 a belief as to the truth of those allegations and, therefore, those allegations are denied.

11   177. Paragraph 177 consists of legal conclusions, to which no response is

12 required.  To the extent a response to the allegations in Paragraph 177 is required,

13 HannStar lacks knowledge or information sufficient to form a belief as to the truth of

14 those allegations and, therefore, those allegations are denied.

15   178. HannStar lacks knowledge or information sufficient to form a belief

16 as to the truth of the allegations contained in Paragraph 178 and, therefore, those

17 allegations are denied.

18   179. To the extent that the allegations contained in Paragraph 179 are

19 directed to other defendants or third parties, HannStar lacks knowledge or information

20 sufficient to form a belief as to their truth and, therefore, denies those allegations. To

21 the extent that the remaining allegations in Paragraph 179 are directed to HannStar,

22 they are denied.

23   180. To the extent that the allegations contained in Paragraph 180 are

24 directed to other defendants or third parties, HannStar lacks knowledge or information

25 sufficient to form a belief as to the truth of the allegations and, therefore, they are

26 denied. To the extent that the allegations contained in Paragraph 180 are directed to

27 HannStar, they are denied.

28

1       181.     To the extent that the allegations contained in Paragraph 181 are

2  directed to other defendants or third parties, HannStar lacks knowledge or information

3  sufficient to form a belief as to the truth of the allegations and, therefore, they are

4  denied. To the extent that the allegations contained in Paragraph 181 are directed to

5  HannStar, they are denied.

6       182.     To the extent that the allegations contained in Paragraph 182 are

7  directed to other defendants or third parties, HannStar lacks knowledge or information

8  sufficient to form a belief as to the truth of the allegations and, therefore, they are

9  denied. To the extent that the allegations contained in Paragraph 182 are directed to

10  HannStar, they are denied.

11       183.     To the extent that the allegations contained in Paragraph 183 are

12  directed to other defendants or third parties, HannStar lacks knowledge or information

13  sufficient to form a belief as to the truth of the allegations and, therefore, they are

14  denied. To the extent that the allegations contained in Paragraph 183 are directed to

15  HannStar, they are denied.

16       184.     To the extent that the allegations contained in Paragraph 184 are

17  directed to other defendants or third parties, HannStar lacks knowledge or information

18  sufficient to form a belief as to the truth of the allegations and, therefore, they are

19  denied. To the extent that the allegations contained in Paragraph 184 are directed to

20  HannStar, they are denied.

21       185.     To the extent that the allegations contained in Paragraph 185 are

22  directed to other defendants or third parties, HannStar lacks knowledge or information

23  sufficient to form a belief as to the truth of the allegations and, therefore, they are

24  denied. To the extent that the allegations contained in Paragraph 185 are directed to

25  HannStar, they are denied.

26       186.     To the extent that the allegations contained in Paragraph 186 are

27  directed to other defendants or third parties, HannStar lacks knowledge or information

28  sufficient to form a belief as to the truth of the allegations and, therefore, they are

1   denied. To the extent that the allegations contained in Paragraph 186 are directed to

2   HannStar, they are denied.

3        187.    To the extent that the allegations contained in Paragraph 187 are

4   directed to other defendants or third parties, HannStar lacks knowledge or information

5   sufficient to form a belief as to the truth of the allegations and, therefore, they are

6   denied. To the extent that the allegations contained in Paragraph 187 are directed to

7   HannStar, they are denied.

8        188.    To the extent Paragraph 188 consists of plaintiff's characterizations of

9   its business activities, HannStar lacks knowledge or information sufficient to form a

10  belief as to the truth of the allegations and, therefore, they are denied.  To the extent

11  that the allegations contained in Paragraph 188 are directed to other defendants or third

12  parties, HannStar lacks knowledge or information sufficient to form a belief as to the

13  truth of the allegations and, therefore, they are denied. To the extent that the allegations

14  contained in Paragraph 188 are directed to HannStar, they are denied.

15       189.    To the extent Paragraph 189 consists of plaintiff's characterizations of

16  its business activities, HannStar lacks knowledge or information sufficient to form a

17  belief as to the truth of the allegations and, therefore, they are denied.  To the extent

18  that the allegations contained in Paragraph 189 are directed to other defendants,

19  HannStar lacks knowledge or information sufficient to form a belief as to the truth of

20  the allegations and, therefore, they are denied. To the extent that the allegations

21  contained in Paragraph 189 are directed to HannStar, they are denied.

22       190.    To the extent Paragraph 190 consists of plaintiff's characterizations of

23  its business activities, HannStar lacks knowledge or information sufficient to form a

24  belief as to the truth of the allegations and, therefore, they are denied.  To the extent

25  that the allegations contained in Paragraph 190 are directed to other defendants,

26  HannStar lacks knowledge or information sufficient to form a belief as to the truth of

27  the allegations and, therefore, they are denied. To the extent that the allegations

28  contained in Paragraph 190 are directed to HannStar, they are denied.

1     191.    To the extent Paragraph 191 consists of plaintiff's characterizations of

2  its business activities, HannStar lacks knowledge or information sufficient to form a

3  belief as to the truth of the allegations and, therefore, they are denied.  To the extent

4  that the allegations contained in Paragraph 191 are directed to other defendants,

5  HannStar lacks knowledge or information sufficient to form a belief as to the truth of

6  the allegations and, therefore, they are denied. To the extent that the allegations

7  contained in Paragraph 191 are directed to HannStar, they are denied.

8     192.    To the extent Paragraph 192 consists of plaintiff's characterizations of

9  its business activities, HannStar lacks knowledge or information sufficient to form a

10 belief as to the truth of the allegations and, therefore, they are denied.  To the extent

11 that the allegations contained in Paragraph 192 are directed to other defendants,

12 HannStar lacks knowledge or information sufficient to form a belief as to the truth of

13 the allegations and, therefore, they are denied. To the extent that the allegations

14 contained in Paragraph 192 are directed to HannStar, they are denied.

15    193.    To the extent Paragraph 193 consists of plaintiff's characterizations of

16 its business activities, HannStar lacks knowledge or information sufficient to form a

17 belief as to the truth of the allegations and, therefore, they are denied.  To the extent

18 that the allegations contained in Paragraph 193 are directed to other defendants,

19 HannStar lacks knowledge or information sufficient to form a belief as to the truth of

20 the allegations and, therefore, they are denied. To the extent that the allegations

21 contained in Paragraph 193 are directed to HannStar, they are denied.

22    194.    HannStar lacks knowledge or information sufficient to form a belief

23 as to the truth of the allegations contained in Paragraph 194.

24    195.    HannStar lacks knowledge or information sufficient to form a belief

25 as to the truth of the allegations contained in Paragraph 195.

26    196.    To the extent that the allegations contained in Paragraph 196 are

27 directed to other defendants or third parties, HannStar lacks knowledge or information

28 sufficient to form a belief as to the truth of the allegations and, therefore, they are

1  denied. To the extent that the allegations contained in Paragraph 196 are directed to

2  HannStar, they are denied.

3     197.    To the extent that the allegations contained in Paragraph 197 are

4  directed to other defendants or third parties, HannStar lacks knowledge or information

5  sufficient to form a belief as to the truth of the allegations and, therefore, they are

6  denied. To the extent that the allegations contained in Paragraph 197 are directed to

7  HannStar, they are denied.

8     198.    HannStar lacks knowledge or information sufficient to form a belief

9  as to the truth of the allegations contained in Paragraph 198.

10    199.    HannStar lacks knowledge or information sufficient to form a belief

11  as to the truth of the allegations in Paragraph 199 and, therefore, they are denied.

12    200.    To the extent that the allegations contained in Paragraph 200 are

13  directed to other defendants or third parties, HannStar lacks knowledge or information

14  sufficient to form a belief as to the truth of the allegations and, therefore, they are

15  denied. To the extent that the allegations contained in Paragraph 200 are directed to

16  HannStar, they are denied.

17    201.    HannStar lacks knowledge or information sufficient to form a belief

18  as to the truth of the allegations in Paragraph 201 and, therefore, they are denied.

19    202.    To the extent that the allegations contained in Paragraph 202 are

20  directed to other defendants or third parties, HannStar lacks knowledge or information

21  sufficient to form a belief as to the truth of the allegations and, therefore, they are

22  denied. To the extent that the allegations contained in Paragraph 202 are directed to

23  HannStar, they are denied.

24    203.    To the extent that the allegations contained in Paragraph 203 are

25  directed to other defendants or third parties, HannStar lacks knowledge or information

26  sufficient to form a belief as to the truth of the allegations and, therefore, they are

27  denied. To the extent that the allegations contained in Paragraph 203 are directed to

28  HannStar, they are denied.

1       204.     To the extent that the allegations contained in Paragraph 204 are

2   directed to other defendants or third parties, HannStar lacks knowledge or information

3   sufficient to form a belief as to the truth of the allegations and, therefore, they are

4   denied. To the extent that the allegations contained in Paragraph 204 are directed to

5   HannStar, they are denied.

6       205.     Paragraph 205 consists of plaintiff's characterizations of its claims or

7   legal conclusions to which no response is required.  To the extent a response may be

8   deemed required, HannStar responds as follows:  To the extent that the allegations

9   contained in Paragraph 205 are directed to other defendants or third parties, HannStar

10   lacks knowledge or information sufficient to form a belief as to their truth and,

11   therefore, denies those allegations. To the extent that the allegations in Paragraph 205

12   are directed at HannStar, they are denied.

13       206.     To the extent that the allegations contained in Paragraph 206 are

14   directed to other defendants or third parties, HannStar lacks knowledge or information

15   sufficient to form a belief as to their truth and, therefore, denies those allegations. To

16   the extent that the remaining allegations in Paragraph 206 are directed at HannStar,

17   they are denied.

18       207.     Paragraph 207 consists of legal conclusions to which no response is

19   required.  To the extent a response may be deemed required, HannStar responds as

20   follows:  To the extent that the allegations contained in Paragraph 207 are directed to

21   other defendants, HannStar lacks knowledge or information sufficient to form a belief

22   as to their truth and, therefore, denies those allegations. To the extent that the

23   allegations in Paragraph 207 are directed at HannStar, they are denied.

24       208.     To the extent that the allegations contained in Paragraph 208 are

25   based on public statements, those statements speak for themselves and no response is

26   required.  To the extent that a response is deemed required, HannStar lacks knowledge

27   or information sufficient to form a belief as to the truth of those allegations and,

28   therefore, denies them.  To the extent that the remaining allegations in Paragraph 208

1     are directed to other defendants or third parties, HannStar lacks knowledge or

2     information sufficient to form a belief as to the truth of those allegations and, therefore,

3     denies them. To the extent that the remaining allegations contained in Paragraph 208

4     are directed to HannStar, they are denied, except that HannStar generally admits that

5     there may be a variety of market-based explanations for price increases.

6           209.      To the extent that the allegations contained in Paragraph 209 are

7     based on public statements, those statements speak for themselves and no response is

8     required. To the extent that a response is deemed required, HannStar lacks knowledge

9     or information sufficient to form a belief as to the truth of those allegations and,

10    therefore, denies them.

11          210.      To the extent that the allegations contained in Paragraph 210 are

12    based on public statements, those statements speak for themselves and no response is

13    required. To the extent that a response is deemed required, HannStar lacks knowledge

14    or information sufficient to form a belief as to the truth of those allegations and,

15    therefore, denies them.

16          211.      To the extent that the allegations contained in Paragraph 211 are

17    based on public statements or publications, those statements and publications speak for

18    themselves and no response is required. To the extent that a response is deemed

19    required, HannStar lacks knowledge or information sufficient to form a belief as to the

20    truth of those allegations and, therefore, denies them.

21          212.      To the extent that the allegations contained in Paragraph 212 are

22    based on public statements or publications, those statements and publications speak for

23    themselves and no response is required. To the extent that a response is deemed

24    required, HannStar lacks knowledge or information sufficient to form a belief as to the

25    truth of those allegations and, therefore, denies them.

26          213.      Paragraph 213 consists of legal conclusions to which no response is

27    required. To the extent a response may be deemed required, HannStar responds as

28    follows: To the extent that the allegations contained in Paragraph 213 are directed to

1    other defendants or third parties, HannStar lacks knowledge or information sufficient

2    to form a belief as to their truth and, therefore, denies those allegations. To the extent

3    that the allegations in Paragraph 213 are directed at HannStar, they are denied.

4          214.     Paragraph 214 is a paragraph of incorporation.  To the extent required,

5    HannStar reincorporates and restates all of its responses set forth above to Paragraphs 1

6    through 213 of the Complaint.

7          215.     Paragraph 215 consists of plaintiff's characterization of its claims or

8    legal conclusions to which no response is required.  To the extent a response may be

9    deemed required, HannStar responds as follows:  To the extent that the allegations

10   contained in Paragraph 215 are directed to other defendants or third parties, HannStar

11   lacks knowledge or information sufficient to form a belief as to their truth and,

12   therefore, denies those allegations. To the extent that the allegations in Paragraph 215

13   are directed at HannStar, they are denied.

14         216.     Paragraph 216 consists of plaintiff's characterization of its claims or

15   legal conclusions to which no response is required.  To the extent a response may be

16   deemed required, HannStar responds as follows:  To the extent that the allegations

17   contained in Paragraph 216 are directed to other defendants or third parties, HannStar

18   lacks knowledge or information sufficient to form a belief as to their truth and,

19   therefore, denies those allegations. To the extent that the allegations in Paragraph 216

20   are directed at HannStar, they are denied.

21         217.     Paragraph 217 consists of plaintiff's characterization of its claims or

22   legal conclusions to which no response is required.  To the extent a response may be

23   deemed required, HannStar responds as follows:  To the extent that the allegations

24   contained in Paragraph 217 are directed to other defendants or third parties, HannStar

25   lacks knowledge or information sufficient to form a belief as to their truth and,

26   therefore, denies those allegations. To the extent that the allegations in Paragraph 217

27   are directed at HannStar, they are denied.

28

1   218.   Paragraph 218 consists of plaintiff's characterization of its claims or

2   legal conclusions to which no response is required.  To the extent a response may be

3   deemed required, HannStar responds as follows:  To the extent that the allegations

4   contained in Paragraph 218 are directed to other defendants or third parties, HannStar

5   lacks knowledge or information sufficient to form a belief as to their truth and,

6   therefore, denies those allegations. To the extent that the allegations in Paragraph 218

7   are directed at HannStar, they are denied.

8   219.   Paragraph 219 consists of plaintiff's characterization of its claims or

9   legal conclusions to which no response is required.  To the extent a response may be

10  deemed required, HannStar responds as follows:  To the extent that the allegations

11  contained in Paragraph 219 are directed to other defendants or third parties, HannStar

12  lacks knowledge or information sufficient to form a belief as to their truth and,

13  therefore, denies those allegations. To the extent that the allegations in Paragraph 219

14  are directed at HannStar, they are denied.

15  220.   Paragraph 220 consists of plaintiff's characterization of its claims or

16  legal conclusions to which no response is required.  To the extent a response may be

17  deemed required, HannStar responds as follows:  To the extent that the allegations

18  contained in Paragraph 220 are directed to other defendants or third parties, HannStar

19  lacks knowledge or information sufficient to form a belief as to their truth and,

20  therefore, denies those allegations. To the extent that the allegations in Paragraph 220

21  are directed at HannStar, they are denied.

22  221.   Paragraph 221 is a paragraph of incorporation.  To the extent required,

23  HannStar reincorporates and restates all of its responses set forth above to Paragraphs 1

24  through 220 of the Complaint.

25  222.   Paragraph 222 consists of plaintiff's characterization of its claims or

26  legal conclusions to which no response is required.  To the extent a response may be

27  deemed required, HannStar responds as follows:  To the extent that the allegations

28  contained in Paragraph 222 are directed to other defendants or third parties, HannStar

1    lacks knowledge or information sufficient to form a belief as to their truth and,

2    therefore, denies those allegations. To the extent that the allegations in Paragraph 222

3    are directed at HannStar, they are denied.

4          223.    Paragraph 223 consists of plaintiff's characterization of its claims or

5    legal conclusions to which no response is required. To the extent a response may be

6    deemed required, HannStar responds as follows: To the extent that the allegations

7    contained in Paragraph 223 are directed to other defendants or third parties, HannStar

8    lacks knowledge or information sufficient to form a belief as to their truth and,

9    therefore, denies those allegations. To the extent that the allegations in Paragraph 223

10    are directed at HannStar, they are denied.

11          224.    Paragraph 224 consists of plaintiff's characterization of its claims or

12    legal conclusions to which no response is required. To the extent a response may be

13    deemed required, HannStar responds as follows: To the extent that the allegations

14    contained in Paragraph 224 are directed to other defendants or third parties, HannStar

15    lacks knowledge or information sufficient to form a belief as to their truth and,

16    therefore, denies those allegations. To the extent that the allegations in Paragraph 224

17    are directed at HannStar, they are denied.

18          225.    Paragraph 225 consists of plaintiff's characterization of its claims or

19    legal conclusions to which no response is required. To the extent a response may be

20    deemed required, HannStar responds as follows: To the extent that the allegations

21    contained in Paragraph 225 are directed to other defendants or third parties, HannStar

22    lacks knowledge or information sufficient to form a belief as to their truth and,

23    therefore, denies those allegations. To the extent that the allegations in Paragraph 225

24    are directed at HannStar, they are denied.

25          226.    Paragraph 226 consists of plaintiff's characterization of its claims or

26    legal conclusions to which no response is required. To the extent a response may be

27    deemed required, HannStar responds as follows: To the extent that the allegations

28    contained in Paragraph 226 are directed to other defendants or third parties, HannStar

1    lacks knowledge or information sufficient to form a belief as to their truth and,

2    therefore, denies those allegations. To the extent that the allegations in Paragraph 226

3    are directed at HannStar, they are denied.

4          227.      Paragraph 227 is a paragraph of incorporation.  To the extent required,

5    HannStar reincorporates and restates all of its responses set forth above to Paragraphs 1

6    through 226 of the Complaint.

7          228.      Paragraph 228 consists of plaintiff's characterization of its claims or

8    legal conclusions to which no response is required.  To the extent a response may be

9    deemed required, HannStar responds as follows:  To the extent that the allegations

10    contained in Paragraph 228 are directed to other defendants or third parties, HannStar

11    lacks knowledge or information sufficient to form a belief as to their truth and,

12    therefore, denies those allegations. To the extent that the allegations in Paragraph 228

13    are directed at HannStar, they are denied.

14          229.      Paragraph 229 consists of plaintiff's characterization of its claims or

15    legal conclusions to which no response is required.  To the extent a response may be

16    deemed required, HannStar responds as follows:  To the extent that the allegations

17    contained in Paragraph 229 are directed to other defendants or third parties, HannStar

18    lacks knowledge or information sufficient to form a belief as to their truth and,

19    therefore, denies those allegations. To the extent that the allegations in Paragraph 229

20    are directed at HannStar, they are denied.

21          230.      Paragraph 230 consists of plaintiff's characterization of its claims or

22    legal conclusions to which no response is required.  To the extent a response may be

23    deemed required, HannStar responds as follows:  To the extent that the allegations

24    contained in Paragraph 230 are directed to other defendants or third parties, HannStar

25    lacks knowledge or information sufficient to form a belief as to their truth and,

26    therefore, denies those allegations. To the extent that the allegations in Paragraph 230

27    are directed at HannStar, they are denied.

28

1     231.    Paragraph 231 consists of plaintiff's characterization of its claims or

2  legal conclusions to which no response is required.  To the extent a response may be

3  deemed required, HannStar responds as follows:  To the extent that the allegations

4  contained in Paragraph 231 are directed to other defendants or third parties, HannStar

5  lacks knowledge or information sufficient to form a belief as to their truth and,

6  therefore, denies those allegations. To the extent that the allegations in Paragraph 231

7  are directed at HannStar, they are denied.

8     232.    Paragraph 232 consists of plaintiff's characterization of its claims or

9  legal conclusions to which no response is required.  To the extent a response may be

10  deemed required, HannStar responds as follows:  To the extent that the allegations

11  contained in Paragraph 232 are directed to other defendants or third parties, HannStar

12  lacks knowledge or information sufficient to form a belief as to their truth and,

13  therefore, denies those allegations. To the extent that the allegations in Paragraph 232

14  are directed at HannStar, they are denied.

15     233.    Paragraph 233 consists of plaintiff's characterization of its claims or

16  legal conclusions to which no response is required.  To the extent a response may be

17  deemed required, HannStar responds as follows:  To the extent that the allegations

18  contained in Paragraph 233 are directed to other defendants or third parties, HannStar

19  lacks knowledge or information sufficient to form a belief as to their truth and,

20  therefore, denies those allegations. To the extent that the allegations in Paragraph 233

21  are directed at HannStar, they are denied.

22     234.    Paragraph 234 consists of plaintiff's characterization of its claims or

23  legal conclusions to which no response is required.  To the extent a response may be

24  deemed required, HannStar responds as follows:  To the extent that the allegations

25  contained in Paragraph 234 are directed to other defendants or third parties, HannStar

26  lacks knowledge or information sufficient to form a belief as to their truth and,

27  therefore, denies those allegations. To the extent that the allegations in Paragraph 234

28  are directed at HannStar, they are denied.

1    235.    Paragraph 235 consists of plaintiff's characterization of its claims or

2    legal conclusions to which no response is required.   To the extent a response may be

3    deemed required, HannStar responds as follows:   To the extent that the allegations

4    contained in Paragraph 235 are directed to other defendants or third parties, HannStar

5    lacks knowledge or information sufficient to form a belief as to their truth and,

6    therefore, denies those allegations. To the extent that the allegations in Paragraph 235

7    are directed at HannStar, they are denied.

8    236.    Paragraph 236 consists of plaintiff's characterization of its claims or

9    legal conclusions to which no response is required.   To the extent a response may be

10   deemed required, HannStar responds as follows:   To the extent that the allegations

11   contained in Paragraph 236 are directed to other defendants or third parties, HannStar

12   lacks knowledge or information sufficient to form a belief as to their truth and,

13   therefore, denies those allegations. To the extent that the allegations in Paragraph 236

14   are directed at HannStar, they are denied.

15   237.    Paragraph 237 consists of plaintiff's characterization of its claims or

16   legal conclusions to which no response is required.   To the extent a response may be

17   deemed required, HannStar responds as follows:   To the extent that the allegations

18   contained in Paragraph 237 are directed to other defendants or third parties, HannStar

19   lacks knowledge or information sufficient to form a belief as to their truth and,

20   therefore, denies those allegations. To the extent that the allegations in Paragraph 237

21   are directed at HannStar, they are denied.

22   238.    Paragraph 238 consists of plaintiff's characterization of its claims or

23   legal conclusions to which no response is required.   To the extent a response may be

24   deemed required, HannStar responds as follows:   To the extent that the allegations

25   contained in Paragraph 238 are directed to other defendants or third parties, HannStar

26   lacks knowledge or information sufficient to form a belief as to their truth and,

27   therefore, denies those allegations. To the extent that the allegations in Paragraph 238

28   are directed at HannStar, they are denied.

1    239.    Paragraph 239 consists of plaintiff's characterization of its claims or

2    legal conclusions to which no response is required.  To the extent a response may be

3    deemed required, HannStar responds as follows:  To the extent that the allegations

4    contained in Paragraph 239 are directed to other defendants or third parties, HannStar

5    lacks knowledge or information sufficient to form a belief as to their truth and,

6    therefore, denies those allegations. To the extent that the allegations in Paragraph 239

7    are directed at HannStar, they are denied.

8    240.    Paragraph 240 consists of plaintiff's characterization of its claims or

9    legal conclusions to which no response is required.  To the extent a response may be

10   deemed required, HannStar responds as follows:  To the extent that the allegations

11   contained in Paragraph 240 are directed to other defendants or third parties, HannStar

12   lacks knowledge or information sufficient to form a belief as to their truth and,

13   therefore, denies those allegations. To the extent that the allegations in Paragraph 240

14   are directed at HannStar, they are denied.

15   **ADDITIONAL DEFENSES/AFFIRMATIVE DEFENSES**

16   Without assuming any burden of proof it would not otherwise bear, HannStar

17   asserts the following additional defenses and affirmative defenses, while reserving the

18   right to amend this Answer and to add additional defenses as this case and/or

19   discovery proceeds:

20   1.    The Complaint fails to state a claim upon which relief can be granted.

21   2.    The claims set forth in the Complaint are barred by the applicable

22   statutes of limitation.

23   3.    Plaintiff has failed to allege fraudulent concealment with the

24   particularity required by Federal Rule of Civil Procedure 9(b).

25   4.    The conduct alleged by plaintiff in the Complaint to form the basis of

26   certain of plaintiff's claims has not had a direct, substantial, and reasonably foreseeable

27   effect on trade or commerce within the United States. Therefore, this Court lacks

28

1    subject matter jurisdiction and plaintiff's claims are barred, in whole or in part,

2    pursuant to the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

3        5.     The Court lacks personal jurisdiction over HannStar.

4        6.     The Complaint should be dismissed on grounds of *forum non*

5    *conveniens.*

6        7.     Plaintiff's claims are barred because it did not purchase any liquid

7    crystal display panels directly from defendants and plaintiff is thus an indirect

8    purchaser.

9        8.     Plaintiff's claims are barred from recovery of any damages because of

10    and to the extent of its failure to mitigate damages.

11        9.     Plaintiff's claims for damages are barred because the alleged damages,

12    if any, are speculative and because of the impossibility of ascertaining and allocating

13    those alleged damages.

14        10.     Any injuries or damages plaintiff may have suffered were caused solely

15    and proximately by the acts and omissions of others.

16        11.     Plaintiff's claims are barred by the doctrines of waiver, estoppel, laches,

17    and/or unclean hands.

18        12.     To the extent that any actionable conduct occurred, plaintiff's claims

19    against HannStar are barred because all such conduct would have been committed by

20    individuals acting *ultra vires.*

21        13.     Plaintiff's claims against HannStar are barred to the extent that it has

22    agreed to arbitration or chosen a different forum for the resolution of its claims.

23        14.     Plaintiff's claims are barred, in whole or in part, because it lacks

24    antitrust standing to bring or maintain the claims set forth in the Complaint.

25        15.     Plaintiff's claims should be dismissed because it has not suffered actual,

26    cognizable antitrust injury of the type antitrust laws are intended to remedy.

27

28

1       16.    Plaintiff's claims should be dismissed to the extent that these claims are

2  barred, in whole or in part, because plaintiff would be unjustly enriched if it were

3  allowed to recover some or all of the damages alleged in the Complaint.

4       17.    Plaintiff's claims should be dismissed to the extent that these claims are

5  barred, in whole or in part, due to the absence of any injury or damage for which

6  HannStar's actions, conduct, or omissions were the proximate cause.

7       18.    Plaintiff's claims for injunctive relief should be dismissed because

8  plaintiff has available an adequate remedy at law.

9       19.    Plaintiff's claims are barred, in whole or in part, because the alleged

10  conduct of HannStar that is the subject of the Complaint was caused by, due to, based

11  upon, or in response to directives, laws, regulations, policies, and/or acts of

12  governments, governmental agencies and entities, and/or regulatory agencies, and such

13  is non-actionable or privileged.

14       20.    Plaintiff's claims should be dismissed to the extent that they are barred,

15  in whole or in part, because any and all injuries alleged in the Complaint, the fact and

16  extent of which are specifically denied, were directly and proximately caused or

17  contributed to by the statements, acts, and/or omissions of Plaintiff and/or third parties

18  or entities other than HannStar.

19       21.    Plaintiff's claims should be dismissed to the extent that they are barred,

20  in whole or in part, because HannStar's actions did not lessen competition in the

21  relevant market.

22       22.    Plaintiff's claims should be dismissed to the extent that they are barred,

23  in whole or in part, because plaintiff did not detrimentally rely upon any or all of the

24  alleged deceptive trade conduct as alleged in the Complaint.

25       23.    Without admitting that plaintiff is entitled to recover damages in this

26  matter, HannStar is entitled to set off from any recovery plaintiff may obtain against

27  HannStar of any amount paid to plaintiff by any other Defendants who have settled, or

28  do settle, plaintiff's claims in this matter.

1      24.     Plaintiff's claims are barred by plaintiff's lack of standing to prosecute

2  its claims.

3      25.     Plaintiff's claims should be dismissed to the extent they are barred, in

4  whole or in part, because any injury or damage alleged in the Complaint, which

5  HannStar denies, was passed on to persons or entities other than plaintiff.

6      26.     Plaintiff's claims should be dismissed to the extent they are barred, in

7  whole or in part, because any injury or damage alleged in the Complaint, which

8  HannStar denies, was not incurred by or passed on to plaintiff, or was incurred by or

9  passed on to persons or entities other than plaintiff.

10      27.     Plaintiff's claims are barred, in whole or in part, because HannStar's

11  alleged conduct did not unreasonably restrain trade.

12      28.     Plaintiff's claims are barred, in whole or in part, because any acts or

13  practices by HannStar that are the subject of the Complaint were cost justified or

14  otherwise economically justified and resulted from a good faith effort to meet

15  competition or market conditions.

16      29.     To the extent HannStar is found liable for damages, the fact and extent

17  of which HannStar denies, those damages must be reduced in proportion to HannStar's

18  degree of fault.

19      30.     Plaintiff's claims are barred, in whole or in part, to the extent they are

20  based on alleged acts, conduct, or statements that are specifically permitted by law.

21      31.     To the extent plaintiff's claims would result in HannStar paying

22  damages to more than one claimant for the same alleged overcharge, these claims are

23  barred because such multiple recoveries would violate rights guaranteed to HannStar

24  by the U.S. Constitution and other law, including, without limitation, rights guaranteed

25  under the Due Process Clause of the Fourteenth Amendment, and by applicable state

26  law.

27      32.     Plaintiff's claims are barred, in whole or in part, by the U.S.

28  Constitution and/or applicable state law to the extent plaintiff's claims seek the

1   improper extraterritorial application of the laws of the various states cited to any

2   transactions occurring outside those various states.

3         33.    Plaintiff's claims are barred in whole or in part as premised upon

4   privileged conduct or actions by HannStar.

5         34.    Plaintiff's requests for relief are barred, in whole or in part, to the extent

6   the restitution sought in the Complaint is unmanageable and inequitable.

7         35.    HannStar withdrew from any conspiracy alleged in the Complaint to the

8   extent such alleged conspiracy existed, which is denied.

9         36.    Plaintiff's claims are barred, in whole or in part, to the extent that

10   privity of contract is required to establish its claims.

11         37.    HannStar adopts and incorporates by reference all defenses and

12   affirmative defenses asserted by any and all other defendants in this action.

13         38.    HannStar reserves the right to amend, supplement and add to the

14   affirmative defenses listed herein.

15                       **PRAYER FOR RELIEF**

16      HannStar respectfully requests that the Court dismiss the Complaint and any

17   and all claims set forth in the Complaint with prejudice; that the Court award HannStar

18   its attorneys' fees and costs in defending this action; and that the Court grant HannStar

19   such other relief as the Court deems just.

20      Dated:  October 25, 2011.

21                     K&L GATES LLP

22                     By  _/s/ Ramona M. Emerson_____
23                        Hugh F. Bangasser, (*Pro Hac Vice*)
                         Ramona M. Emerson, (*Pro Hac Vice*)
24                      Christopher M. Wyant, (*Pro Hac Vice*)

25                     K&L GATES LLP
                     925 Fourth Avenue, Suite 2900
26                     Seattle, WA 98104-1158
                     Phone:   (206) 623-7580
27                     Fax:      (206) 623-7022

28

1                             JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
                                 K&L GATES LLP

2                             Four Embarcadero Center, Suite 1200
                               San Francisco, CA  94111

3                             Phone:   (415) 249-1059
                               Fax:     (415) 882-8220

4

5                             Attorneys for Defendant
                             HannStar Display Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
## CERTIFICATE OF SERVICE BY E-MAIL
(Federal Rules of Civil Procedure Rule 5(b))
2

3          I declare that I am employed with the law firm of K&L Gates, LLP, whose
address is 925 4ᵗʰ Avenue, Suite 2900, Seattle, Washington 98104-1158.  I am not a
4   party to the case, and I am over the age of eighteen years.

5          I further declare that on October 25, 2011, I served a copy of:

6   **DEFENDANT HANNSTAR DISPLAY CORPORATION'S ANSWER TO FIRST
AMENDED COMPLAINT FOR DAMAGES**
7

8   on the following by electronically mailing a true and correct copy to all parties of record
through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule
9   5(b):

10          I declare under penalty of perjury that the above is true and correct.

11          Executed at Seattle, Washington, this 25th day of October, 2011.

12                                                    _____

13

14

15    /s/ Ramona M. Emerson_____
                    Ramona M. Emerson
16
     K&L Gates, LLP
17   925 Fourth Avenue, Suite 2900
     Seattle, WA  98104
18   Phone:  (206) 623-7580
     Fax:  (206) 623-7022
19   E-mail:  ramona.emerson@klgates.com

20   K:\1158054\00002\21111_RME\21111P21KK

21

22

23

24

25

26

27

28

- 53 -