1  Christopher B. Hockett (SBN 121539)
   Neal A. Potischman (SBN 254862)
2  Sandra West (SBN 250389)
   Samantha H. Knox (SBN 254427)
3  Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California  94025
5  Telephone:  (650) 752-2000
   Facsimile:   (650) 752-2111
6

7  *Attorneys for Defendants
   Chimei Innolux Corporation (f/k/a Chi Mei*
8  *Optoelectronics Corp.), Chi Mei Optoelectronics
   USA, Inc., and CMO Japan Co., Ltd.*
9

10
                    UNITED STATES DISTRICT COURT
11
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14 | IN RE: TFT-LCD (FLAT PANEL)       )
   | ANTITRUST LITIGATION              )  CASE NO. 3:10-cv-05458-SI
15 |                                   )
   | This Document Relates to Individual )  MDL NO. 3:07-md-1827-SI
16 | Case No. 3:10-cv-05458-SI          )
   |                                   )
17 |                                   )  **NOTICE OF WITHDRAWAL OF**
   | SB LIQUIDATION TRUST.,            )  **COUNSEL**
18 |                                   )
   |                         Plaintiff,)
19 |                                   )
   |       v.                          )
20 |                                   )
   | AU OPTRONICS CORP., *et al.*,     )
21 |                                   )
   |                       Defendants. )
22 |                                   )

23  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE THAT Christopher B. Hockett, Neal A. Potischman, Sandra

25  West, Samantha H. Knox and Micah G. Block of the law firm of Davis Polk & Wardwell LLP

26  hereby withdraws as counsel of record for defendants Chimei Innolux Corporation (f/k/a Chi Mei

27  Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

28

(collectively, "Chi Mei").  Chi Mei respectfully requests that all pleadings and other documents be addressed to and served upon:

>Harrison J. Frahn
>Simpson Thacher & Bartlett LLP
>2550 Hanover Street
>Palo Alto, CA 94304
>Telephone:    (650) 251-5000
>Facsimile:    (650) 251-5002
>Email:          hfrahn@stblaw.com

Dated:  November 4, 2011

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ Christopher B. Hockett
       Christopher B. Hockett (SBN 121539)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

*Attorneys for Defendants
Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*