| | |
|---|---|
| 1 | HOLLY A. HOUSE (SB# 136045)  hollyhouse@paulhastings.com |
| 2 | KEVIN C. McCANN (SB# 120874)  kevinmccann@paulhastings.com<br>LEE F. BERGER (SB# 222756)  leeberger@paulhastings.com |
| 3 | SEAN D. UNGER (SB# 231694)  seanunger@paulhastings.com<br>PAUL HASTINGS LLP |
| 4 | 55 Second Street<br>Twenty-Fourth Floor |
| 5 | San Francisco, CA  94105-3441<br>Telephone:  (415) 856-7000 |
| 6 | Facsimile:  (415) 856-7100 |
| 7 | Attorneys for Defendants<br>LG Display Co., Ltd. and LG Display America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:10-cv-5458 SI |
| | Case No. M 07-md-01827 SI |
| | MDL No. 1827 |
| This Document Relates to Individual Case No. 10-cv-5458 SI: | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| SB LIQUIDATION TRUST, | Judge:   Honorable Susan Y. Illston |
|            Plaintiff, | |
|     v. | |
| AU OPTRONICS CORPORATION, et al., | |
|            Defendants. | |

TO THE CLERK OF THIS COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that defendants LG Display Co., Ltd. and LG Display America, Inc. (collectively, "LG Display") hereby substitute Holly A. House, Kevin C. McCann, Lee F. Berger, and Sean D. Unger of Paul Hastings LLP, 55 Second Street, 24th Floor, San Francisco, CA  94105, Telephone:  (415) 856-7000, Telefax:  (415) 856-7100, as its attorneys of record in

Case No. 10-cv-5458  SI
Case No. M 07-1827 SI                                                                          SUBSTITUTION OF COUNSEL

the above-captioned matter in place of its former attorneys, Cleary Gottlieb Steen & Hamilton LLP. Any pleadings and papers served or filed in the above-captioned action should be served upon the foregoing attorneys at Paul Hastings LLP.

I hereby consent to the above substitution and certify that I am admitted to practice before this court.

DATED: January 17, 2012

HOLLY A. HOUSE
KEVIN C. McCANN
LEE F. BERGER
SEAN D. UNGER
PAUL HASTINGS LLP

By: /s/ Kevin C. McCann
Kevin C. McCann

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

I hereby agree to the above substitution of counsel:

DATED: January 17, 2012

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz

MICHAEL R. LAZERWITZ *(Pro Hac Vice)*
JEREMY J. CALSYN (SB# 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

1   Pursuant to General Order 45, I declare that concurrence has been obtained from each of
2   the above signatories to file this document with the Court. I shall maintain records to support this
3   concurrence for subsequent production to the Court, if so ordered, for inspection upon request by
4   a party until one year after final resolution of the action (including appeal, if any).

6   DATED:  January 17, 2012           KEVIN C. McCANN
                                        PAUL HASTINGS LLP


                                        By:            /s/ Kevin C. McCann
                                                        Kevin C. McCann

                                        Attorneys for Defendants
                                        LG Display Co., Ltd. and LG Display America, Inc.

Case No. 10-cv-5458 SI                  -3-
Case No. M 07-1827 SI                                           SUBSTITUTION OF COUNSEL