Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Allan Diamond (pro hac vice)
Jim McCarthy (pro hac vice)
Jason Fulton (pro hac vice)
DIAMOND McCARTHY LLP
1201 Elm St., 34th Floor
Dallas, Texas 75270
Telephone:  (214) 389-5300
Facsimile:   (214) 389-5399
adiamond@diamondmccarthy.com
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

Attorneys for SB Liquidation Trust
[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | **Master File No. 3:07-md-1827 SI** <br><br> **MDL No. 1827** <br><br> **No. C 10-5458 SI** |
| This Document Relates to: <br> Case No.: 10-cv-5458 SI <br><br> SB LIQUIDATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants | **STIPULATION OF DISMISSAL WITH PREJUDICE OF HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.), HITACHI, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.** |

Plaintiff SB Liquidation Trust, and defendants Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") hereby stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case against the Hitachi Defendants.  The dismissal of the Hitachi Defendants shall not operate as a dismissal of plaintiff's claims or causes of action against any person or entity named as a defendant in this case other than the Hitachi Defendants.

Dated:  December 5, 2012                     SUSMAN GODFREY L.L.P.


By:    _/s/ Steven G. Sklaver_____
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:     (310) 789-3100
Facsimile:     (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Allan Diamond (pro hac vice)
Jim McCarthy (pro hac vice)
Jason Fulton (pro hac vice
DIAMOND McCARTHY LLP
1201 Elm St., 34th Floor
Dallas, Texas 75270
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
adiamond@diamondmccarthy.com
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*

1

STIPULATION OF DISMISSAL WITH PREJUDICE                     MASTER FILE NO.:  M-07-1827-SI
                                                           CASE NO. 3:10-05458 SI

2504430v1/012072

MORGAN, LEWIS & BOCKIUS LLP


By:   /s/ Minna Lo Naranjo
       Kent M. Roger
       Herman Hoying
       Minna Lo Naranjo
       MORGAN, LEWIS & BOCKIUS
       One Market, Spear Street Tower
       San Francisco, CA 94105
       Telephone: (415) 442-1000
       Facsimile:  415) 442-1001
       Email:  kroger@morganlewis.com
              hhoying@morganlewis.com
              mnanranjo@morganlewis.com

*Attorneys for Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**IT IS SO ORDERED.**

Dated:  December  _6_, 2012

_____
HON. SUSAN ILLSTON
United States District Judge

2

STIPULATION OF DISMISSAL WITH PREJUDICE

MASTER FILE NO.:  M-07-1827-SI
CASE NO. 3:10-05458 SI

2504430v1/012072