Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Allan Diamond *(pro hac vice)*
Jim McCarthy *(pro hac vice)*
Jason Fulton *(pro hac vice)*
DIAMOND McCARTHY LLP
1201 Elm St., 34th Floor
Dallas, Texas 75270
Telephone:  (214) 389-5300
Facsimile:   (214) 389-5399
adiamond@diamondmccarthy.com
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

Attorneys for SB Liquidation Trust
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| | No. C 10-5458 SI |
| This Document Relates to:<br>Case No.: 10-cv-5458 SI | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| SB LIQUIDATION TRUST,<br><br>       Plaintiff,<br><br>   vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>       Defendants | |

   Plaintiff SB Liquidation Trust ("SB Trust"), and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively "Samsung"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. SB Trust and Samsung seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of SB Trust against any other defendant or co-conspirator in this litigation.

**WHEREFORE**, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: January 8, 2013              SUSMAN GODFREY L.L.P.

                        By:    /s/ Steven Sklaver
                               Marc M. Seltzer (54534)
                               Steven G. Sklaver (237612)
                               SUSMAN GODFREY L.L.P.
                               1901 Avenue of the Stars, Suite 950
                               Los Angeles, California 90067-6029
                               Telephone:    (310) 789-3100
                               Facsimile:    (310) 789-3150
                               mseltzer@susmangodfrey.com
                               ssklaver@susmangodfrey.com

                               Allan Diamond (pro hac vice)
                               Jim McCarthy (pro hac vice)
                               Jason Fulton (pro hac vice
                               DIAMOND McCARTHY LLP
                               1201 Elm St., 34th Floor
                               Dallas, Texas 75270
                               Telephone: (214) 389-5300
                               Facsimile: (214) 389-5399
                               adiamond@diamondmccarthy.com
                               jmccarthy@diamondmccarthy.com
                               jfulton@diamondmccarthy.com

                               Erica W. Harris
                               SUSMAN GODFREY L.L.P.
                               1000 Louisiana, Suite 5100
                               Houston, Texas 77002-5096
                               Telephone: (713) 651-9366
                               Facsimile: (713) 654-6666
                               eharris@susmangodfrey.com

                               *Attorneys for Plaintiff SB Liquidation Trust*

| | | |
|---|---|---|
| 1 | Dated: January 8, 2013 | COVINGTON & BURLING LLP |

By: /s/Derek Ludwin
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 662-5429

*Counsel for Samsung Defendants*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
MASTER FILE NO. M07-1827 SI (CASE NO. 10-cv-5458 SI)

3

2541085v1/012072