| | |
|---|---|
| Marc M. Seltzer (54534) | Allan Diamond (*Pro Hac Vice*) |
| mseltzer@susmangodfrey.com | adiamond@diamondmccarthy.com |
| Steven G. Sklaver (237612) | Jim McCarthy (*Pro Hac Vice*) |
| ssklaver@susmangodfrey.com | jmccarthy@diamondmccarthy.com |
| SUSMAN GODFREY LLP | Jason Fulton (*Pro Hac Vice*) |
| 1901 Avenue of the Stars, Suite 950 | jfulton@diamondmccarthy.com |
| Los Angeles, California 90067-6029 | DIAMOND McCARTHY LLP |
| Telephone: (310) 789-3100 | 1201 Elm St., 34th Floor |
| | Dallas, TX 75270 |
| | Telephone: (214) 389-5300 |

*Counsel for SB Liquidation Trust*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-md-01827 SI<br>Individual Case No. 10-cv-5458 SI<br>MDL NO. 1827 |
| This Document Relates to<br>Case No. 10-cv-5458 SI | **STIPULATION OF DISMISSAL OF AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI CORPORATION, CHI MEI OPTOELECTRONICS CORPORATION (N/K/A INNOLUX CORPORATION) , CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC., NEXGEN MEDIATECH USA, INC., LG DISPLAY CO. LTD., AND LG DISPLAY AMERICA, INC. AND [PROPOSED] ORDER** |
| SB LIQUIDATION TRUST, | |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

Plaintiff SB Liquidation Trust and Defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., LG Display Co., Ltd., and LG Display America, (collectively "Stipulating Defendants"), by and through undersigned counsel, stipulate and agree that SB Liquidation Trust hereby dismisses with prejudice all claims being asserted against the

-1-

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
MASTER FILE NO. 3:07-MD-1827 SI, MDL

LEGAL_US_W # 75046487.2

1  Stipulating Defendants in the above-captioned action pursuant to Rule 41(a)(2) of the Federal
2  Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:
3      1.    SB Liquidation Trust and the Stipulating Defendants seek the dismissal of this
4  action with prejudice.
5      2.    This stipulation does not affect the rights or claims SB Liquidation Trust may have
6  against any other defendant or alleged co-conspirator in this litigation.
7      3.    Each party agrees to bear its own costs and attorneys' fees.
8  WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of
9  Dismissal.
10  **IT IS SO STIPULATED.**

12  Dated: May 10, 2013.    SUSMAN GODFREY LLP

By: /s/ *Marc M. Seltzer*
Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100

Allan Diamond (*Pro Hac Vice*)
adiamond@diamondmccarthy.com
Jim McCarthy (*Pro Hac Vice*)
jmccarthy@diamondmccarthy.com
Jason Fulton (*Pro Hac Vice*)
jfulton@diamondmccarthy.com
DIAMOND McCARTHY LLP
1201 Elm St., 34th Floor
Dallas, TX 75270
Telephone: (214) 389-5300

***Counsel for SB Liquidation Trust***

| | | |
|---|---|---|
| 1 | Dated: May 10, 2013. | NOSSAMAN LLP |
| 2 | | By: /s/ *Carl L. Blumenstein*_____ |
| | | Carl L. Blumenstein (124158) |
| 3 | | E-Mail: cblumenstein@nossaman.com |
| | | Nossaman LLP |
| 4 | | 50 California Street, 34th Floor |
| | | San Francisco, CA 94111 |
| 5 | | Telephone: (415) 438-7219 |
| 6 | | ***Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*** |
| 7 | | |
| 8 | | |
| 9 | Dated: May 10, 2013. | PAUL HASTINGS LLP |
| 10 | | By: /s/ *Lee F. Berger*_____ |
| | | Lee F. Berger (222756) |
| 11 | | E-Mail: leeberger@paulhastings.com |
| | | PAUL HASTINGS LLP |
| 12 | | 875 15th Street, N.W. |
| | | Washington, DC 20005 |
| 13 | | Telephone: (202) 551-1772 |
| 14 | | ***Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*** |
| 15 | | |
| 16 | Dated: May 10, 2013. | SIMPSON THACHER & BARTLETT LLP |
| 17 | | By: /s/ *James G. Kreissman*_____ |
| | | James G. Kreissman (206740) |
| 18 | | E-Mail: jkreissman@stblaw.com |
| | | SIMPSON THACHER & BARTLETT LLP |
| 19 | | 2475 Hanover Street |
| | | Palo Alto, California 94304 |
| 20 | | Telephone: (650) 251-5000 |
| 21 | | ***Counsel for Chi Mei Corporation, Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*** |

## [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. All claims asserted by SB Liquidation Trust against Defendants AU Optronics Corporation and AU Optronics Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc. and LG Display Co., Ltd. and LG Display America, Inc. in the above-captioned action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2); and,

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated Entered: _____     _____
                                          The Honorable Susan Illston
                                          District Court Judge

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 10, 2013                          By:/s/ *Marc M. Seltzer*