Carl L. Blumenstein (CA Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cblumenstein@nossaman.com

*Defendants' Liaison Counsel*

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Attorneys for Certain Plaintiffs and on Behalf of All Track 2 Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-00829-SI; 3:11-cv-02225-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI 3:12-cv-01426-SI; 3:10-cv-05625-SI; 3:10-cv-03205-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN SUMMARY JUDGMENT MOTION ISSUES** |

1  *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,
4  3:11-cv-03856-SI

5  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7  *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v.*
9  *AU Optronics Corp., et al.*, 3:11-cv-05781-SI

10 *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

11

12 *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

13 *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics*
14 *Corp., et al.*, 3:10-cv-05625-SI

15 *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI

16

17     Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in

18 the Track 2 Cases hereby stipulate as follows:

19     WHEREAS the parties have met and conferred regarding the Proposed List of Summary

20 Judgment Motions and Schedule;

21     WHEREAS the parties wish to limit the number and scope of summary judgment motions

22 

23 filed in these cases;

24     WHEREAS the parties have agreed to resolve certain issues regarding defendants'

25 summary judgment list;

26     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the

27 parties, and subject to the concurrence of the Court, that:

28

1. Defendants may assert a downstream pass-on argument as to damages arising from plaintiffs' claims brought under California, Illinois, Michigan, and New York law. *See* Order Granting In Part Defendants' Motion For Summary Judgment On Downstream Pass-On, MDL Docket Number 7420 ("Pass-on Order"). Plaintiffs retain the same rights with respect to the Pass-On Order as if it had been entered directly in the Track 2 cases, including the right to challenge the Pass-On Order on appeal. This paragraph is without prejudice to any party regarding the viability of a pass-on argument as to damages arising from plaintiffs' claims brought under the law of any other state.

2. Plaintiffs are precluded from pursuing an umbrella damages theory, as described in the Order Granting In Part And Denying In Part Defendants' Motion For Summary Judgment As To Purchases Of Panels Made By Supposed Conspirators Not Alleged In The Complaints, MDL Docket Number 7419 ("Umbrella Theory Order"), under any of their federal or state law claims. The Umbrella Theory Order shall be construed as applying to Plaintiffs' federal and state law claims in the Track 2 cases. Plaintiffs retain the same rights with respect to the Umbrella Theory Order as if it had been entered directly in the Track 2 cases, including the right to challenge the Umbrella Theory Order on appeal in respect of their federal and/or state law claims.

3. Plaintiffs do not seek damages under a theory of lost sales or lost profits.

4. Plaintiffs except Tracfone Wireless, Inc. do not bring claims or seek damages based on the purchase of any panel, or any product containing a panel, using any of the following technologies: (i) super-twisted nematic liquid crystal display (also known as "STN-LCD"), (ii) color super-twist nematic liquid crystal display (also known as "CSTN-LCD"), or (iii) thin film diode liquid crystal display (also known as "TFD-LCD").

5. Plaintiffs do not contend that LG Electronics U.S.A., Inc., S-LCD Corporation, or Innolux Display Corp. participated in the alleged conspiracy. This paragraph is without prejudice

to Plaintiffs' contentions that they may recover for purchases from these entities based on corporate affiliation under *Royal Printing Co. v. Kimberly-Clark Corp.*, 621 F.2d 323 (9th Cir. 1980), and its progeny.

6. The deadline for submitting stipulations regarding proposed summary judgment motions is extended until March 7, 2014.

Dated: February 18, 2014

Respectfully submitted,

By: _____*/s/ Philip J. Iovieno*_____
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
 anardacci@bsfllp.com

William Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

By: _____/s/ Scott N. Wagner_____
    Robert W. Turken
    Mitchell E. Widom
    Scott N. Wagner
    BILZIN SUMBERG BAENA PRICE & AXELROD LLP
    1450 Brickell Avenue, Suite 2300
    Miami, FL 33131-3456
    Telephone: (305) 374-7580
    Facsimile:  (305) 374-7593
    Email: rturken@bilzin.com
           mwidom@bilzin.com
           swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

By: _____/s/ H. Lee Godfrey_____
    H. Lee Godfrey
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, TX 77002
    Telephone: (713) 651-9366
    Facsimile:  (713) 654-6666
    Email: lgodfrey@susmangodfrey.com
           kmarks@susmangodfrey.com
           jross@susmangodfrey.com
           jcarter@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, WA 98101-3000
    Telephone: (206) 516-3880
    Facsimile:  (206) 516-3883
    Email: pfolse@susmangodfrey.com
           rblack@susmangodfrey.com
           jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

By: _____/s/ Marc M. Seltzer_____
Marc M. Seltzer (SBN 54534)
Steven G. Sklaver (SBN 237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*


By: _____/s/ James B. Baldinger_____
James B. Baldinger
Florida Bar No.: 869899
jbaldinger@carltonfields.com
Robert L. Ciotti
Florida Bar No.: 333141
rciotti@carltonfields.com
David B. Esau
Florida Bar No.: 650331
desau@carltonfields.com
CARLTON FIELDS, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc.*

| | |
|---|---|
| 1 | By: _____ */s/ Lee F. Berger* _____ |
| 2 | Holly A. House (SBN 136045) |
|   | Kevin C. McCann (SBN 120874) |
|   | Lee F. Berger (SBN 222756) |
| 3 | Sean Unger (SBN 231694) |
|   | PAUL HASTINGS LLP |
| 4 | 55 Second Street |
|   | Twenty-Fourth Floor |
| 5 | San Francisco, CA 94105 |
|   | Telephone: (415) 856-7000 |
| 6 | Facsimile: (415) 856-7100 |
|   | Email: kevinmccann@paulhastings.com |
| 7 | hollyhouse@paulhastings.com |
|   | leeberger@paulhastings.com |
| 8 | seanunger@paulhastings.com |

Brad D. Brian (SBN 079001)
Jerome C. Roth (SBN 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____ */s/ Stephen P. Freccero* _____
Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

| | |
|---|---|
| 1 | By: _____ */s/ Carl L. Blumenstein*_____ |
| 2 | Carl L. Blumenstein (SBN 124158)<br>Christopher A. Nedeau (SBN 81297) |
| 3 | Farschad Farzan (SBN 215194)<br>NOSSAMAN LLP |
| 4 | 50 California Street, 34th Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3600<br>Facsimile: ( 415) 398-2438 |
| 6 | Email: cnedeau@nossaman.com<br>           cblumenstein@nossaman.com |
| 7 |            ffarzan@nossaman.com |
| 8 | *Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America* |
| 9 | |
| 10 | By: _____ */s/ Christopher M. Curran*_____<br>Christopher M. Curran *(pro hac vice)* |
| 11 | Martin M. Toto *(pro hac vice)*<br>John H. Chung *(pro hac vice)* |
| 12 | WHITE & CASE LLP<br>1155 Avenue of the Americas |
| 13 | New York, NY 10036<br>Telephone: (212) 819-8200 |
| 14 | Facsimile: (212) 354-8113<br>Email: ccurran@whitecase.com |
| 15 |            mtoto@whitecase.com<br>           jchung@whitecase.com |
| 16 | *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic* |
| 17 | *Components, Inc. and Toshiba America Information Systems, Inc.* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | By: _____ */s/ Neal A. Potischman* _____ |
|   | Neal A. Potischman (SBN 254862) |
| 2 | neal.potischman@davispolk.com |
|   | DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real |
|   | Menlo Park, California 94025 |
| 4 | Telephone:  (650) 752-2000 |
|   | Facsimile:   (650) 752-2111 |
| 5 |   |
|   | *Counsel for Chi Mei Optoelectronics Corporation* |
| 6 | *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,* |
|   | *and Chi Mei Optoelectronics USA, Inc. for the Office* |
| 7 | *Depot, Inc., Interbond Corp. of America, Schultze* |
|   | *Agency Services, LLC, P.C. Richard & Son Long* |
| 8 | *Island Corp., et al., Tech Data Corp., et al., The AASI* |
|   | *Creditor Liquidating Trust, CompuCom Systems, Inc.,* |
| 9 | *and NECO Alliance LLC Actions Only* |

_____ */s/ Michael R. Scott* _____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: _____ */s/ William S. Farmer* _____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email: wfarmer@fbj-law.com
         dbrownstein@fbj-law.com
         jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

| | |
|---|---|
| 1 | By: _____*/s/ Rachel S. Brass*_____ |
| | Rachel S. Brass (SBN 219301) |
| 2 | Joel S. Sanders (SBN 107234) |
| | Austin V. Schwing (SBN 211696 |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105 |
| | (415) 393-8200 / (415) 393-8306 |
| 5 | *jsanders@gibsondunn.com* |
| | *rbrass@gibsondunn.com* |

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the Office Depot, Jaco Electronics, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, and Brandsmart Actions Only*

By: _____/s/ Harrison J. Frahn IV_____
James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover St.
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5001
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
egillen@stblaw.com
melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display Corporation in all matters except the TracFone case*

By: _____/s/ Joanna Rosen_____
Joanna Rosen (SBN 244943)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 646-8369
Fax: (415) 395-8095
joanna.rosen@lw.com

*Attorneys for Defendant HannStar Display Corp. in the TracFone case only*

Case No. 07-md-1827-SI      9      STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN SUMMARY JUDGMENT MOTION ISSUES

| | |
|---|---|
| 1 | By: _____*/s/ Jacob R. Sorensen*_____ |
| | Jacob R. Sorensen (SBN 209134) |
| 2 | John M. Grenfell (SBN 88500) |
| | Fusae Nara (*pro hac vice*) |
| 3 | Andrew D. Lanphere (SBN 191479) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | 4 Embarcadero Center, 22nd Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 983-1000 |
| | Facsimile:  (415) 983-1200 |
| 6 | Email: john.grenfell@pillsburylaw.com |
| | jake.sorensen@pillsburylaw.com |
| 7 | fusae.nara@pillsburylaw.com |
| | andrew.lanphere@pillsburylaw.com |

*Attorneys for Sharp Corporation and Sharp Electronics Corporation*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: _____

                    Hon. Susan Illston
                    United States District Judge